IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| THOMAS D. ARTHUR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:11-cv-438-MEF |
| | ) | |
| KIM THOMAS, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**<u>ORDER</u>**

Now pending before this Court is Defendants' Motion to Dismiss And, In the Alternative, Motion for Summary Judgment, (Doc. # 9), filed on July 1, 2011. The motion is directed towards Plaintiff's original Complaint, (Doc. # 1), filed on June 8, 2011. However, on July 22, 2011, Plaintiff filed an Amended Complaint, (Doc. # 11), as a matter of right pursuant to Rule 15(a) of the Federal Rules of Civil Procedure. *See* Fed. R. Civ. P. 15(a)(1)(B) (stating that, if a pleading is one to which a responsive pleading is required, a party may amend its pleading once as a matter of course within 21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), 12(e), or (f)). Because the motion is directed towards a pleading which Plaintiff subsequently amended, it is hereby ORDERED

that the motion, (Doc. # 9), is DENIED as MOOT.

DONE this the 4th day of August, 2011.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE
