# EXHIBIT D

1

## EXPERT REPORT OF MARK DERSHWITZ, M.D., Ph.D.

1.  I have been asked to prepare this expert report by attorneys for the defense in the case of Williams v State of Alabama.

2.  I am a medical doctor with a Ph. D. in Pharmacology.  A true and accurate copy of my curriculum vitae is attached as Exhibit A.  I am licensed to practice medicine in the states of Massachusetts and Maine.  I am currently an anesthesiologist at the University of Massachusetts and I am certified by the American Board of Anesthesiology.  I am currently Professor of Anesthesiology and Biochemistry & Molecular Pharmacology at the University of Massachusetts.

3.  I have done extensive research and written numerous review articles and research papers on the use of anesthetics and I regularly practice medicine in that capacity.  My research includes the study of pharmacodynamics and the pharmacokinetics of drugs.  Pharmacokinetics is the study of the time course of a drug, while pharmacodynamics refers to the effects of a drug.  Prior to my current appointment at the University of Massachusetts, I was an Instructor, Assistant Professor and Associate Professor at Harvard Medical School.

4.  I have testified as an expert witness concerning the pharmacokinetics and the pharmacodynamics of anesthetic drugs and other medications. I have testified in court as an expert witness on twenty-two occasions.   I have given fifty depositions as an expert witness.  The list of cases in which I have testified is attached as Exhibit B.

5.  I have reviewed the protocols for lethal injection used in the states of Arkansas,

Alabama, Arizona, Delaware, California, Florida, Georgia, Kentucky, Maryland, Missouri, Montana, North Carolina, Ohio, Oklahoma, South Carolina, Texas Virginia, and Washington, and by the federal government.  Each of the states (except Ohio and Washington) and the federal government employ similar protocols for carrying out lethal injection that consist of the administration of three medications.  While the protocols and the jurisdictions differ in terms of the doses of the three medications used, each of these protocols, when implemented as written, will render an inmate unconscious quickly and cause the inmate's rapid and painless death.

6.     I have reviewed an undated document entitled, "Execution Procedures," provided to me by the Alabama Attorney General's office.  I have further been informed that the State of Alabama intends to use pentobarbital as the first medication administered as part of this protocol.  The medications will be administered as follows:

a.     Two intravenous catheters will be inserted.

b.     The Warden will inject pentobarbital, 2,500 mg (50 mL of a solution containing 50 mg/mL), into the intravenous line.

c.     The intravenous line will be flushed with 60 mL of saline solution.

d.     A member of the execution team who is in the execution chamber will assess the consciousness of the condemned inmate by applying graded stimuli:  the team member will begin by saying the condemned inmate's name; if there is no response, the team member will gently stroke the

condemned inmate's eyelashes; if there is no response, the team member will then pinch the condemned inmate's arm.

e.   If the inmate responds to any of these stimuli, the Warden will inject an additional dose of 2,500 mg of pentobarbital followed by 60 mL of saline solution, via the backup intravenous line. If the backup intravenous line is used for the injection of pentobarbital, it will also be used for the injection of the remaining solutions.

f.   A member of the execution team who is in the execution chamber will again assess the consciousness of the condemned inmate by applying graded stimuli as described in paragraph 6d.

g.   After the Warden confirms that the inmate is unconscious, he will inject pancuronium bromide 50 mg (50 mL of a solution containing 1 mg/mL) followed by 60 mL of saline solution.

h.   The warden will inject 120 mEq of potassium chloride solution (60 mL of a solution containing 2 mEq/mL) followed by 60 mL of saline solution.

7.   Pentobarbital is classified as an intermediate-acting barbiturate. Although it is commonly used for general anesthesia in laboratory animals it is not used for general anesthesia in humans because its duration is considered too long for this purpose. In the typical administration of clinical anesthesia, in almost all cases the goal is to have the patient awaken quickly and recover promptly following completion of the surgical procedure. The duration of pentobarbital, when administered in doses sufficient to cause unconsciousness, is too long to achieve

4

these goals.

8.   Pentobarbital is used to produce barbiturate coma in the attempt to decrease the degree of brain damage following head trauma, stroke, and other causes of brain damage.  It is also used to prevent brain damage during surgical procedures in which there will be the planned and deliberate interruption of blood flow to the brain.   A typical dosing regimen for the institution and maintenance of barbiturate coma is as follows:

   a.   Pentobarbital, 10 mg/kg, (or 800 mg in an average 80-kg adult) is given by intravenous infusion over 30 minutes.

   b.   A continuous infusion of pentobarbital at a rate of 5 mg/kg/hr (or 400 mg/hr in an average 80-kg adult) is given for 3 hr.

   c.   The patient's electroencephalogram (EEG, or brain waves) is monitored for the presence of "burst suppression."   The appearance of "burst suppression" on the EEG means that there are intermittent periods of electrical inactivity (i.e., flat-line).

   d.   The pentobarbital infusion rate is then adjusted between 1 – 5 mg/kg/hr (or 80 – 400 mg/hr in an average 80-kg adult) to maintain the presence of burst suppression on the EEG.

   e.   Because this dose of pentobarbital results in apnea, i.e., the cessation of breathing, the patient is mechanically ventilated.

9.   Using the above regimen in an 80-kg adult, it would take about 5 – 10 hr to achieve the administration of 2,500 mg of pentobarbital.  There are two reasons

5

that pentobarbital is not given more rapidly or at a higher dose to induce barbiturate coma. First, the dose regimen described in Paragraph 8 is adequate to induce and maintain burst suppression on the EEG. Second, more rapid administration of pentobarbital causes severe and dangerous decreases in blood pressure that might be fatal to the patient.

10. The use of pentobarbital in barbiturate coma has been part of medical practice since the mid-1970's until the present day. It is neither a novel nor an archaic medical therapy. I have attached two journal articles, one from 1979 and the other from 2010, as Exhibits C and D, respectively, to demonstrate this point.

11. The end-point of burst suppression on the EEG is a deeper level of general anesthesia than is needed for any surgical procedure. Therefore, since the protocol for lethal injection described in Paragraph 6 describes a dose of pentobarbital far in excess of that used to induce and maintain barbiturate coma, and since this is a depth of anesthesia far greater than that needed for any surgical procedure, once 2,500 mg of pentobarbital have been administered intravenously to an inmate, there is an exceedingly small risk that the inmate could experience the effects of the subsequently administered pancuronium bromide or potassium chloride.

12. A dose of 2,500 mg of pentobarbital will cause virtually all persons to stop breathing. In addition, a dose of 2,500 mg of pentobarbital will cause the blood pressure to decrease to such a degree that perfusion of blood to organs will cease or decline such that it is inadequate to sustain life. Thus, although the

subsequent administration of pancuronium bromide, a paralytic agent, would have the effect of paralyzing the person and preventing him or her from being able to breathe, virtually every person given 2,500 mg of pentobarbital will have stopped breathing prior to the administration of pancuronium bromide. Thus, even in the absence of the administration of pancuronium bromide and potassium chloride, the administration of 2,500 mg of pentobarbital by itself would cause death to almost everyone.

13.    Pentobarbital is the most common agent used for physician-assisted suicide in those jurisdictions where the practice is legal. The usual dose is about 9,000 mg taken by mouth. Such a large dose is used because the patient often vomits a portion of the ingested medication.

14.    Therefore, it is my opinion to a reasonable degree of medical certainty that there is an exceedingly small risk that a condemned inmate to whom 2,500 mg of pentobarbital is properly administered pursuant to the lethal injection protocol of the State of Alabama would experience any pain and suffering associated with the administration of lethal doses of pancuronium bromide and potassium chloride.

15.    I am being compensated at the rate of $450 per hour.

7

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Prepared on May 2, 2011

By _____

Mark Dershwitz, M.D., Ph.D.

8

EXHIBIT A
# CURRICULUM VITAE
(prepared 25 April 2011)

**NAME:**              Mark Dershwitz

**ADDRESS:**           33 Wildwood Drive
                       Sherborn, MA 01770
                       Telephone (508) 651-1120

**PLACE OF BIRTH:**    Dearborn, MI

**EDUCATION:**

  1974             B.A. cum laude
                   Chemistry, with Departmental Honors
                   Oakland University, Rochester, MI 48063

  1982             Ph.D. (Pharmacology)
                   Northwestern University, Evanston, IL 60201

  1982             M.D. Northwestern University, Chicago, IL 60611

**POSTDOCTORAL TRAINING:**

  **INTERNSHIPS AND RESIDENCIES:**

  1983             Transitional Resident
                   Carney Hospital, Boston, MA 02124

  1984-1986        Resident in Anesthesia
                   Massachusetts General Hospital, Boston, MA 02114

  **RESEARCH FELLOWSHIPS:**

  1986-1988        Department of Anesthesia
                   Massachusetts General Hospital, Boston, MA 02114

**LICENSURE AND CERTIFICATION:**

  1984             Massachusetts
  1987             American Board of Anesthesiology
  1990             Maine
  2005             American Board of Anesthesiology, Maintenance of Certification
                   in Anesthesiology

## ACADEMIC APPOINTMENTS:

| | |
|---|---|
| 1977-1979 | Lecturer in Pharmacology, Illinois College of Podiatric Medicine |
| 1979-1982 | Lecturer in Pharmacology, Illinois College of Optometry |
| 1984-1987 | Clinical Fellow in Anæsthesia, Harvard Medical School |
| 1987-1990 | Instructor in Anæsthesia, Harvard Medical School |
| 1990-1997 | Assistant Professor of Anæsthesia, Harvard Medical School |
| 1997-2000 | Associate Professor of Anæsthesia, Harvard Medical School |
| 2000- | Professor and Academic Vice Chair of Anesthesiology |
| | Professor of Biochemistry & Molecular Pharmacology |
| | University of Massachusetts Medical School |

## HOSPITAL APPOINTMENTS:

| | |
|---|---|
| 1986-1990 | Assistant in Anesthesia, Massachusetts General Hospital |
| 1990-1996 | Assistant Anesthetist, Massachusetts General Hospital |
| 1996-2000 | Associate Anesthetist, Massachusetts General Hospital |
| 2000-2002 | Clinical Associate in Anesthesia, Massachusetts General Hospital |
| 2000- | Anesthesiologist, UMass Memorial Medical Center |

## AWARDS AND HONORS:

| | |
|---|---|
| 1972 | Michigan Higher Education Association Scholarship |
| 1972-1974 | Oakland University Competitive Scholarship |
| 1973-1974 | National Merit Scholarship |
| 1979 | American Society for Pharmacology and Experimental Therapeutics Travel Award |
| 1981 | Biophysical Society Samuel A. Talbot Award |
| 1982 | Alpha Omega Alpha Research Award |
| 1986-1988 | NIH National Research Service Award |
| 2001 | Distinguished Alumnus Award |
| | Oakland University Department of Chemistry |
| 2002 | Outstanding Teacher Award |
| | University of Massachusetts Department of Anesthesiology |
| 2003 | Outstanding Medical Educator Award |
| | University of Massachusetts Medical School |
| 2003 | Outstanding Teacher Award |
| | University of Massachusetts Department of Anesthesiology |
| 2004- | Listed in Who's Who in America |
| 2005 | Teaching Recognition Award, Honorable Mention |
| | International Anesthesia Research Society |
| 2010-2011 | Educational Achievement "Star" Award |
| | University of Massachusetts Medical School |

**MEMBERSHIPS IN PROFESSIONAL SOCIETIES:**

Association of University Anesthesiologists
International Anesthesia Research Society
International Society for Anesthetic Pharmacology
American Society for Pharmacology and Experimental Therapeutics
American Society for Clinical Pharmacology and Therapeutics
Biophysical Society
Massachusetts Medical Society
Anesthesia History Association

**RESEARCH INTERESTS:**

Intravenous anesthetics
Antiemetics
Monitoring depth of anesthesia
Malignant hyperthermia

**RESEARCH FUNDING:**

| | |
|---|---|
| **1986-1988** | National Institutes of Health GM11656 (PI)<br>The role of glutathione in malignant hyperthermia |
| **1988-1989** | Anaquest, Inc. (PI)<br>Comparison of the sedative effects of midazolam and butorphanol |
| **1989-1990** | Glaxo, Inc. (Co-I)<br>A randomized, double-blind comparison of intravenous ondansetron and placebo in the prevention of post-operative nausea and vomiting in female patients undergoing abdominal gynecological surgical procedures |
| **1990-1991** | Glaxo, Inc. (Co-I)<br>A randomized, double-blind, placebo-controlled study of the effects of two dose levels of intravenous ondansetron on respiratory depression induced by alfentanil in healthy male volunteers |
| **1991-1992** | Glaxo, Inc. (Co-I)<br>A dose finding and comparative trial of GI87084B and alfentanil for anesthesia maintenance |
| **1992-1993** | Glaxo, Inc. (Co-I)<br>Pharmacokinetics and pharmacodynamics of GI87084B in subjects with hepatic impairment compared to subjects with normal hepatic function |

| | |
|---|---|
| 1993-1994 | Marion Merrell Dow, Inc. (PI)<br>A randomized, double-blind, placebo-controlled, dose response trial to assess single dose intravenous dolasetron mesylate in patients experiencing postoperative nausea and vomiting |
| 1993-1994 | Marion Merrell Dow, Inc. (PI)<br>A randomized, double-blind, placebo-controlled, dose response trial to assess single dose intravenous dolasetron mesylate in preventing postoperative nausea and vomiting |
| 1993-1994 | Glaxo, Inc. (Co-I)<br>Pharmacokinetics and pharmacodynamics of GI87084B in subjects with renal impairment compared to subjects with normal renal function |
| 1995-1996 | Glaxo, Inc. (PI)<br>A randomized, double-blind, dose-response study of ondansetron in the prevention of postoperative nausea and vomiting in inpatients |
| 1996-1997 | Aradigm Corporation (Co-I)<br>Comparison of the pharmacokinetics and pharmacodynamics of inhaled versus intravenous morphine sulfate in healthy volunteers |
| 1999-2000 | Searle, Inc. (PI)<br>Clinical Protocol for a Double-blind, Placebo-Controlled, Randomized Study of the Efficacy of Parecoxib 20 mg IV and Parecoxib 40 mg IV Given Postoperatively to Determine Narcotic-Sparing Effectiveness in a Post-General Surgery Pain Model |

CLINICAL RESPONSIBILITIES:

| | |
|---|---|
| 1986-1988 | Attending Anesthesiologist (20% clinical responsibility)<br>*Massachusetts General Hospital* |
| 1988-2000 | Attending Anesthesiologist (50% clinical responsibility)<br>*Massachusetts General Hospital* |
| 1994-1997 | Team Leader, East-West Anesthesia Service<br>*Massachusetts General Hospital* |
| 1997-2000 | Team Leader, General Surgery Anesthesia Service<br>*Massachusetts General Hospital* |
| 2000- | Attending Anesthesiologist (45% clinical responsibility)<br>UMass Memorial Medical Center |

## TEACHING EXPERIENCE:

| | |
|---|---|
| 1976-1980 | Dental Hygiene Pharmacology<br>Northwestern University Dental School<br>5 hours and Course Director |
| 1977-1979 | Medical Pharmacology<br>Illinois College of Podiatric Medicine<br>22 hours and Course Director |
| 1978-1981 | Dental Pharmacology<br>Northwestern University Dental School<br>3 hours |
| 1979-1982 | General Pharmacology<br>Illinois College of Optometry<br>20 hours and Course Director |
| 1979-1982 | Ocular Pharmacology<br>Illinois College of Optometry<br>10 hours and Course Director |
| 1980-1981 | Nursing Pharmacology, Northwestern University<br>5 hours |
| 1994- | HST 150 Introduction to Pharmacology<br>Harvard-MIT Program in Health, Science and Technology<br>4 hours |
| 1996-2009 | Harvard Anesthesia Review and Update<br>1-2 hrs |
| 2001-2011 | Medical Pharmacology<br>University of Massachusetts Medical School<br>11-16 hrs and Course Co-Director |
| 2007-2010 | Medical Biochemistry<br>University of Massachusetts Medical School<br>2 hrs |
| 2010- | Principles of Pharmacology<br>University of Massachusetts Medical School<br>8 hrs and Course Co-Director |

**VISITING PROFESSORSHIPS:**

| | |
|---|---|
| April 6-7, 1994: | University of Pennsylvania |
| May 17-18, 1994: | University of North Carolina at Chapel Hill |
| Sept. 20-22, 1994: | State University of New York at Stony Brook |
| April 5-6, 1995: | Albany Medical College |
| May 8-10, 1997: | University of Texas Southwestern Medical Center |
| Dec. 8-9, 1998 | Temple University |
| Dec. 16-17, 1998 | University of Pittsburgh |

**COMMITTEE MEMBERSHIPS:**

**LOCAL:**

| | |
|---|---|
| 2000 – | Pharmacy and Therapeutics Committee<br>UMass Memorial Medical Center |
| 2001 – | Clinician's Health and Well-Being Committee<br>UMass Memorial Medical Center |
| 2001 – | Educational Policy Committee<br>University of Massachusetts Medical School |
| 2008 – | Ethics Committee<br>University of Massachusetts Medical School |
| 2009 – | Longitudinal Pharmacology Committee<br>University of Massachusetts Medical School |

**NATIONAL:**

| | |
|---|---|
| 1999 – 2002 | Subcommittee on Anesthetic Action and Biochemistry<br>American Society of Anesthesiologists |
| 2001 - 2009 | Subcommittee on Drug Disposition<br>American Society of Anesthesiologists |

**EDITORIAL BOARD MEMBERSHIPS:**

| | |
|---|---|
| 2000 – | International Anesthesiology Clinics |
| 2008 – | AccessAnesthesiology.com (Editor-in-Chief) |

14

BIBLIOGRAPHY:

ORIGINAL REPORTS:

1.   Novak RF, Dershwitz M, Novak FC.  The interaction of benzene with human hemoglobin as studied by [1]H Fourier transform NMR spectroscopy.  **Biochem Biophys Res Commun** 1978; 82:634-40.

2.   Novak RF, Dershwitz M, Novak FC.  Characterization of the interaction of the aromatic hydrocarbons benzene and toluene with human hemoglobin.  **Mol Pharmacol** 1979; 16:1046-58.

3.   Dershwitz M, Novak RF.  Lack of inhibition of glutathione reductase by unnitrated derivatives of nitrofurantoin.  **Biochem Biophys Res Commun** 1980; 92:1313-19.

4.   Dershwitz M, Novak RF.  Lack of inhibition of glutathione reductase by anthracycline antibiotics.  **Biochem Pharmacol** 1981; 30:676-8.

5.   Dershwitz M, Novak RF.  Generation of superoxide anion via the interaction of nitrofurantoin with human hemoglobin.  **J Biol Chem** 1982; 257:75-9.

6.   Dershwitz M, Novak RF.  Studies on the mechanism of nitrofurantoin-mediated red cell toxicity.  **J Pharm Exp Ther** 1982; 222:430-4.

7.   Dershwitz M, Ts'ao CH, Novak RF.  Metabolic and morphologic effects of the antimicrobial agent nitrofurantoin on human erythrocytes in vitro.  **Biochem Pharmacol** 1985; 34:1963-70.

8.   Dershwitz M, Sréter FA, Ryan JF.  Ketamine does not trigger malignant hyperthermia in susceptible swine.  **Anesth Analg** 1989; 69:501-3.

9.   Dershwitz M, Ryan JF, Guralnick W.  Safety of amide local anesthetics in patients susceptible to malignant hyperthermia.  **J Am Dent Assoc** 1989; 118:276-80.

10.  Dershwitz M, Sréter FA.  Azumolene reverses episodes of malignant hyperthermia in susceptible swine.  **Anesth Analg** 1990; 70:253-5.

11.  Dershwitz M, Rosow CE, Di Biase PM, Zaslavsky A.  Comparison of the sedative effects of butorphanol and midazolam.  **Anesthesiology** 1991; 74:717-24.

12.  Dershwitz M, Sherman EP.  Acute myocardial infarction symptoms masked by epidural morphine?  **J Clin Anesth** 1991; 3:146-8.

13.  Dershwitz M, Rosow CE, Di Biase PM, Joslyn AF, Sanderson PE.  Ondansetron is effective in decreasing postoperative nausea and vomiting.  **Clin Pharmacol Ther** 1992; 52:96-101.

14. Dershwitz M, Di Biase PM, Rosow CE, Wilson RS, Sanderson PE, Joslyn AF. Ondansetron does not affect alfentanil-induced ventilatory depression or sedation. Anesthesiology 1992; 77:447-52.

15. McKenzie R, Sharifi-Azad S, Dershwitz M, Miguel R, Joslyn A, Tantisira B, Rosenblum F, Rosow C, Downs J, Bowie J, Odell S, Lessin J, Di Biase P, Nations M. A randomized, double-blind pilot study examining the use of intravenous ondansetron in the prevention of postoperative nausea and vomiting in female inpatients. J Clin Anesth 1993; 5:30-6.

16. Dershwitz M, Randel GI, Rosow CE, Fragen RJ, Connors PM, Librojo ES, Shaw DL, Peng AW, Jamerson BD. Initial clinical experience with remifentanil, a new opioid metabolized by esterases. Anesth Analg 1995; 81:619-23.

17. Dershwitz M, Hoke JF, Rosow CE, Michalowski P, Connors PM, Muir KT, Dienstag JL. Pharmacokinetics and pharmacodynamics of remifentanil in volunteer subjects with severe liver disease. Anesthesiology 1996; 84:812-20.

18. Dershwitz M, Rosow CE. The pharmacokinetics and pharmacodynamics of remifentanil in volunteers with severe hepatic or renal dysfunction. J Clin Anesth 1996; 8:88S-90S.

19. Kovac AL, Scuderi PE, Boerner TF, Chelly JE, Goldberg ME, Hantler CB, Hahne WF, Brown RA, Dolasetron Mesylate PONV Treatment Study group. Treatment of postoperative nausea and vomiting with single intravenous doses of dolasetron mesylate: a multicenter trial. Anesth Analg 1997; 85:546-52.

20. Hoke JF, Shlugman D, Dershwitz M, Michalowski P, Malthouse-Dufore S, Connors PM, Marten D, Rosow CE, Muir KT, Rubin N, Glass PSA. Pharmacokinetics and pharmacodynamics of remifentanil in subjects with renal failure compared to healthy volunteers. Anesthesiology 1997; 87:533-41.

21. Gan TJ, Glass PS, Windsor A, Payne F, Rosow C, Sebel P, Manberg P, BIS Utility Study Group. Bispectral index monitoring allows faster emergence and improved recovery from propofol, alfentanil, and nitrous oxide anesthesia. Anesthesiology 1997; 87:808-15.

22. Kearse LA, Rosow C, Zaslavsky A, Connors P, Dershwitz M, Denman W. Bispectral analysis of the electroencephalogram predicts conscious processing of information during propofol sedation and hypnosis. Anesthesiology 1998; 88:25-34.

23. Dershwitz M, Conant JA, Chang YC, Rosow CE, Connors PM. A randomized double-blind dose-response study of ondansetron in the prevention of postoperative nausea and vomiting. J Clin Anesth 1998; 10:314-20.

24. Philip BK, Pearman MH, Kovac AL, Chelly JE, Wetchler BV, McKenzie R, Monk TG, Dershwitz M, Mingus M, Sung YF, Hahne WF, Brown RA, Dolasetron PONV Prevention Study Group. Dolasetron for the prevention of postoperative nausea and vomiting following outpatient surgery with general anaesthesia: a randomized, placebo-controlled study. Eur J Anaesthesiol 2000; 17:23-32.

25. Philip BK, McLeskey CH, Chelly JE, McKenzie R, Kovac AL, Diemunsch P, DuBois DM, Dolasetron Prophylaxis Study Group. Pooled analysis of three large clinical trials to determine the optimal dose of dolasetron mesylate needed to prevent postoperative nausea and vomiting. J Clin Anesth 2000; 12:1-8. (erratum published in J Clin Anesth 2000; 12:577-78).

26. Dershwitz M, Walsh JL, Morishige RJ, Connors PM, Rubsamen RM, Shafer, SL, Rosow C. Pharmacokinetics and pharmacodynamics of inhaled versus intravenous morphine in healthy volunteers. Anesthesiology 2000; 93:619-28.

27. Dershwitz M, Michalowski P, Chang YC, Rosow CE, Conlay LA. Postoperative nausea and vomiting following total intravenous anesthesia with propofol and remifentanil or alfentanil. How important is the opioid? J Clin Anesth 2002; 14:275-78.

28. Dershwitz M. Droperidol: should the black box be light gray? J Clin Anesth 2002; 14:598-603.

29. Dershwitz M. There should be a threshold dose for the FDA black-box warning on droperidol (letter). Anesth Analg 2003; 97:1542-3.

30. Dershwitz M. Is droperidol safe? Probably... Semin Anesth 2004; 23:291-301.

31. Cooper JB, Blum RH, Carroll JS, Dershwitz M, Feinstein DM, Gaba DM, Morey JC, Singla AK. Differences in safety climate among hospital anesthesia departments and the effect of a realistic simulation-based training program. Anesth Analg 2008; 106: 574-584.


PROCEEDINGS OF MEETINGS:

1. Kharasch ED, Dershwitz M, Novak RF. Differential hemeprotein involvement in microsomal and red cell lysate quinone and nitro group reduction. In: Sato R, Kato R, eds. Microsomes, Drug Oxidations, and Drug Toxicity. New York: Wiley Interscience, 1982:237-8.

BOOKS:

1. Stelmack TR, Dershwitz M. Manual for the Use of Pharmaceutical Agents for Ocular Diagnostic Purposes, ICO Press, Chicago, 1980.

2. Dershwitz M, ed. The MGH Board Review of Anesthesiology. 4th ed. Norwalk, CT: Appleton & Lange, 1994.

3. Dershwitz M, ed. The MGH Board Review of Anesthesiology. 5th ed. Norwalk, CT: Appleton & Lange, 1998.

4. Dershwitz M, Walz JM, eds. McGraw-Hill Specialty Board Review: Anesthesiology. 6th ed. New York: McGraw-Hill, 2006.

5. Dershwitz M. Intravenous anesthetics and adjunct drugs (section editor). In: Vacanti CA, et al., eds. Essential Clinical Anesthesia. Cambridge: Cambridge University Press (in press).


CHAPTERS IN BOOKS:

1. Dershwitz M, Ten Eick RE. Pharmacology. In: National Boards Examination Review for Part I, Basic Sciences. Garden City, NY: Medical Examination Publishing Co., 1981.

2. Dershwitz M. Pharmacology. In: National Boards Examination Review for Part I, Basic Sciences. New Hyde Park, NY: Medical Examination Publishing Co., 1984.

3. Dershwitz M. Pharmacology. In: National Boards Examination Review for Part I, Basic Sciences. New York: Elsevier Science Publishing Co., Inc., 1987.

4. Dershwitz M. Local anesthetics. In: Firestone LL, Lebowitz PW, Cook CE, eds. Clinical Anesthesia Procedures of the Massachusetts General Hospital, 3rd ed. Boston: Little, Brown and Co., 1988.

5. Dershwitz M. Antiemetics. In: Bowdle TA, Horita A, Kharasch ED, eds. The Pharmacological Basis of Anesthesia. New York: Churchill Livingstone, 1994.

6. Dershwitz M. Antiemetic drugs. In: White PF, ed. Ambulatory Anesthesia and Surgery. London: W.B. Saunders Co., 1997.

7. Rosow CE, Dershwitz M. Opioid analgetics. In: Longnecker DE, Tinker JH, Morgan GE, eds. Principles and Practice of Anesthesiology, 2nd ed. Philadelphia: Mosby-Year Book, Inc., 1997.

18

8.   Starnbach A, Dershwitz M.  Intravenous and inhalation anesthetics. In:  Hurford
     WE, Bailin MT, Davison JK, et al., eds.  Clinical Anesthesia Procedures of the
     Massachusetts General Hospital, 5th ed. Philadelphia: Lippincott-Raven, 1998.

9.   Dershwitz M.  Agents for general anesthesia.  In:  Schirmer BD, Rattner DW, eds.
     Ambulatory Surgery. Philadelphia: W.B. Saunders Co., 1998.

10.  Dershwitz M.   Intravenous and inhalation anesthetics. In:   Hurford WE, ed.
     Clinical Anesthesia Procedures of the Massachusetts General Hospital, 6th ed.
     Philadelphia: Lippincott Williams and Wilkins, 2002.

11.  Dershwitz M, Landow L, Joshi-Ryzewicz W.  Anesthesia for bedside procedures.
     In:  Irwin RS, Cerra FB, Rippe JM, eds.  Irwin and Rippe's Intensive Care
     Medicine, 5th ed.  Philadelphia: Lippincott, Williams, and Wilkins, 2003.

12.  Dershwitz M, Landow L, Joshi-Ryzewicz W.  Anesthesia for bedside procedures.
     In:  Irwin RS, Rippe JM, Curley FJ, Heard SO, eds.  Procedures and Techniques in
     Intensive Care Medicine, 3rd ed.  Philadelphia: Lippincott, Williams, and Wilkins,
     2003.

13.  Dershwitz M.  Antipsychotics.  In:  Fink M, Abraham E, Vincent J-L, et al., eds.
     Textbook of Critical Care, 5th ed. Philadelphia: Elsevier, 2005.

14.  Dershwitz M.  Analgesic cyclooxygenase inhibitors for ambulatory anesthesia.  In:
     Steele S, Nielsen K, eds.  Ambulatory Anesthesia and Perioperative Analgesia.
     New York: McGraw Hill, 2005.

15.  Walz JM, Dershwitz M.   Anesthesia for bedside procedures.  In:  Irwin RS, Rippe
     JM, eds.  Manual of Intensive Care Medicine, 4th ed.  Philadelphia: Lippincott
     Williams & Wilkins, 2005.

16.  Dershwitz M.  Anesthesia for bedside procedures.  In:  Irwin RS, Rippe JM, eds.
     Irwin and Rippe's Intensive Care Medicine, 6th ed.  Philadelphia:  Lippincott,
     Williams, and Wilkins, 2007.

17.  Dershwitz M.  Anesthesia for bedside procedures.  In:  Irwin RS, Rippe JM, Lisbon
     A, Heard SO, eds.  Procedures, Techniques, and Minimally Invasive Monitoring in
     Intensive Care Medicine, 4th ed.  Philadelphia: Lippincott, Williams, and Wilkins,
     2007.

18.  Dershwitz M, Rosow CE.  Intravenous anesthetics.  In:  Longnecker DE, Brown D,
     Newman M, Zapol WM, eds.  Anesthesiology, 3rd ed.  New York: McGraw-Hill,
     2008.

19.  Rosow CE, Dershwitz M.  Opioid analgesics.  In:  Longnecker DE, Brown D, Newman M, Zapol WM, eds.  **Anesthesiology**, 3rd ed.  New York:  McGraw-Hill, 2008.

20.  Dershwitz M, Rosow CE.  Appendix A: Formulary.  In:  Longnecker DE, Brown D, Newman M, Zapol WM, eds.  **Anesthesiology**, 3rd ed.  New York:  McGraw-Hill, 2008.

21.  Nichols A, Dershwitz M.  Preoperative evaluation of the noncardiac surgical patient.  In:  Domino FJ, et al., eds.  **The 5-Minute Clinical Consult**, 18th ed.  Philadelphia:  Wolters Kluwer, 2009.

22.  Nichols A, Dershwitz M.  Preoperative evaluation of the noncardiac surgical patient.  In:  Domino FJ, et al., eds.  **The 5-Minute Clinical Consult**, 19th ed.  Philadelphia:  Wolters Kluwer, 2010.

23.  Pappas L, Dershwitz M.  Pharmacokinetics of intravenous agents.  In:  Vacanti CA, et al., eds.  **Essentials of Clinical Anesthesia**.  Cambridge:  Cambridge University Press (in press).

24.  Agarwala A, Dershwitz M.  Intravenous induction agents.  In:  Vacanti CA, et al., eds.  **Essentials of Clinical Anesthesia**.  Cambridge:  Cambridge University Press (in press).

25.  Parish B, Dershwitz M.  COX inhibitors and alpha-2 adrenoceptor agonists.  In:  Vacanti CA, et al., eds.  **Essentials of Clinical Anesthesia**.  Cambridge:  Cambridge University Press (in press).

26.  Rosow CE, Dershwitz M.  Clinical pharmacology of opioids.  In:  Evers A, Maze M, Kharasch E, eds.  **Anesthetic Pharmacology**, 2nd ed.  Cambridge:  Cambridge University Press (in press).

27.  Dershwitz M.  Antipsychotics.  In:  Fink M, Abraham E, Vincent J-L, et al., eds.  **Textbook of Critical Care**, 6th ed.  Philadelphia:  Elsevier (in press).

REVIEWS AND EDUCATIONAL MATERIALS:

1.  Dershwitz M.  Advances in antiemetic therapy.  **Anesth Clinics North Amer** 1994; 12:119-32.

2.  Dershwitz M.  How can the costs of anesthesia be decreased?  **Intravenous Anesth Today** 1994; 1(3):4-9.

3.  Dershwitz M.  5-HT$_3$ antagonists in postoperative nausea and vomiting.  **Ambulatory Anesth** 1995; 10(1):9-11.

4.   Ballantyne JC, Dershwitz M.  The pharmacology of non-steroidal anti-inflammatory drugs for acute pain.  Curr Opin Anaesthesiol 1995; 8:461-68.

5.   Dershwitz M, Rosow CE.  Remifentanil: a truly-short-acting opioid.  Semin Anesth 1996; 15:88-96.

6.   Dershwitz M, Rosow CE.  Remifentanil: an opioid metabolized by esterases.  Exp Opin Invest Drugs 1996; 5:1361-76.

7.   Dershwitz M.  Should we measure depth of anesthesia?  Semin Anesth 2001; 20:246-56.

8.   Dershwitz M, Henthorn TK.  The pharmacokinetics and pharmacodynamics of thiopental as used in lethal injection.  Fordham Urban Law J 2008; 35:931-56.


NON-PRINT MATERIALS:

1.   Dershwitz M.  Use of short-acting analgesia in surgery:  achieving cost-effective care (videotape). Rancho Mirage, CA:  Annenberg Center for Health Sciences, 1996.

2.   Dershwitz M.  General considerations (section editor).  In:  Bailin M. ed.  Harvard Electronic Anesthesia Library (CD-ROM).  Philadelphia:  Lippincott Williams & Wilkins, 2001.

3.   Dershwitz M.  Practical pharmacokinetics of intravenous anesthetics.  In:  Bailin M. ed.  Harvard Electronic Anesthesia Library (CD-ROM).  Philadelphia:  Lippincott Williams & Wilkins, 2001.


ABSTRACTS:

1.   Bruer P, Cantarella J, Dershwitz M, Undy L, Young DC.  Polarographic studies of copper (II) complexes of glycine peptides.  Abstract #6, Anachem Society Meeting, Detroit, MI, 1976.

2.   Dershwitz M, Novak RF.   The interaction of nitrofurantoin with human hemoglobin. Fed Proc 1979; 38:544.

3.   Dershwitz M, Novak RF.  Metabolic effects of nitrofurantoin on the human erythro-cyte.  The Pharmacologist 1979; 21:170.

4.   Dershwitz M, Novak RF.  Depletion of erythrocyte adenosine-5'-triphosphate and reduced glutathione levels by nitrofurantoin and unnitrated derivatives.  Fed Proc 1980; 39:748.

5.   Dershwitz M, Lack of inhibition of glutathione reductase by unnitrated derivatives of nitrofurantoin. Fed Proc 1980; 39:1751.

6.   Dershwitz M, Novak RF.  Oxidation of human hemoglobin by nitrofurantoin. Biophys J 1981; 33:81a.

7.   Dershwitz M, Novak RF.  The effects of ethyl isocyanide on nitrofurantoin-mediated depletion of red cell glutathione. Fed Proc 1981; 40:667.

8.   Dershwitz M, Novak RF.  Studies on the mechanism of nitrofurantoin-mediated red cell toxicity.  Eighth International Congress on Pharmacology, Tokyo, Japan, 1981.

9.   Kharasch ED, Dershwitz M, Novak RF.  Differential hemeprotein involvement in microsomal and red cell lysate quinone and nitro group reduction.   Fifth International Symposium on Microsomes and Drug Oxidations, Tokyo, Japan, 1981.

10.  Dershwitz M, Novak RF.  On the mechanism of nitrofurantoin-mediated red cell toxicity. The Pharmacologist 1981; 23:211.

11.  Dershwitz M, Novak RF.  Generation of activated oxygen species in human red cells by nitrofurantoin.  Seventh International Biophysics Congress and Third Pan-American Biochemistry Congress, Mexico City, Mexico, 1981.

12.  Dershwitz M, Sréter FA.  Substrate requirements for glutathione maintenance in pig red cells in vitro. The Pharmacologist 1987; 29:210.

13.  López JR, Dershwitz M, Sanchez V, Sréter FA.  $[K^+]$ and $[Na^+]$ in malignant hyperthermia-susceptible swine. Biophys J 1988; 53:609a.

14.  Chang RJ, Dershwitz M, Sréter FA, Smilowitz H.  Skeletal muscle from malignant hyperthermia-susceptible swine contains decreased levels of monoclonal antibody reactive dihydropyridine receptor. The Pharmacologist 1988; 30:A88.

15.  Kim DH, Lee YS, Sréter FA, Ohkisa T, Dershwitz M, Ikemoto N.  Effects of azumolene on the kinetics of Ca release from normal and malignant hyperthermic sarcoplasmic reticulum. Biophys J 1990; 57:497a.

16.  Dershwitz M, Sréter FA.  Reversal of malignant hyperthermia episodes by azumolene in susceptible swine. Anesth Analg 1990; 70:S81.

17.  Dershwitz M, Rosow CE, Di Biase PM, Zaslavsky A.  Characterization of the sedative effects of butorphanol in humans. The Pharmacologist 1990; 32:139.

18.  Dershwitz M, Rosow CE, Di Biase PM, Joslyn AF, Sanderson PE.  Prophylaxis of postoperative vomiting by ondansetron. Clin Pharm Ther 1991; 49:184.

19. Dershwitz M, Rosow CE, Di Biase PM, Joslyn AF, Sanderson PE.  Ondansetron is effective in decreasing postoperative nausea and vomiting.  Jap J Anesthesiol 1991; 40:S312.

20. Dershwitz M, Di Biase PM, Rosow CE, Wilson RS.  Ondansetron does not affect alfentanil-induced ventilatory depression.  Anesthesiology 1991; 75:A321.

21. Nakamura H, deBros F, Roberts J, Dershwitz M, Sweet W, Poletti C, Philbin D.  Plasma catecholamine concentrations before and after trigeminal rhizotomy:  a clinical study.  5th International Symposium on Endocrinology in Anesthesia and Critical Care, Berlin, October, 1991.

22. Nakamura H, deBros F, Roberts J, Dershwitz M, Sweet W, Poletti C, Philbin D.  Plasma catecholamine concentrations before and after trigeminal rhizotomy:  a clinical study.  Anesth Analg 1992; 74:S217.

23. Dershwitz M, Randel G, Rosow CE, Fragen R, Di Biase PM, Librojo ES, Jamerson B, Shaw DL.  Dose-response relationship of GI87084B, a new ultra-short acting opioid.  Anesthesiology 1992; 77:A396.

24. Dershwitz M, Rosow CE, Di Biase PM, Wilson RS.  Ventilatory depression during and after a low dose alfentanil infusion in normal volunteers.  Anesthesiology 1992; 77:A360.

25. Dershwitz M, Rosow CE, Michałowski P, Connors PM, Hoke JF, Muir KT, Dienstag JL.  Pharmacokinetics and pharmacodynamics of remifentanil in volunteer subjects with severe liver disease.  Association of University Anesthesiologists Annual Meeting; Chicago, Illinois; May, 1994.

26. Dershwitz M, Rosow CE, Michałowski P, Connors PM, Hoke JF, Muir KT, Dienstag JL.  Pharmacokinetics and pharmacodynamics of remifentanil in subjects with severe liver disease compared with normal subjects.  Anesthesiology 1994; 81:A377.

27. Shlugman D, Dufore S, Dershwitz M, Michałowski P, Hoke J, Muir KT, Rosow C, Glass PSA.  Respiratory effects of remifentanil in subjects with severe renal impairment compared to matched controls.  Anesthesiology 1994; 81:A1417.

28. Hoke JF, Muir KT, Glass PSA, Shlugman D, Rosow CE, Dershwitz M, Michałowski P.  Pharmacokinetics of remifentanil and its metabolite (GR90291) in subjects with renal disease.  Clin Pharm Ther 1995; 57:148.

29. Kovac A, Melson T, Graczyk S, Scuderi P, Watkins WD, MCPR44 Study Group.  Treatment of postoperative nausea and vomiting with single doses of IV dolasetron: a multicenter trial.  Anesthesiology 1995; 83:A6.

30. Kearse L, Rosow C, Connors P, Denman W, Dershwitz M. Propofol sedation/hypnosis and bispectral EEG analysis in volunteers. Anesthesiology 1995; 83:A506.

31. Kovac A, Chelly J, McKenzie R, Philip B, Pearman M, Brown R, MCPR45 Study Group. Multicenter intravenous dose response trial to assess the efficacy and safety of dolasetron mesylate in preventing postoperative nausea and vomiting. Anesthesiology 1996; 85:A1.

32. Dershwitz M, Conant JA, Rosow CE, Connors PM, Zaslavsky A. A dose-response study of ondansetron in preventing postoperative nausea and vomiting in female inpatients. Anesthesiology 1996; 85:A331.

33. Rosow CE, Connors PM, Hennessy D, Rosow D, Dershwitz M, Shyu WC, Vachharajani N. Bioavailability of nasal butorphanol. Anesthesiology 1996; 85:A314.

34. Denman WT, Rosow D, Hennessy D, Dershwitz M, Rosow C. Miotic effects of alfentanil, and fentanyl occur at extremely low doses. The Pharmacologist 1997; 39:109.

35. Dershwitz M, Morishige RJ, Walsh JL, Rodriguez-Paz JM, Maarschalk LA, Rubsamen RM, Connors PM, Rosow CE. Pharmacokinetics of inhaled morphine in normal volunteers. Anesthesiology 1997; 87:A376.

36. Denman WT, Rosow D, Hennessy D, Dershwitz M, Rosow CE. Miotic effects of alfentanil, and fentanyl occur at extremely low doses. Anesthesiology 1997; 87:A316.

37. Michalowski P, Dershwitz M, Rosow CE, Conlay LA, Chang YC. Total intravenous anesthesia with remifentanil or alfentanil in ambulatory orthopedic surgery carries minimal risk of postoperative nausea and vomiting. Anesthesiology 1998; 89:A34.

38. Walsh J, Dershwitz M, Rosow C, Connors PM, Morishige R, Rubsamen R. Intravenous and inhaled morphine pharmacokinetics and pharmacodynamics as measured by pupillometry. Anesthesiology 1998; 89:A521.

39. Dershwitz M, Walsh JL, Krause S, Makris N, Gollub R. Using functional magnetic resonance imaging to measure opioid effects in discrete brain regions. Association of University Anesthesiologists Annual Meeting; Pittsburgh, Pennsylvania; May, 1999.

24

40. Gollub RL, Breiter H, Dershwitz M, Elman I, Kantor H, Gastfriend D, Benson E, Lazar S, Krause S, Makris N, Kennedy D, Campbell T, Weisskoff R, Rosen B: Cocaine dose dependent activation of brain reward circuitry in humans revealed by 3T fMRI. International Conference on Functional Mapping of the Human Brain, 1999.

41. Dershwitz M, Walsh JL, Krause S, Makris N, Gollub R. Using functional magnetic resonance imaging to measure opioid effects in discrete brain regions. Anesthesiology 1999; 91:A367.

42. He YL, Walsh J, Denman W, Dershwitz M, Kim J, Rosow C. Pharmacodynamic modeling of the miotic effects of alfentanil in humans measured with infrared pupillometry. Association of University Anesthesiologists Annual Meeting; Rochester, NY; May, 2001.

43. Gollub R, Aquino P, Kong J, Gracely R, Kramet T, Dershwitz M. Reliable intensity and laterality encoding of noxious pressure and heat pain in cortex within single subjects using 1.5T fMRI. Organization for Human Brain Mapping 7th Annual Meeting; Brighton, UK; June, 2001.

44. Aquino P, Kong J, Gracely RH, Kramer T, Dershwitz M, Gollub R. Reliable encoding of brief noxious mechanical stimuli in single subjects using 1.5T fMRI. Society for Neuroscience, 2001.

25

Exhibit B
Mark Dershwitz, M.D., Ph.D.
Rule 26 Disclosure

| Date | Type | Case # | Description | Location | Attorney | Firm | Type |
|---|---|---|---|---|---|---|---|
| 2/22/99 | Deposition | 1 98-CV-0775 WBH | Usher v Kleinman, Daniels, et al | U.S. District Court Northern District of Georgia | Harvey Spiegel | Williams & Henry | P |
| 5/18/99 | Deposition | 98VS014094 3J | Stinson v Troyer, et al | State Court Fulton County, GA | Harvey Spiegel | Williams & Henry | P |
| 6/26/00 | Deposition | 97V000001 | Beach v Lipham | Superior Court Carroll County, GA | Russel Davis | Downey & Cleveland | D |
| 8/29/00 | Trial | 97V000001 | Beach v Lipham | Superior Court Carroll County, GA | Russel Davis | Downey & Cleveland | D |
| 9/1/2000 | Trial | 97-1361-E | Bruce v Philip | Superior Court Suffolk County, MA | Charles J. Dunn, Jr. | Charles J. Dunn, Jr. | D |
| 9/26/01 | Trial | 97-1054 B | Voto v Lebovitz | Superior Court Suffolk County, MA | George Wakeman | Anderson, Adler, Cohen, & Harvey | D |
| 2/11/02 | Deposition | 00-CV-20115-3 | Groover v Resmond Park Hospital, Inc., et al | Superior Court Floyd County, GA | Robert L. Berry | Brinson, Askew, Berry, Seigler, Richardson & Davis | D |
| 3/5/02 | Deposition | 00-01967 | Fuller v Brunswick Endoscopy Center, LLC, et al | Superior Court Glynn County, GA | Wendy Huray | Henry, Spiegel, Fried & Milling | P |
| 5/12/02 | Hearing | 02-10013-WGY | United States v Richard Reid | U.S. District Court Boston, MA | Owen Walker | Federal Defender Office | D |
| 11/20/02 1/3/103 | Deposition | 03-C-00_002791 | Frye v Greater Baltimore Medical Center, et al | Circuit Court Baltimore County, MD | Michael A. Pulver Alison Kohler | The Yost Legal Group Spence, Kohler & Christie | P |
| 2/24/03 | Deposition | 02VS035548 H | Gonzalez v Northside Anesthesiology Consultants, et al. | State Court Fulton County, GA | Harvey Spiegel | Henry, Spiegel, Fried & Milling | P |
| 6/16/03 | Deposition | 2002-A3H89-1 | Thompson v Georgia Anesthesiologists and Joshi | State Court Cobb County, GA | Robert L. Berry | Brinson, Askew, Berry, Seigler, Richardson & Davis | D |
| 6/18/03 | Deposition | SU01CV5077 | Lawrence v The Medical Center, Inc., et al | Superior Court Muscogee County, GA | Harvey Spiegel | Henry, Spiegel, Fried & Milling | P |
| 6/15/03 | Trial | SU01CV5077 | Lawrence v The Medical Center, Inc., et al. | Superior Court Muscogee County, GA | Harvey Spiegel | Henry, Spiegel, Fried & Milling | P |
| 8/21/03 | Deposition | 00-CV-0430 | Moses, et al. v Wellstar Health Systems, Inc., et al. | Superior Court Paulding County, GA | Y. Kevin Williams | Weinberg, Wheeler, Hudgins, Gunn & Dial | D |

26

| Date | Type | Case # | Description | Location | Attorney | Firm | Type |
|---|---|---|---|---|---|---|---|
| 9/15/03 | Trial | 00-CV-0436 | Mowat, et al. v Webster Health Systems, Inc., et al. | Superior Court Paulding County, GA | Y. Kevin Williams | Weinberg, Wheeler, Hudgins, Gunn & Dial | D |
| 11/18/03 | Deposition | SC2003CV124 | McCoy v HCA Health Services of Georgia, Inc., et al. | State Court Muscogee County, GA | Benjamin S. Williams | Benjamin S. Williams & Associates | P |
| 1/13/04 | Trial | 99-5715 | Cosom v Goguen, et al. | Superior Court Suffolk County, MA | James Hancock | Hancock, Tocci & Cass | D |
| 9/30/04 | Hearing | 03-CV-1039 | Reid v Johnson, et al. | U.S. District Court Eastern District of Virginia | Noelle L. Shaw-Bell | Assistant Attorney General Commonwealth of Virginia | D |
| 10/14/04 | Deposition | 01-CV-1130 (LEK/DRH) | McElroy v Kim | U.S. District Court Northern District of New York | E. Stewart Jones, Jr. | E. Stewart Jones Law Firm | P |
| 1/24/05 | Deposition | 03A13839-2 | Daniels v Hosford, et al. | State Court Dekalb County, GA | Forrest B. Johnson | Forrest B. Johnson & Associates | P |
| 2/18/05 | Deposition | 03-CV-87447 | Alcaraz v Weinberg, et al. | Superior Court Fulton County, GA | Amy Kolczak | Owen, Gleaton, Egan, Jones & Sweeney | D |
| 3/30/05 | Deposition | 03-V-3 | Everett v Chitto, et al. | Superior Court Peach County, GA | John C. Edwards | Martin Snow | D |
| 4/6/05 | Deposition | 03-C-0775 | St. Onge v Anesthesia Care Group, et al. | Superior Court Hillsborough, NH | Mark A. Abramson | Abramson, Brown & Dugan | P |
| 5/2/05 | Hearing | 04-CI-1094 | Back and Bowling v Rees, et al. | Franklin Circuit Court Franklin County, KY | Jeff Middendorf | General Counsel Justice and Public Safety Cabinet | D |
| 5/6/05 | Deposition | 02-C-0970 | Hoffman v Exeter Hospital, et al. | Superior Court Rockingham, NH | Mark A. Abramson | Abramson, Brown & Dugan | P |
| 8/8/05 | Deposition | 04-C-0163 | Raley v Albertson, et al. | Superior Court Rockingham, NH | Holly B. Haines | Abramson, Brown & Dugan | P |
| 8/26/05 | Hearing | 4-04CV1075 DJS | Johnson v Crawford, et al. | U.S. District Court Eastern District of Missouri | Denise McElvein | Assistant Attorney General State of Missouri | D |
| 1/30/06 | Hearing | 05-4173-CV-C-FJG | Taylor v Crawford, et al. | U.S. District Court Western District of Missouri | Mike Pritchett | Assistant Attorney General State of Missouri | D |
| 1/31/06 | Deposition | 2004-V-475 | Melvin v Davis, et al. | Superior Court Fanin County, GA | Harvey Spiegel | Henry, Spiegel, Fried & Milling | P |
| 3/13/06 | Deposition | 05-CP-07-96 | Diaz v Gadsen, et al. | Court of Common Pleas Beaufort, SC | Frederick Bergen | Bergen & Bergen | P |

| Date | Type | Case # | Description | Location | Attorney | Firm | Type |
|------|------|--------|-------------|----------|----------|------|------|
| 3/28/06 | Deposition | 1:05CV634 | Walker v Johnson, et al. | U.S. District Court<br>Eastern District of Virginia | Noelle L. Shaw-Bell | Assistant Attorney General<br>Commonwealth of Virginia | D |
| 4/25/06 | Deposition | 04-10303 CA 22 | Phelps v Baptist Health South<br>Florida, Inc. | Circuit Court<br>Miami-Dade County, FL | Edward Hernandez | Falk, Waas, Hernandez, Cortina,<br>Solomon & Bonner | D |
| 5/22/06 | Trial | 99-3667G | Peete v Arnold-Aldea, et al. | Superior Court<br>Suffolk County, MA | Paul McTague | Martin, Magnuson, McCarthy<br>& Kenney | D |
| 5/23/06 | Deposition | 002-06904 | Anderson, et al. v Kenier, et al. | Circuit Court<br>St. Louis, MO | Christopher Byrd | Weinberg, Wheeler, Hudgins,<br>Gunn & Dial | D |
| 6/13/06 | Trial | 05-4173-CC-W-FJG | Taylor v Crawford, et al. | U.S. District Court<br>Western District of Missouri | Mike Pritchett | Assistant Attorney General<br>State of Missouri | D |
| 8/8/06 | Deposition | CIV-05-691-F | Patton v Jones | U.S. District Court<br>Western District of Oklahoma | Gregory T. Metcalfe | Assistant Attorney General<br>State of Oklahoma | D |
| 8/7/06 | Deposition | 04-C-421 | Boliver v Ginsberg, et al. | Superior Court<br>Hillsborough County, NH | W. Kirk Abbott, Jr. | Sulloway & Hollis | D |
| 9/11/06 | Deposition | L-06-148 | Evans v Saar, et al. | U.S. District Court<br>District of Maryland | Philip Pickus | Assistant Attorney General<br>State of Maryland | D |
| 9/29/06 | Trial | 04-C-421 | Boliver v Ginsberg, et al. | Superior Court<br>Hillsborough County, NH | W. Kirk Abbott, Jr. | Sulloway & Hollis | D |
| 10/18/06 | Deposition | SU-05-CV-1836-S | Merritt v Strother, et al. | Superior Court<br>Clarke County, GA | Harvey Spiegel | Henry, Spiegel, Fried & Milling | P |
| 10/11/06 | Trial | L-06-148 | Evans v Saar, et al. | U.S. District Court<br>District of Maryland | Philip Pickus | Assistant Attorney General<br>State of Maryland | D |
| 10/23/06 | Deposition | 5:06-CT-3032-D | Conner v Beck, et al. | U.S. District Court<br>Eastern District of North Carolina | Thomas J. Pitman | Special Deputy Attorney General<br>State of North Carolina | D |
| 4/24/07 | Deposition | 2004-RCCV-984 | Burt v Robbins, et al. | Superior Court<br>Richmond County, GA | Frederick Bergen | Berges & Bergen | P |
| 5/11/07 | Deposition | 04 CI 491 | Webb v Witt | Superior Court<br>Murray County, GA | Robert L. Berry | Brinson, Askew, Berry, Seigler,<br>Richardson & Davis | D |
| 5/14/07 | Trial | 04 CI 491 | Webb v Witt | Superior Court<br>Murray County, GA | Robert L. Berry | Brinson, Askew, Berry, Seigler,<br>Richardson & Davis | D |
| 8/6/07 | Deposition | 3:06-1206 | Harbison v Little, et al. | U.S. District Court<br>Middle District of Tennessee | Mark A. Hudson | Associate Deputy Attorney General<br>State of Tennessee | D |

| Date | Type | Case # | Description | Location | Attorney | Firm | Type |
|---|---|---|---|---|---|---|---|
| 9/7/07 | Trial | 3:05-1205 | Harbison v Little, et al. | U.S. District Court<br>Middle District of Tennessee | Mark A. Hatson | Associate Deputy Attorney General<br>State of Tennessee | D |
| 9/10/07 | Deposition | 06-CV-300 | Jackson, et al., v Danberg, et al. | U.S. District Court<br>District of Delaware | Marc P. Niedzielski | Deputy Attorney General<br>State of Delaware | D |
| 9/20/07 | Deposition | 2:05-cv-695-WKW | McNair v Allen, et al. | U.S. District Court<br>Middle District of Alabama | James W. Davis | Office of the Attorney General<br>State of Alabama | D |
| 9/24/07 | Trial | 06-CV-300 | Jackson, et al., v Danberg, et al. | U.S. District Court<br>District of Delaware | Marc P. Niedzielski | Deputy Attorney General<br>State of Delaware | D |
| 10/2/07 | Deposition | CA 1:07-CV-1474 | Alderman v Donald, et al. | U.S. District Court<br>Northern District of Georgia | Joseph Drolet | Senior Assistant Attorney General<br>State of Georgia | D |
| 4/8/08 | Trial | 04CR065940<br>05CR065806/ | State of Ohio v Rivera<br>State of Ohio v McCloud | Court of Common Pleas<br>Lorain County, OH | Gregory Trout | Chief Legal Counsel<br>Office of Legal Services<br>State of Ohio | D |
| 6/30/08 | Deposition | 06-CVS-6680 | Burchill v Johnson & Johnson, et al. | Superior Court<br>County of Mecklenburg, NC | James E. Ferguson II | Ferguson, Stein, Chambers,<br>Gresham & Sumter | P |
| 7/8/08 | Deposition | 02-CV-27311 JFLRGW | Groover v Johnston, et al. | Superior Court<br>Floyd County, GA | Robert L. Berry | Brinson, Askew, Berry, Seigler,<br>Richardson & Davis | D |
| 7/28/08 | Deposition | KC2003-1079 | Hayes v Newstead, et al. | Superior Court<br>Kent County, RI | Joshua E. Carlin | White, Carlin & Kelly | D |
| 11/7/08 | Deposition | 06-CV-02454-REB-MJW | Eberlein v Provident Life | U.S. District Court<br>District of Colorado | Robert M. Baldwin | Baldwin & Carpenter | D |
| 12/9/08 | Deposition | 07-CV-01770NVS | Dickens v Napolitano | U.S. District Court<br>District of Arizona | Jeffrey Zick | Assistant Attorney General<br>State of Arizona | D |
| 7/23/09 | Deposition | 05A 09009 1D | Schuede v SummitRidge Center<br>of Psychiatry | Superior Court<br>Gwinnett County, GA | Russell Davis | Downey & Cleveland | D |
| 3/17/09 | Deposition | 2:04-CV-1156 | Cooey, et al. v Strickland, et al. | U.S. District Court<br>Southern District of Ohio | Charles Wille | Assistant Attorney General<br>State of Ohio | D |
| 3/27/09 | Hearing | 2:04-CV-1156 | Cooey, et al. v Strickland, et al. | U.S. District Court<br>Southern District of Ohio | Charles Wille | Assistant Attorney General<br>State of Ohio | D |
| 4/14/08 | Deposition | 08-2-02080-8 | Stenson v Vail, et al. | Superior Court<br>Thurston County, WA | John J. Samson | Assistant Attorney General<br>State of Washington | D |

29

| Date | Type | Case # | Description | Location | Attorney | Firm | Type |
|------|------|--------|-------------|----------|----------|------|------|
| 4/30/09 | Deposition | 07-C-0423 | Savigny v Goldster, et al. | Superior Court Hillsborough County, NH | Mark A. Abramson | Abramson, Brown & Dugan | P |
| 8/4/09 | Trial | 24491/01 | Boston v Montefiore Medical Center | Supreme Court County of Bronx, NY | Alan L. Fuchsberg | Jacob D. Fuchsberg Law Firm | P |
| 9/15/09 | Deposition | 08-CV-01616 | Brown v Cooley, et al. | Superior Court Carroll County, GA | Robert D. Roll | Watkins, Lourie, Roll & Chance | P |
| 9/29/09 | Deposition | 1:08-MG-01928 | In Re: Trasylol Products Liability Litigation – MDL 1928 | U.S. District Court Southern District of Florida | David Mizell | Simmons | P |
| 12/4/09 | Hearing | 2:04-CV-1156 | Cooey, et al., v Strickland, et al. | U.S. District Court Southern District of Ohio | Charles Wille | Assistant Attorney General State of Ohio | D. |
| 12/7/09 | Deposition | 09A-04451-1 | Melton v Emory University, et al | State Court DeKalb County, GA | Andrew Cash | Cash, Krugler & Fredericks | P |
| 1/18/10 | Deposition | 1:05-CV-2337 (RWR) | Roane v Holder, et al. | U.S. District Court District of Columbia | Beverly Russel | U.S. Attorney's Office District of Columbia | D |
| 3/2/10 | Deposition | 08-CV-03748-JFL001 | Faulkner v Hardin, et al. | State Court Walker County, GA | Harvey Spiegel | Henry, Spiegel, Milling | P |
| 10/1/10 | Deposition | CIV-10-1016-F | Wackerly v Jones, et al. | U.S. District Court Western District of Oklahoma | Stephen J. Krise | Assistant Attorney General State of Oklahoma | D |
| 10/19/10 | Deposition | 1:05-CV-2337 (RWR) | Roane v Holder, et al. | U.S. District Court District of Columbia | Beverly Russel | U.S. Attorney's Office District of Columbia | D |

Exhibit C

## ORIGINAL ARTICLES

# High-Dose Barbiturate Therapy in Humans: A Clinical Review of 60 Patients

Mark A. Rockoff, MD, Lawrence F. Marshall, MD, and Harvey M. Shapiro, MD

Over the past three years, high-dose barbiturate therapy has been used in the treatment of 60 patients with head injury (N = 45), encephalitis (N = 8), acute focal cerebral ischemia (stroke, N = 4), and global anoxia secondary to drowning (N = 3). High-dose barbiturates appear to be useful adjuncts in the control of intracranial hypertension refractory to other methods of therapy. Administration of barbiturates to patients with this problem will often reduce the requirement for osmotic agents, thereby facilitating medical management by avoiding hyperosmolality and fluid and electrolyte depletion. In a carefully controlled intensive care setting the risk of barbiturate therapy is low, though the costs and demands on personnel are great. Survival appeared to be improved in patients with head injury and encephalitis. Although the ultimate outcome was not altered in patients with stroke or near-drowning, intracranial hypertension did not occur until barbiturate therapy was withdrawn. This experience provides an ethical basis to justify further randomized studies for determining whether or not barbiturates materially improve the neurological outcome following cerebral ischemic and traumatic insults.

Rockoff MA, Marshall LF, Shapiro HM: High-dose barbiturate therapy in humans: a clinical review of 60 patients. Ann Neurol 6:194–199, 1979

There has been much recent interest in clinical application of a possible brain-protective action of anesthetic agents. Studies done in the last thirty years have shown that anesthetized animals survive hypoxia longer than do controls. In this circumstance, barbiturates have emerged as the anesthetic drugs with the greatest protective effect [4, 29]. Goldstein et al [5] reported that dogs subjected to circulatory arrest (aortocaval occlusion) for 10 to 15 minutes fared better neurologically with barbiturate anesthesia than with narcotics and local anesthesia. In the last five years, many studies using laboratory models of stroke have shown improved neurological function and decreased neuropathological abnormalities when high doses of barbiturates were given prior to or immediately following the focal ischemic insult [7, 13, 16, 25]. In most studies, the beneficial effect in stroke was dose dependent and became evident only when massive amounts were administered. Recently, Bleyaert et al [2], using a neck tourniquet and hypotension to induce selective cerebral circulatory arrest in monkeys, reported an improved neurological outcome in animals treated with huge amounts of thiopental (dose range, 90 to 120 mg per kilogram of body weight) shortly after restoration of cerebral blood flow.

Human studies have demonstrated that barbiturates can rapidly (seconds to minutes) lower intracranial pressure (ICP) [22, 23], and we have recently described such a phenomenon in patients with head trauma [11] and Reye syndrome [10]. In these patients, reduction of ICP may have prevented potential secondary cerebral ischemic insults.

In clinical conditions in which cerebral ischemia is the major and primary disorder (such as following stroke or cardiac arrest), barbiturate protection of the brain in human beings has not been shown. Nevertheless, the cited experimental work in animals has led to the hope that barbiturates might be effectively applied to treat cerebral ischemia occurring in humans. In this perspective, we reviewed our three-year experience with 60 patients who received high-dose barbiturate therapy for acute brain insults associated with cerebral ischemia.

## Patient Groups
### Head Injury
Intravenous pentobarbital was utilized in 45 patients suffering acute severe head injury. These patients were selected from a consecutive series of 172 patients who either were verbally unresponsive on initial examination (N = 150) or deteriorated to that level during the first 4H hours after admission (N = 22). The Glasgow coma scale was applied to grading the patients. This scale consists of points for the best possible responses to vocal or noxious stimuli

From the Department of Anesthesiology and the Department of Surgery, Division of Neurological Surgery, Veterans Administration Hospital, La Jolla, and the University of California, San Diego, School of Medicine, San Diego, CA.

Accepted for publication Jan 30, 1979.

Address reprint request to Dr Marshall, Division of Neurological Surgery, Department of Surgery, University Hospital, 225 Dickinson St, San Diego, CA 92103.

as characterized by eye opening, verbalization, and motor activity. Normal responses result in a score of 15, with 3 being the lowest possible value [26, 27].

Intracranial and intraarterial blood pressure (BP) was monitored in all patients, and extraparenchymal clots were surgically evacuated when indicated. In all cases, high doses of barbiturates were given only after standard therapy to control ICP had failed. The pressure-lowering therapy included controlled hyperventilation ($Pa_{CO_2}$, $25 \pm 3$ mm Hg), intravenous mannitol administration, BP reduction (systolic BP < 160 mm Hg) with vasodilators, maintenance of normothermia, and high doses of dexamethasone (80 mg/day). Despite this treatment, 45 patients developed intractable, severe intracranial hypertension, defined as ICP greater than 40 mm Hg for at least 15 minutes, reduction in the mean cerebral perfusion pressure ($\overline{CPP} = \overline{BP} < \overline{ICP}$) to less than 50 mm Hg, or both. In these patients, pentobarbital sodium was initially administered intravenously in divided doses over a period of 10 to 20 minutes to a total of 3 to 5 mg per kilogram, followed by 1 to 2 mg per kilogram supplements given every 1 to 2 hours to maintain a mean BP between 60 and 90 mm Hg, an ICP less than 15 mm Hg, a $\overline{CPP}$ greater than 50 mm Hg, and a serum pentobarbital level between 2.5 and 4 mg per deciliter.

Based on experience with the first 11 patients, criteria were developed for the cessation of barbiturate therapy. These included normalization of the intracranial volume/pressure response (i.e., a rise in ICP of less than 3 mm Hg with either 1.0 ml of saline injected through a ventricular cannula or 0.1 ml instilled through an ICP bolt that records pressure in the supracortical subarachnoid space), an ICP less than 15 mm Hg for 72 hours, and a systolic arterial BP less than 160 mm Hg without vasodilator therapy. Barbiturates were also withdrawn if there was no reduction in ICP, if signs of progressive neurological impairment occurred (for example, widely dilated pupils or deterioration of the brainstem auditory evoked potentials), or arbitrarily after 14 days of therapy. The first 25 patients have been reported in detail elsewhere [11]; the present report includes our experience with an additional 20 patients.

### Encephalitis

Eight children were treated with large doses of pentobarbital in a similar fashion to those patients with head injury. Seven were diagnosed as suffering from Reye syndrome on the basis of a history of gastroenteritis progressing to loss of consciousness with abnormal liver function tests and hyperammonemia [10]. Some had confirmatory liver biopsies. A diagnosis of herpes simplex encephalitis was made in 1 child because of an eightfold rise in herpes titers despite failure of the virus to grow from cerebrospinal fluid and brain biopsy tissue. Prior to institution of barbiturate therapy, all had inappropriate responses to noxious stimuli, unreactive pupils, irregular respirations, and absent or abnormal oculocephalic reflexes. Barbiturate therapy was begun only if the ICP remained greater than 30 mm Hg for at least 30 minutes despite vigorous ICP reduction therapy as previously outlined for the patients with head injury. The child with herpes encephalitis also received a ten-day course of ara-A. The same criteria were used for discontinuance of barbiturate therapy as in the population with

head injuries except that a normal ICP was required for only 36 hours.

### Focal Cerebral Ischemia (Stroke)

At the University of California in San Diego, a method has been used for the treatment of surgically inaccessible aneurysms of the anterior communicating or middle cerebral artery involving stereotaxic injection of a methyl methacrylate–iron mixture to produce ablation of the aneurysm [1]. This procedure has been carried out in 47 patients. In 4 instances the major cerebral vessel was occluded at its origin by overinjection of the aneurysm with the material. Cerebral angiograms confirmed there was no distal embolization. These patients represented an opportunity to study an acute stroke in humans in a manner similar to that used in animal investigations. The natural history of a massive infarction caused by lesions of this type in previous patients consists of the gradual onset of intractable intracranial hypertension and death [17]. Because of this course and the evidence from laboratory stroke models indicating benefit only when barbiturates were given soon after ischemia, we did not wait for intracranial hypertension to develop before beginning therapy. Standard therapy against cerebral edema as previously described was instituted simultaneously.

### Global Cerebral Anoxia (Drowning)

In 3 children who suffered cardiopulmonary arrest secondary to drowning, high-dose barbiturate therapy was instituted following successful cardiopulmonary resuscitation and transportation to our center (1 to 5½ hours after the immersion). Endotracheal intubation was accomplished upon arrival in the emergency room, and none of the children required pharmacological support of BP. All had severe abnormalities on neurological examination, including persistent coma, unresponsive pupils, and absent or abnormal responses to pain. In 2 cases there was relatively good documentation that the period of complete anoxia had not exceeded 6 minutes; in the third patient, documentation was vague. Because the time to the beginning of barbiturate therapy was thought to be critical, barbiturates were started prior to establishment of ICP monitoring and coincident with the anti-cerebral edema therapy previously outlined.

## Results

### Head Injury

In the 45 patients with severe head injuries, the Glasgow coma scores are noted in Table 1 along with the response to barbiturates. No patients with a score greater than 7 were given barbiturates; 22 of the patients had a score of 3 or 4. In 36 patients, ICP was reduced by more than 10 mm Hg within minutes of barbiturate administration. In 29 of these initial barbiturate responders, rapid normalization of ICP to less than 15 mm Hg resulted. In those patients responding to barbiturates, the amount of mannitol used for ICP control was reduced from 4.5 gm per

*Table 1. Response and Outcome in 45 Patients with Head Injury Treated with Pentobarbital*[a]

| Glasgow Coma Score | No. of Patients | Good Recovery | Moderate Disability | Vegetative | Dead |
|---|---|---|---|---|---|
| INITIAL RESPONDERS[b] | | | | | |
| 3 | 7 | 4 | 1 | 0 | 2 |
| 4 | 9 | 4 | 1 | 1 | 3 |
| 5 | 5 | 3 | 1 | 0 | 1 |
| 6 | 11 | 6 | 2 | 1 | 2 |
| 7 | 4 | 3 | 1 | 0 | 0 |
| Total | 36 | 20 | 6 | 2 | 8 |
| INITIAL NONRESPONDERS | | | | | |
| 3 | 4 | 0 | 0 | 0 | 4 |
| 4 | 2 | 0 | 0 | 0 | 2 |
| 5 | 2 | 0 | 0 | 1 | 1 |
| 6 | 1 | 0 | 0 | 0 | 1 |
| 7 | 0 | 0 | 0 | 0 | 0 |
| Total | 9 | 0 | 0 | 1 | 8 |

[a] All patients treated with barbiturates had an ICP > 40 mm Hg for at least 15 minutes.
[b] Initial responders (N = 36) are defined as having reduction in ICP > 10 mm Hg (29 of these had normalization of ICP < 15 mm Hg). See text for discussion.

*Table 2. Response and Outcome in 8 Patients with Encephalitis Treated with Pentobarbital*

| Age (yr) | Diagnosis | Highest ICP before Pentobarbital Therapy (mm Hg)[a] | ICP during Pentobarbital Therapy (mm Hg)[a] | Days of Pentobarbital Therapy | Outcome |
|---|---|---|---|---|---|
| 17 | Reye syndrome | 59 | <15 | 7 | Normal |
| 13 | Reye syndrome | 60 | <25 | 9 | Normal |
| 16 | Reye syndrome | 51 | <20 | 5 | Normal |
| 4 | Reye syndrome | 63 | <15 | 8 | Normal |
| 3 | Reye syndrome | >30[b] | <15 | 7 | Normal |
| 0.8 | Reye syndrome | >30[b] | <25 | 14 | Abnormal |
| 8.5 | Reye syndrome | 69 | <15 | 10 | Normal |
| 8 | Herpes simplex | 44 | <25 | 5 | Normal |

[a] Baseline in nonstimulated patient. Does not include transient precipitous ICP increases.
[b] Peak range on recorder was 30 mm Hg.

kilogram per day immediately before pentobarbital was begun to 0.5 gm per kilogram per day after therapy was started ($p < 0.01$). A total of 9 patients had no reduction of ICP in response to initiation of barbiturates; 8 died and 1 is a chronic vegetative survivor. Another 6 patients exhibited delayed escape from barbiturate-augmented control of their ICP; mannitol successfully controlled the ICP in 2 and they made a good recovery, whereas the remaining 4 died. It is of interest that of the nonresponders, 6 had no change in ICP to variations in $P_{CO_2}$ and 5 had initial ICP tracings characterized by a consistently high level with little fluctuation. In 4 patients the presence of large temperature swings and diabetes insipidus suggested severe diencephalic injury.

*Encephalitis*

The results of treatment in the children with Reye syndrome (N = 7) and herpes encephalitis (N = 1) are shown in Table 2. There were 7 normal survivors and 1 child with brain damage characterized by cortical blindness and moderate psychomotor retardation. Control of ICP in these patients was uniformly successful after the institution of barbiturates. The daily mannitol dose required to maintain normal ICP was reduced from 3.7 to 0.5 gm per kilogram per day ($p < 0.001$) after barbiturates were begun.

*Stroke*

In the 4 patients with focal vascular occlusion secondary to iatrogenic thrombosis, the results were

Table 3. *Response and Outcome in 4 Patients with Stroke Treated with Pentobarbital*

| Age (yr) | Artery Occluded | Time Barbiturates Begun after Stroke | ICP during Barbiturate Therapy[a] | Days of Pentobarbital Therapy | Outcome |
|---|---|---|---|---|---|
| 47 | Anterior communicating | 1 hr | Normal | 5 | Died[b] |
| 52 | Middle cerebral | 4 hr | Normal | 5 | Died[b] |
| 55 | Anterior communicating | Immediately | Normal | 5 | Died[a] |
| 51 | Middle cerebral | Immediately | Normal | 5 | Died[b] |

[a]Normal ICP defined as baseline <20 mm Hg. Does not include transient precipitous ICP increases.
[b]ICP equaled arterial BP when barbiturates were discontinued. See text for discussion.

dismal (Table 3). Although ICP was maintained below 20 mm Hg for days, withdrawal of pentobarbital resulted in a fatal rise of ICP in all patients as the pentobarbital level decreased.

### Drowning

The results in the 3 children treated for postanoxic brain ischemia were similar to those in the patients with focal cerebral ischemia. Although ICP was adequately controlled and the computerized tomographic scan appeared normal in all the children while they were given high-dose barbiturates and standard therapy to combat cerebral edema, discontinuation of barbiturates was followed by a rapid rise in ICP to equal the arterial BP, and they all died.

### Discussion

Many clinical conditions can result in neurological dysfunction secondary to inadequate cerebral perfusion. Cerebral ischemia has several potential causes, including intravascular occlusion (stroke), extravascular compression (head trauma), or extracranial loss of perfusion pressure (cardiac arrest). Each has its own pattern of onset, time course, and factors influencing resolution [9]. Barbiturates may affect different mechanisms in the evolution of ischemic insults arising from different causes.

Barbiturates may reduce the neurological impact of an ischemic episode by any of several methods. Cerebral metabolism declines by approximately 50% with large doses of barbiturates; this effect appears to be due to a reduction in the functional work of the brain associated with a reduced generation of the electroencephalogram [12]. Hypothermia can reduce both functional and basal work of the brain. The combined use of hypothermia and barbiturates has been shown to produce greater reductions of cerebral metabolism than either therapy alone [23].

Although reduction of cerebral metabolism *prior to* temporary ischemic insults can extend the time of tolerable ischemia (including complete circulatory arrest), the reduction of cerebral metabolism *after* an ischemic period has rarely proved beneficial. In addition, most patients in coma already have reduced cerebral metabolism, and it becomes questionable whether barbiturates will augment this reduction. Furthermore, the effect on cerebral metabolism cannot entirely explain barbiturate protection of the brain, since in at least one experiment studying cerebral ischemia, other anesthetic agents which also decreased metabolic rate resulted in increased neurological damage [25].

Other effects of barbiturates may be more important to the brain following inadequate cerebral perfusion. Barbiturates increase the cerebrovascular resistance [19] and might be beneficial in stroke by diverting blood flow from vascularly responsive areas of normal brain to impaired areas with relative ischemia. Furthermore, the increased cerebrovascular resistance results in a reduction in intracranial blood volume, which probably explains the rapid effect of barbiturates in lowering ICP. Barbiturates are also effective anticonvulsants and may suppress subclinical seizure activity [6]. The associated immobilization of the body may aid in mechanical ventilation and nursing care [3]. A direct beneficial effect on cell membranes has been postulated since barbiturates may scavenge free radicals, thereby preventing cell destruction [24].

Recognizing that different mechanisms of barbiturate action may be important in insults of different origin, we have reviewed our experience in treating cerebral ischemia with barbiturates. In most patients with head injury, in whom controlling intracranial hypertension is a major therapeutic problem, barbiturates do help to lower the ICP and appear to improve survival and quality of neurological function. Several observations support this conclusion. Miller et al [15] demonstrated in a series of 160 consecutive head injuries that patients in whom ICP could not be reduced below 20 mm Hg by conventional means similar to those used in this study had a 100% mortality. At our institution, 17 patients with persistent ICP greater than 40 mm Hg, treated by the same neurosurgeons with otherwise similar treatment before the barbiturate therapy protocol was

established, all died as well (unpublished data). Our mortality of 36% in the present group of patients in whom ICP exceeded 40 mm Hg despite standard therapy suggests that barbiturates can influence outcome favorably. It is also apparent that the inability to reduce elevated ICP with high-dose barbiturates must be considered a grave prognostic sign since no patients in this category had satisfactory neurological recovery. Although it is difficult to compare patients from different institutions, use of the Glasgow coma score does provide a common reference for assessing severity of illness and success of therapy in head injury. Teasdale and Jennett [27] reported a 60% incidence of death or persistent vegetative state among 179 patients with head injury and scores of 7 or less who were treated with conventional therapy. Only 42% of our patients with Glasgow coma scores of 7 or less had similar outcomes. It should be emphasized that barbiturates were given only to patients not responding to standard treatment. Randomized control patients were not obtained in this preliminary study since we tested the ICP reduction effects of pentobarbital in all patients with severely elevated ICP.

Numerous studies have demonstrated that death in Reye syndrome frequently is a result of intractable intracranial hypertension [8, 14, 20, 28]. The mortality of patients with neurological deterioration comparable to our group has been reported to be from 50 to 100% [10]. The 100% survival in the present group of patients with barbiturate-augmented control of ICP suggests that this therapy is beneficial. Any conclusion as to the protective effects of barbiturates in such circumstances, other than the effect on ICP, remains strictly speculative.

Our experience in patients with focal cerebrovascular occlusion gave little evidence that barbiturate therapy favorably affects the outcome of patients with stroke. However, the ICP was controllable and death did not occur while treatment was maintained. It is not known whether barbiturate therapy favorably alters the outcome in patients with less extensive strokes, although our human experience suggests that this may not be the case. These patients were treated much more rapidly than would be possible with patients suffering stroke outside the hospital. They were intubated and receiving controlled ventilation at the time of the insult, avoiding possible deleterious effects which might result from hypoxia or abnormal ventilation. And, finally, they were younger than the average population in which cerebrovascular occlusion occurs.

It is unclear why a difference exists between our human experience and animal laboratory studies. While this vascular insult is not entirely analogous to clinical stroke in humans, it is comparable to focal

vascular occlusion produced by middle cerebral artery clipping, an experimental approach used in most laboratories. The young primate with a more complete cerebral collateral circulation may enjoy better reperfusion of the area rendered ischemic by clipping. In addition, our patients had no possibility of perfusion through the occluded vessel, unlike the usual clinical stroke in humans, in which vascular recanalization is possible.

Our limited experience with patients having postanoxic brain ischemia prohibits firm conclusions about the application of barbiturates in this circumstance. The mortality in children after drowning who arrive at the hospital with no response to pain and with fixed, dilated pupils approaches 100% [18]. The fact that cessation of barbiturates resulted in an abrupt and inexorable rise in the ICP with resultant death leads one to the conclusion that, as in the patients with stroke, the natural history of the disease has not been altered but simply postponed.

We have not employed high-dose barbiturate therapy in the treatment of patients following cardiac arrest. There is little experimental evidence to indicate that any brain-protective effect of barbiturates exists in this circumstance. One recent report [2], using selective cerebral circulatory arrest in the monkey produced by high-pressure neck tourniquet and induced hypotension, claims to demonstrate a beneficial effect of large doses of thiopental given within 15 minutes after restoration of cerebral blood flow. However, improvement may have been due to other aspects of intensive care, including prolonged mechanical ventilation [3, 21].

Barbiturate administration has not been associated with complications in our patient population when done in a setting where there is familiarity with the requisite controlled ventilation and ICP monitoring. Ancillary techniques, including CT scans and monitoring of brainstem auditory evoked potentials, can replace the clinical and EEG examinations which are lost in patients placed on high-dose barbiturate therapy. Obviously, such treatment generates high costs and places great demands on limited hospital personnel and resources. The families of patients maintained for prolonged periods with this form of therapy undergo substantial emotional stress. The effects of massive amounts of barbiturates on the ischemic or infarcted myocardium after cardiac arrest are not known. One does know that large doses of barbiturates can cause severe cardiovascular instability in animals [7].

If laboratory promises of barbiturate effectiveness are to be upheld in humans, clinical trials must be randomized and controlled, and not consist simply of anecdotal reports of isolated experience. This study suggests that such trials are feasible. Until strong and

*substantiated evidence from the laboratory demonstrates a protective effect of barbiturates following global and other forms of cerebral ischemia in man, clinical use of these drugs is unwarranted in efforts to protect the brain after cardiac arrest.*

## References

1. Alksne JF, Smith RW: Iron-acrylic compound for stereotaxic aneurysm thrombosis. J Neurosurg 47:137–141, 1977
2. Bleyaert AL, Nemoto EM, Safar P, et al: Thiopental amelioration of brain damage after global ischemia in monkeys. Anesthesiology 49:390–398, 1978
3. Bleyaert AL, Safar P, Nemoto EM, et al: Amelioration of post-ischemic brain damage in the monkey by immobilization and controlled ventilation (abstract). Crit Care Med 6:112–113, 1978
4. Brann AS, Montalvo JM: Barbiturates and asphyxia. Pediatr Clin North Am 17:851–862, 1970
5. Goldstein A, Wells BA, Keats AS: Increased tolerance to cerebral anoxia by pentobarbital. Arch Int Pharmacodyn Ther 161:138–143, 1966
6. Harvey SC: The barbiturates, in Goodman LS, Gilman A (eds): The Pharmacological Basis of Therapeutics. Fifth edition. New York, Macmillan, 1975, p 108
7. Hoff JT, Smith AL, Hankinson HL, et al: Barbiturate protection from cerebral infarction in primates. Stroke 6:28–33, 1975
8. Lovejoy FH, Bresnan MJ, Lombroso CT, et al: Anticerebral edema therapy in Reye's syndrome. Arch Dis Child 50:933–937, 1975
9. Marsh ML, Marshall LF, Shapiro HM: Neurosurgical intensive care. Anesthesiology 47:149–163, 1977
10. Marshall LF, Shapiro HM, Rauscher A, et al: Pentobarbital therapy for intracranial hypertension in metabolic coma: Reye's syndrome. Crit Care Med 6:1–5, 1978
11. Marshall LF, Smith RW, Shapiro HM: The outcome with aggressive treatment in severe head injuries: acute and chronic barbiturate administration in the management of head injury. J Neurosurg 50:26–30, 1979
12. Michenfelder JD: The interdependency of cerebral functional and metabolic effects following massive doses of thiopental in the dog. Anesthesiology 41:231–236, 1974
13. Michenfelder JD, Milde JH: Influence of anesthetics on metabolic, functional and pathologic responses to regional cerebral ischemia. Stroke 6:405–410, 1975
14. Mickell JJ, Cook DR, Reigel DH, et al: Intracranial pressure monitoring in Reye-Johnson syndrome. Crit Care Med 4:1–7, 1976
15. Miller JD, Becker DP, Ward JD, et al: Significance of intracranial hypertension in severe head injury. J Neurosurg 47:503–516, 1977
16. Moseley JL, Laurent JP, Molinari GF: Barbiturate attenuation of the clinical course and pathologic lesions in a primate stroke model. Neurology (Minneap) 25:870–874, 1975
17. Ng LKY, Nimmannitya J: Massive cerebral infarction with severe brain swelling. Stroke 1:158–163, 1970
18. Orlowski JP: Prognostic factors in drowning and the post-submersion syndrome (abstract). Crit Care Med 6:94, 1978
19. Pierce EC, Lambertsen CJ, Deutsch S, et al: Cerebral circulation and metabolism during thiopental anesthesia and hyperventilation in man. J Clin Invest 41:1664–1671, 1962
20. Pizzi FJ, Schut L, Berman W, et al: Intracranial pressure monitoring in Reye's syndrome. Childs Brain 2:19–66, 1976
21. Rockoff MA, Shapiro HM: Barbiturates following cardiac arrest: possible benefit or Pandora's box? Anesthesiology 49:385–387, 1978
22. Shapiro HM, Galindo A, Wyte SR, et al: Rapid intraoperative reduction of intracranial pressure with thiopentone. Br J Anaesth 45:1057–1061, 1973
23. Shapiro HM, Wyte SR, Loeser J: Barbiturate-augmented hypothermia for reduction of persistent intracranial hypertension. J Neurosurg 40:90–100, 1974
24. Siesjo BK, Carlson C, Hagerdal M, et al: Brain metabolism in the critically ill. Crit Care Med 4:283–294, 1976
25. Smith AL, Hoff JT, Nielsen SL, et al: Barbiturate protection in acute focal cerebral ischemia. Stroke 5:1–7, 1974
26. Teasdale G, Jennett B: Assessment of coma and impaired consciousness. A practical scale. Lancet 2:81–84, 1974
27. Teasdale G, Jennett B: Assessment and prognosis of coma after head injury. Acta Neurochir 34:45–55, 1976
28. Venes JL, Shaywitz BA, Spencer DD: Management of severe cerebral edema in the metabolic encephalopathy of Reye-Johnson syndrome. J Neurosurg 48:903–915, 1978
29. Wilhjelm BJ, Arnfred I: Protective action of some anesthetics against anoxia. Acta Pharmacol Toxicol 22:93–98, 1965

Exhibit D

## Original Article

# Pentobarbital Coma For Refractory Intra-Cranial Hypertension After Severe Traumatic Brain Injury: Mortality Predictions and One-Year Outcomes in 55 Patients

*Gary T. Marshall, MD, Robert F. James, MD, Matthew P. Landman, MD, Patrick J. O'Neill, PhD, MD, FACS, Bryan A. Cotton, MD, FACS, Erik N. Hansen, MD, John A. Morris, Jr., MD, FACS, and Addison K. May, MD, FCCM, FACS*

**Objective:** To identify predictors of mortality and long-term outcomes in survivors after pentobarbital coma (PBC) in patients failing current treatment standards for severe traumatic brain injuries (TBI). This is a retrospective cohort study of severe TBI patients receiving PBC at Level I Trauma Center and tertiary university hospital.

**Methods:** Four thousand nine hundred thirty-four patients were admitted to the trauma intensive care unit with severe TBI (head Abbreviated Injury Scale ≥ 3) between April 1998 and December 2004. Six hundred eleven received intracranial pressure (ICP) monitoring and 58 received PBC. Three patients underwent craniotomy for intracranial mass lesion and were excluded. The study group received standardized medical management for severe TBI including opiates, benzodiazepines, elevation of the head of bed, avoidance of hypotension and hypercapnia and hyperosmolar therapy (HOsmRx). In addition, 31 of 55 patients (56%) underwent placement of intraventricular catheters for cerebrospinal fluid drainage. If routine medical management and cerebrospinal fluid diversion failed to control ICP, then the patient was determined to have refractory intracranial hypertension (RICH) and PBC treatment was initiated. PBC was performed with pentobarbital infusion with continuous electroencephalogram monitoring to ensure adequate burst suppression. The measurements include serum sodium (Na⁺) and osmolality (Osm) were assessed as indicators for initiation of PBC and to estimate the 50% mortality cut-points when controlling for ICP. Long-term functional outcomes were assessed using the Glasgow Outcome Scale and stratified according to admission Glasgow Outcome Scale score and Marshall computed tomography classification. Of the 55 PBC patients, 22 (40%) survived at discharge. 19 of 22 had long-term follow-up (1 year or more) available. Of these, 13 (68%) were normal or functionally independent (Glasgow Outcome Scale score 4 or 5). Serum Na⁺ and Osm were associated

with death ($p < 0.05$) when controlling for ICP. The 50% mortality cut-points were Na⁺ of 160 mEq/L and Osm of 330 mOsm/Kg $H_2O$. Median minimum cerebral perfusion pressure after PBC was 42 mm Hg in survivors and 34 mm Hg in nonsurvivors ($p = 0.013$).

**Conclusions:** In patients with severe TBI and RICH, survival at discharge of 40% with good functional outcomes in 68% of survivors at 1 year or more can be achieved with PBC after failure of HOsmRx. Based on 50% mortality cut-points, analysis suggests the limits of HOsmRx to be Na⁺ of 160 mEq/L and Osm of 330 mOsm/Kg $H_2O$. Maintenance of higher cerebral perfusion pressure after PBC is associated with survival. PBC treatment of RICH may be even more important when other treatments of RICH, such as decompressive craniectomy, are not available.

**Key Words:** Traumatic brain injury, Trauma, Intracranial hypertension, Pentobarbital coma, Hyperosmolar therapy, Barbiturate coma.

*(J Trauma.* 2010;69: 275–283)

Submitted for publication October 24, 2007.
Accepted for publication March 18, 2010.
Copyright © 2010 by Lippincott Williams & Wilkins
From the Department of Surgery (G.T.M.), Division of Trauma and General Surgery, University of Pittsburgh Medical Center, Pittsburgh, Pennsylvania; Department of Surgery (R.F.J.), Division of Neurosurgery, The Brody School of Medicine, East Carolina University, Greenville, North Carolina; Department of Surgery (M.P.L., E.N.H., J.A.M., K.M.), Division of Trauma and Surgical Critical Care, Section of Surgical Sciences, Vanderbilt University Medical Center, Nashville, Tennessee; Department of Surgery (P.J.O'N.), Division of Burns, Trauma & Surgical Critical Care, Maricopa Medical Center, Phoenix, Arizona; and Department of Surgery and The Center for Translational Injury Research (B.A.C.), The University of Texas Health Science Center at Houston, Houston, Texas.
Presented at the Society of Critical Care Medicine's 35th Critical Care Congress, January 2007, Orlando, FL.
The authors of this article have no financial or other conflicts of interest.
Address for reprints: Gary T. Marshall, MD, University of Pittsburgh Medical Center, 200 Lothrop St., PUH F1266, Pittsburgh, PA 15213; email: marshallgt@upmc.edu.

DOI: 10.1097/TA.0b013e3181de74c7

Traumatic brain injury (TBI) remains a significant cause of death, long-term disability, and economic burden worldwide. Primary brain injury results from the mechanical damage incurred during the initial traumatic insult. Secondary brain injury is thought to be because, in part, of the inflammation and ischemia from systemic and/or cerebral factors, and its prevention is the major focus of current treatment strategies.[1,2]

The significance of intracranial hypertension (ICH) in severe TBI has been well established. With a rise in intracranial pressure (ICP), cerebral perfusion is limited, resulting in inadequate oxygen and substrate delivery promoting secondary brain injury.[3] According to current Brain Trauma Foundation guidelines, ICP monitoring is indicated for severe head injury patients with a Glasgow Coma Scale (GCS) score of 3 to 8 and abnormal findings on head computed tomography (CT) scan. Additionally, ICP monitoring is recommended in the presence of a normal CT scan with advanced age, motor posturing, and/or systemic hypotension.[4] Although an initial treatment threshold for ICH has not been definitively established, ICPs of 20 mm Hg to 25 mm Hg are the recommended values above which pressure-lowering therapies are initiated.[5]

The current recommendations for treatment of ICH include therapies such as analgesia, sedation, cerebrospinal fluid drainage (when available), mild short-term hyperventilation, and the administration of mannitol and/or hypertonic saline as euvolemic hyperosmolar therapy (HOsmRx). When these treatments fail to control ICP elevations, the patient is said to have refractory ICH (RICH). Additional rescue therapies such as high-dose barbiturate therapy or pentobarbital

*Marshall et al.*                    *The Journal of* TRAUMA® *Injury, Infection, and Critical Care* • Volume 69, Number 2, August 2010

coma (PBC), decompressive craniectomy, decompressive laparotomy, and hypothermia may then be instituted.[6]

In 1988, Eisenberg et al.[7] demonstrated the efficacy of PBC in lowering ICP for severe TBI patients with RIH. Unfortunately, there have been no recent studies in adult trauma patients that establish the efficacy of PBC therapy for RIH. The evidence for PBC therapy in the treatment of RIH is >20 years old. The medical management of TBI patients was significantly different from today.[8] Recently, PBC has become a less popular treatment option for patients with RIH because of its many potential side effects including hypotension.[9] Later, there has been a resurgent interest in decompressive craniectomy. Decompressive craniectomy, however, is unavailable at many centers because of limitations of neurosurgical coverage. In addition, the efficacy of decompressive craniectomy in adult TBI has never been shown in a randomized clinical trial.[9] Decompressive craniectomy also has the potential for undesirable complications and side effects.[10]

Based on our hypothesis that PBC would add benefit in patients with RIH after severe TBI who have failed maximal medical management and HOsmRx, we sought to review our experience with this difficult patient population. In addition, we sought to identify potential predictors of mortality and to determine what the long-term functional outcomes were for severe TBI survivors treated with PBC therapy at our institution.

## MATERIALS AND METHODS

### Patient Selection and Characteristics

Approval for review of these records was obtained from the Vanderbilt University Medical Center Institutional Review Board. All adult and pediatric trauma patients admitted between April, 1998 and December, 2004 with a diagnosis of severe TBI (Abbreviated Injury Scale (AIS) ≥3) were identified through the trauma registry of the American College of Surgeons database for Vanderbilt University Medical Center. Those patients with ICP monitor or ventriculostomy placed and who received PBC for the treatment of RIH despite failure of best medical treatment were selected and analyzed. Patients who underwent subsequent craniotomy for intracranial mass lesions (n = 3) were excluded (Fig. 1). In the resulting patient group (n = 55), demographic data, medical history, admitting diagnosis, and neurologic status according to both the prehospital and admission (postresuscitation) GCS were collected. Severity of injury, as determined by the Injury Severity Score and AIS, were also obtained. The patient's chart and electronic medical records were reviewed and details on patient care before the onset of PBC, duration of treatments, physiologic measurements, laboratory values, and other interventions were analyzed. Hospital and intensive care unit (ICU) length of stay (LOS) and status on discharge were also collected. Long-term outcome was evaluated by review of clinical records and by direct contact with the patients or their care-givers. Current neurologic status was graded according to the Glasgow Outcome Scale (GOS) using structured phone interviews.

Radiographic evidence for the extent of TBI was analyzed by reviewing the brain CT scans before initiating PBC. The admission CT scan or earliest CT scan available was



**Figure 1.** Flow diagram for study.

scored by a blinded neurologic surgeon using the Marshall Classification of head injury.[11]

### TBI Resuscitation and Management

Patients with TBI treated at Vanderbilt University Medical Center are managed by our TBI protocol exclusively in the trauma intensive care unit (TICU) by a group of board-certified trauma/critical care surgeons using current, evidence-based practice management guidelines (PMG). All patients with severe TBI received a neurosurgical consultation. A flow diagram of TICU PMG for severe TBI patients with a GCS <9 is shown in Figure 2.[12]

All patients without a secure airway at the time of arrival underwent rapid sequence intubation and mechanical ventilatory support was initiated. CT scans of the brain, neck, and torso were obtained to identify injuries. All patients were then admitted to the TICU. Standard isotonic fluid resuscitation was instituted and guided by arterial pressure measurements, laboratory studies, and pulmonary artery catheter use when appropriate for treatment of hemodynamically labile patients. Postresuscitation, admission GCS scores were obtained.

ICP monitors and ventriculostomy drains were placed by neurosurgery when indicated by physical examination and radiologic findings according to our PMG. Ventriculostomies were placed preferentially unless deemed unsafe or impossible by the attending neurosurgeon. Of the group of 55 patients in the study, 31 (56%) had ventriculostomies placed. Patients were ventilated to a Paco₂ of 35 mm Hg to 40 mm Hg using standard modes. Spine precautions were maintained and the patient positioned in reverse-Trendelenburg at 30 degrees.

Adequate pain control and sedation were achieved using narcotics, benzodiazepines, and/or propofol at the discretion of the treating surgical intensivist. Neuromuscular blocking agents were also used in some patients at the physicians' discretion. Fluid and vasopressors were used to maintain a cerebral perfusion pressure (CPP) >60 mm Hg. Serial serum lactate levels and blood oxygen saturation (SvO₂) were also used to assess adequacy of resuscitation. For ICP measurements greater than 20 mm Hg despite drain-

© 2010 Lippincott Williams & Wilkins

*The Journal of TRAUMA® Injury, Infection, and Critical Care* • Volume 69, Number 2, August 2010   *Pentobarbital Coma for RICH*



**Figure 2.** Current TBI treatment guidelines for patients with GCS <9.

*age and the above interventions, euvolemic HOsmRx therapy with mannitol, 0.25 mg/kg to 1.0 mg/kg IV was instituted to ensure a CPP >60 mm Hg. Mannitol administration was repeated as long as euvolemia was assured and the serum Osm remained ≤320 mOsm/kg H₂O. Hypertonic saline (3%) was also used for treatment of elevated ICP when the CPP was <60 mm Hg. This was repeated as necessary provided the serum sodium was ≤150 mEq/L.*

## Pentobarbital Coma Therapy

When ICH persisted despite maximal HOsmRx, PBC was induced by infusion of a 10 mg/kg bolus of pentobarbital over 30 minutes followed by a continuous infusion at 5 mg/kg/hr for 3 hours which was then reduced to 1 mg/kg/h.

This dose was then titrated between a range of 1 mg/kg/h to 5 mg/kg/h to achieve burst suppression on routine, continuous electroencephalogram monitoring. ICP and CPP data were recorded hourly and recovered from ICU flow chart for review. Additional brain CT scans were obtained and repeated as necessary during the course of standard medical therapy as requested by the treating neurosurgeon.

## Statistical Analysis

Data were collected using a Microsoft Excel spreadsheet. Statistical analysis was performed using SPSS for comparison and STATA for regression and graphics. A *p* value of <0.05 was considered statistically significant. The

© 2010 Lippincott Williams & Wilkins

*Marshall et al.*                    The Journal of TRAUMA® Injury, Infection, and Critical Care • Volume 69, Number 2, August 2010

Mann-Whitney $U$ test and Fisher's exact test were used for comparison of the subgroups.

## RESULTS

During the six and three quarter year study period, a total of 4,934 patients were admitted to Vanderbilt University Medical Center with AIS head scores of 3 or greater. Of these patients, 611 underwent placement of ICP monitors. From this group, a total of 58 patients manifested RICH and were placed in PBC. Three of these patients underwent subsequent craniotomy for mass lesions and were excluded from further evaluation (Fig. 1). Of the remaining 55 patients, 54 patients had a postresuscitation GCS of <9. One patient had an admission GCS of 15 who later decompensated and required ICP monitoring and eventually progressed to death during initial hospitalization. Early hypotension during transport or resuscitation was present in four patients, two survivors, and two non-survivors. Mean Injury Severity Scores, AIS head scores, and mortality are shown in Table 1.

The mean age for the study group was $16.8 \pm 8.6$ years (range, 0.5–39). The group included 33 men and 22 women. The mechanisms of injury were motor vehicle collision (n = 35); fall from height (n = 5); assault (n = 6); auto/pedestrian accident (n = 7); and industrial injury (n = 2).

All patients in the study group were treated with routine sedation for treatment of ICH. Neuromuscular blockade was used in 22 of the 55 patients (11 died, 11 survived). In addition, all patients (55/55) were treated with vasopressors for maintenance of adequate CPP (>60 mm Hg). Mannitol was used in 54 of the patients as initial HOsmRx. Hypertonic saline was used in 45 patients (27 died, 18 survived). Ventriculostomy drains were placed at the discretion of the attending neurosurgeon in 31 of the 55 patients (17 died, 14 survived). Other interventions included hyperventilation (n = 11) and hypothermia (n = 10) (8 died, 2 survived).

### Intracranial Pressures and Laboratory Values

The median opening pressure for all patients was 25 mm Hg. During the 24-hour period before PBC was initiated, the median maximum ICP was 51 mm Hg, and the median lowest CPP was 40 mm Hg (Table 2). The mean ICP for the 6 hours before initiation of PBC for all patients was 32 mm Hg. The mean ICP for the 6 hours and 24 hours after initiation of PBC for all patients was 32 mm Hg and 30 mm Hg, respectively; ICP responders were identified as those patients with a mean ICP <25 for the 24-hour period after initiation of PBC. Overall, 21 of 55 patients (38%) were ICP responders. Ten of 22 responders (45%) who were survivors at discharge were ICP responders (Table 3). HOsmRx resulted in a median high sodium value of 149 mEq/L and median high Osm of 314 mOsm/kg $H_2O$ before institution of PBC.

### Long-Term Follow-Up

Twenty-two of 55 patients (40%) survived at discharge. Two of the initial survivors were identified at follow-up as having progressed to death (GOS 1). Overall mortality rate including the follow-up period was 35 of 55 patients (64%). For the 22 initial survivors, the mean ICU LOS was $16 \pm 5.7$ days. The mean hospital LOS for these patients was $23 \pm 8.4$ days. One-year follow-up data were available for 19 of the 22 survivors (Table 4). This was obtained through phone interviews with the patients or primary care-givers (n = 17) and from clinic records (n = 2). Patients were stratified using the Glasgow Outcomes Score. Of the 19 patients, eight were normal or asymptomatic (GOS 5), five had symptoms but were able to live independently (GOS 4), none had severe disability (GOS 3), and six were found to be in a vegetative state (GOS 2). Of the 3 patients for whom 1-year follow-up was not available, one was a GOS 4 at follow-up and the other two were GOS 3 at follow-up. Good outcome was defined as a GOS of 4 or 5 at follow-up. Thirteen of 19 survivors (68%) for whom 1 year or longer follow-up was available were found to have a "good outcome."

### Outcomes by Admission GCS and Marshall CT Classification

Table 7 shows all available patient outcomes stratified by admission GCS and Marshall CT classification. Three patients had outcomes at follow-up of <1 year and were included. Thirty-nine of 55 patients (71%) had an admission GCS of 3 to 5. Twelve of 55 patients (22%) had an admission GCS of 6 to 8. Only one patient had a GCS of 12 to 15. Admission GCS scores were not available for three patients.

There were no patients with a Marshall Class I. Thirty-seven of 55 patients (67%) were Marshall Class II. Eleven of 55 patients (20%) were Marshall Class of III. Four of 55 patients (7%) were Marshall Class IV. The three remaining patients were Marshall Class VI.

Of the seven survivors with a GCS of 6 to 8 and a Marshall Class II, 6 had a good outcome (86%). Conversely, of the 9 survivors with a GCS 3 to 5 and a Marshall Class II only 5 had a good outcome (56%). Additionally, the mortality rate for Marshall Class II was 21 of 37 patients (57%)

---

**TABLE 1.**  Injury Severity and Mortality for All TBI Patients

| Patient Group | All Head Injury AIS ≥3 (n = 4,934) | ICP Monitor Placed (n = 611) | Pentobarbital Coma (n = 55) |
|---|---|---|---|
| Mean ISS | $26.8 \pm 12.3$ | $37.0 \pm 11.2$ | $33.0 \pm 9.7$ |
| Mean AIS head | $3.8 \pm 0.8$ | $4.7 \pm 0.6$ | $4.8 \pm 0.4$ |
| Mortality | 17.3% | 33.2% | 60% |

---

**TABLE 2.**  ICP and Selected Laboratory Data for Patient with RICH Treated With PBC (n = 55)

| | Median | Interquartile Range |
|---|---|---|
| Opening pressure at ICP monitor placement | 25 mm Hg | 18–40 |
| Highest ICP before pentobarbital | 51 mm Hg | 40–64 |
| Lowest CPP before pentobarbital | 40 mm Hg | 30–47 |
| Sodium before pentobarbital | 149 mmol/L | 144–155 |
| Osmolarity before pentobarbital | 314 mOsm/L | 305–321 |

© 2010 Lippincott Williams & Wilkins

*The Journal of TRAUMA® Injury, Infection, and Critical Care* • Volume 69, Number 2, August 2010                    *Periorbital Coma for RICH*

**TABLE 3.** Functional Outcome Stratified by Marshall CT Classification and Admission GCS

| Severity of TBI by GCS and Marshall CT Classification | No. of Patients (%) | No. of Patients With ICP <25, 24 h after PBC (%) | GOS 4 or 5 No. of Patients With Good Outcome (%) | GOS 2 or 3 No. of Patients With Poor Outcome (%) | GOS 1 No. Patients Who Died (%) |
|---|---|---|---|---|---|
| All patients | 55 | 21 (38) | 14 (25) | 6 (11) | 35 (64) |
| Survivors | 22 (40) | 10 (45) | 14 (64) | 6 (27) | 2 (9) |
|   GCS 3–5 | 39 (71) | 15 (38) | 7 (18) | 3 (8) | 29 (74) |
|   Survivors | 12 (31) | 5 (42) | 7 (58) | 3 (25) | 2 (17) |
|   GCS 6–8 | 12 (22) | 5 (42) | 7 (58) | 1 (8) | 4 (33) |
|   Survivors | 8 (67) | 4 (80) | 7 (88) | 1 (12) | 0 |
|   GCS 9–15 | 1 (2) | 0 | 0 | 0 | 1 (100) |
|   Survivors | 0 | | | | |
| Marshall I | 0 | 0 | 0 | 0 | 0 |
| Marshall II | 37 (67) | 15 (41) | 11 (30) | 5 (14) | 21 (57) |
| Survivors | 18 (49) | 7 (39) | 11 (61) | 5 (28) | 2 (11) |
|   GCS 3–5 | 25 (68) | 10 (40) | 5 (20) | 2 (8) | 18 (72) |
|   Survivors | 9 (24) | 2 (22) | 5 (56) | 2 (22) | 2 (22) |
|   GCS 6–8 | 9 (24) | 4 (44) | 6 (67) | 1 (11) | 1 (11) |
|   Survivors | 7 (78) | 4 (57) | 6 (86) | 1 (14) | 0 |
|   GCS 9–15 | 1 (3) | 0 | 0 | 0 | 1 (100) |
|   Survivors | 0 | | | | |
| Marshall III | 11 (20) | 1 (9) | 2 (18) | 0 | 9 (82) |
| Survivors | 2 (18) | 1 (50) | 2 (100) | 0 | 0 |
|   GCS 3–5 | 9 (82) | 1 (11) | 2 (22) | 0 | 7 (78) |
|   Survivors | 2 (22) | 1 (50) | 2 (100) | 0 | 0 |
|   GCS 6–8 | 2 (18) | 0 | 0 | 0 | 2 (100) |
|   Survivors | 0 | | | | |
| Marshall IV | 4 (7) | 4 (100) | 1 (25) | 0 | 3 (75) |
| Survivors | 1 (25) | 1 (100) | 1 (100) | | 0 |
|   GCS 3–5 | 2 (50) | 2 (100) | 0 | 0 | 2 (100) |
|   Survivors | 0 | 0 | | | |
|   GCS 6–8 | 2 (50) | 2 (100) | 1 (50) | 0 | 1 (50) |
|   Survivors | 1 (50) | 1 (100) | 1 (100) | | 0 |
| Marshall V | 0 | 0 | 0 | 0 | 0 |
| Marshall VI | 3 (5) | 1 (33) | 0 | 1 (33) | 2 (67) |
| Survivors | 2 (67) | 1 (50) | | 1 (50) | 0 |
|   GCS 3–5 | 3 (100) | 1 (33) | 0 | 1 (33) | 2 (67) |
|   Survivors | 1 (33) | 1 (100) | | 1 (100) | 0 |
|   GCS 6–8 | 0 | 0 | 0 | 0 | 0 |

Outcomes stratified by GCS score on admission and Marshall CT classification. Survivors are at time of discharge. Outcome (GOS) is at time of follow-up. Two patients who survived at discharge progressed to death on follow-up. Percentage outcome for survivors is based on total no. of patients who survived from each GCS or Marshall category.

**TABLE 4.** Functional Outcome at 1 Year in 19 of 22 Survivors

| Glasgow Outcome Score | Description | Criteria | Patients at 1 Yr (n) |
|---|---|---|---|
| 5 | Good recovery | Able to return to work or school | 8 (42%) |
| 4 | Moderate disability | Able to live independently; unable to return to work or school | 5 (26%) |
| 3 | Severe disability | Able to follow commands; unable to live independently | 0 (0%) |
| 2 | Vegetative state | Unable to interact with environment; unresponsive | 6 (32%) |
| 1 | Dead | | 0 (0%) |

whereas the combined mortality rates for Marshall Class III and IV were 12 of 15 patients (80%).

## Analysis for Predictors of Survival

We analyzed numerous demographics, laboratory markers, and ability to achieve treatment goals to compare the groups and determine predictors of survival (Table 4). Highest serum $Na^+$ and highest serum Osm showed significant correlation with death. This finding persisted when controlling for the highest and average ICPs during the 24 hours after PBC initiation. The lowest median CPP after beginning PBC also was correlated with death (Table 5).

Logistic regression with Loess smoothing was used to determine the probability of survival based on highest serum $Na^+$ levels when controlling for ICP. As can be seen in Figure

© 2010 Lippincott Williams & Wilkins

*Marshall et al.*                         *The Journal of TRAUMA® Injury, Infection, and Critical Care* • Volume 69, Number 2, August 2010

**TABLE 5.** Analysis for Predictors of Survival in Severe TBI Patients With RICH Who Received PBC After Maximal HOsmRx

| | Survivors (n = 22) | Death (n = 33) | p |
|---|---|---|---|
| Age | 15.0 ± 8.7 | 18.0 ± 8.5 | 0.15 |
| Sex (M/F) | 13/9 | 20/13 | 0.91 |
| AIS head | 4.8 ± 0.4 | 4.9 ± 0.4 | 0.77 |
| ISS | 36.2 ± 9.0 | 39.3 ± 10.0 | 0.37 |
| Fluids first 24 h (mL) | 5800 ± 3785 | 9865 ± 5704 | 0.001* |
| Fluids first 24 h (mL/kg) | 130 ± 115 | 165 ± 111 | 0.060 |
| Opening pressure | 26.4 ± 10.3 | 29.9 ± 15.1 | 0.65 |
| Highest ICP before PBC | 49.9 ± 16.9 | 56.0 ± 17.5 | 0.14 |
| Lowest CPP before PBC | 39.0 ± 12.4 | 38.9 ± 13.0 | 0.71 |
| ICP <20 within 6 h after PBC | 3/22 | 9/33 | 0.23 |
| ICP <20 within 24 h after PBC | 7/22 | 7/33 | 0.38 |
| CPP >60 within 6 h after PBC | 15/22 | 22/33 | 0.91 |
| CPP >60 within 24 h after PBC | 16/22 | 22/33 | 0.75 |
| Peak sodium | 157.9 ± 5.9 | 166.1 ± 9.4 | 0.002* |
| Peak osmolarity | 331.2 ± 11.5 | 353.6 ± 21.5 | <0.001* |
| Highest ICP after PBC | 56.4 ± 22.8 | 61.5 ± 23.6 | 0.52 |
| Lowest CPP after PBC | 42.7 ± 13.6 | 30.9 ± 20.3 | 0.04* |

* Statistical significance, $p < 0.05$.
Sodium and Osmolarity remained significant when controlling for ICP.

**TABLE 6.** Survival by Quartiles for Highest Serum Sodium Level

| Quartile | Sodium (mEq/L) | Odds Ratio of Death | 95% CI | p |
|---|---|---|---|---|
| 1st | <156 | 1 | 0.98–1.11 | 0.22 |
| 2nd | 156–161 | 0.56 | 0.12–2.73 | 0.48 |
| 3rd | 161–169 | 0.72 | 0.15–3.99 | 0.71 |
| 4th | >169 | 13.3 | 1.28–138.88 | 0.03 |



**Figure 3.** Probability of mortality versus highest serum sodium.



**Figure 4.** Probability of mortality versus highest serum osmolarity.

2, the 50% mortality cut-point for serum Na⁺ was approximately 160 mEq/L. When broken down into quartiles for highest Na⁺ values while controlling for highest ICP, the odds ratio of death in the 4th quartile (Na⁺ >169 mEq/L) was 13.34 compared with the lowest quartile ($p = 0.03$) (Table 6). Odds ratios of death in the second and third quartiles were increased but did not achieve statistical significance. By using logistic regression to predict mortality based on the highest serum Na⁺ values, while controlling for the highest ICP after initiation of PBC, the 50th percentile for the high serum Na⁺ value was 161 mEq/L, with an odds ratio for death in the upper half of 3.4 (95% CI, 1.06–10.8, $p = 0.039$) (Fig. 3).

Similarly, logistic regression with Loess smoothing was used to determine the probability of survival based on highest serum Osm levels when controlling for ICP (Fig. 3). The 50% mortality cut-point for serum Osm was approximately 330 mOsm/kg H₂O (Fig. 4). When broken down into quartiles for highest Osm values (controlling for highest

ICP), there were no survivors in the highest quartile (Osm >364 mOsm/kg H₂O). Odds ratios of death in the second and third quartiles were increased but did not achieve statistical significance (Table 7). When analyzed by breaking the group into those above and below the 50th percentile, those patients with serum Osm >342 mOsm/kg H₂O, had an odds ratio for death of 12.9 (95% CI, 2.79–59.6, $p = 0.001$).

Survivors were also found to have received significantly less fluid resuscitation during the first 24-hour postin-

**TABLE 7.** Survival by Quartiles for Highest Serum Osmolarity Level

| Quartile | Osmolarity (mOsm/kg H₂O) | Odds Ratio of Death | 95% CI | P |
|---|---|---|---|---|
| 1st | <327 | 1.05 | 0.99–1.12 | 0.12 |
| 2nd | 327–342 | 1.59 | 0.30–8.36 | 0.59 |
| 3rd | 342–364 | 4.03 | 0.72–22.6 | 0.11 |
| 4th | >364 | All died | | |

© 2010 Lippincott Williams & Wilkins

*The Journal of TRAUMA® Injury, Infection, and Critical Care* • Volume 69, Number 2, August 2010   *Pentobarbital Coma for RICH*

jury (5.800 mL vs. 9,865 mL, $p = 0.001$). This difference approached statistical significance when considered in view of the patients weight (130 mL/kg vs. 165 mL/kg, $p = 0.06$).

## DISCUSSION

Despite recent declines in the incidence of TBI in the United States, these injuries remain a significant cause of death, long-term disability, and economic burden. Of the approximately 1.5 million Americans annually who sustain a TBI, 230,000 are hospitalized and 50,000 die. An additional 90,000 will become disabled to varying degrees as a result of TBI.[13] In a study of 8,717 patients with TBI, for those patients with a head injury graded as $5 =$ "critical" in the AIS for administrative data (International Classification of Diseases/AIS), the average length of hospital stay was 17.5 days with an in hospital mortality rate of 52.0%. The cost of hospitalization in these patients averaged $33,537.[14]

Barbiturate therapy is thought to protect the injured brain and prevent further damage by several mechanisms. In addition to the reduction in ICP that follows pentobarbital loading, cerebral blood flow, cerebral oxygen consumption, and arteriovenous oxygen difference are significantly reduced which likely reflects a dramatic decrease in cerebral metabolism.[15] Barbiturate therapy also reduces intracellular acidosis (which is a significant contributor to secondary neuronal damage) through inhibition of phosphofructokinase, pyruvate, and lactate production.[16] Additionally, barbiturates decrease the release of the excitatory amino acids glutamate and aspartate and may blunt the "neuro-excitotoxicity" thought to occur in the patient with severe TBI.[17] Further, intraparenchymal measurement of brain tissue oxygen pressure after injury has been shown to increase during pentobarbital loading.[18] Unfortunately, despite the theoretical benefits of barbiturate therapy, the reported clinical studies are conflicting and no clear consensus on its use has been established. Additionally, patients treated with PBC need to be hemodynamically stable before initiation of PBC. After initiation of PBC it is importantly to carefully address and aggressively treat any hemodynamic instability caused by the PBC.

Rockoff et al. first reported on the treatment of 60 patients with ICH secondary to a variety of causes. They found that with PBC, the ICP was controlled and the administration of osmotic agents was reduced. They concluded that there was a survival benefit for PBC in their head-injured population. Their PBC use, however, was as a primary therapy, not as a salvage technique.[19] In 1984, Schwartz et al.[20] reported the results of a randomized trial of mannitol versus pentobarbital therapy for initial control of ICH. Fifty-nine patients with TBI, both with and without hematoma requiring evacuation, were randomized to either agent with the addition of the second agent as needed for persistent ICH. They found no benefit of PBC over mannitol and felt treatment of patients not requiring surgery may have been harmful. Similarly, Ward et al. reported another trial in which 53 consecutive patients were randomized to prophylactic pentobarbital or no pentobarbital regardless of ICP. The authors identified no difference in the incidence of increased ICP, duration of ICH or response to treatment between the two

groups. Additionally, they found a significant increase in the incidence of arterial hypotension in the PBC-treated group. So, it appears that PBC as a prophylactic primary therapeutic option showed little if any benefit in this patient population. In addition, these studies showed that PBC may have a negative effect such as inducing hypotension.[21] Hypotension may reduce the CPP and have a negative impact on patient outcome.

When looking at those trials which focus on the management of TBI patients with RICH, the result is quite different. In these trials, PBC was used in conjunction with standard treatment regimens including mannitol and vigorous hemodynamic support. The randomized multi-center clinical trial by Eisenberg et al. studied 73 patients and demonstrated that barbiturates are an effective adjunct in TBI therapy. This study differed from previous studies by only randomizing patients in whom maximal standard therapy had failed to control ICH. The primary outcome measured was control of elevated ICP. They found a 2:1 benefit in their primary outcome measure for the treated group with a survival rate of 38%. The 6-month GOS of death or vegetative (1 or 2) was 36% in pentobarbital responders and 90% in pentobarbital non-responders. The 2:1 benefit improved to a 4:1 benefit when controlling for cardiovascular instability. They also demonstrated that there was a 92% rate of survival at 1 month if the patient's ICP responded and only a 17% chance of survival at 1 month if the patient's ICP did not respond to PBC.[7] This was reproduced by Lee et al. who found a survival benefit with the addition of barbiturate therapy. In this group of 21 neurosurgical trauma patients who had failed standard therapy attempts at ICP control, the addition of pentobarbital dramatically improved ICP. Compared with those who did not receive pentobarbital, ICP control was achieved with the addition of barbiturate therapy in 71% of patients, compared with only 14% of patients without PBC. Overall survival was improved to 53% in the barbiturate group, but no long-term follow-up of these patients was reported.[22] Our overall survival rate was similar to these studies but more importantly, we also report on the long-term outcome for the survivors.

PBC is not without risk and can cause numerous complications including severe hypotension, decreased gastrointestinal motility, and increased incidence of pneumonia. It is therefore important to discuss our study and PBC in the context of other treatment options for RIH. Decompressive craniectomy is an increasingly common option chosen for the treatment of RIH. Secondary decompressive craniectomy (sDC) for the treatment of intractable ICH is currently being evaluated with two multi-center randomized trials based in Europe and Australia (Rescue ICP and DECRA).[9,19,23,24] Until this data are available, only retrospective studies of sDC are available in adults.

In 2006, Aarabi et al. published the results of 50 patients treated with sDC for severe TBI. The overall mortality rate was 28%. Eleven patients died within the first 30 days after sDC, and another three patients died later for a total of 14 patients who died at 1 year. Of the 39 survivors at 3 months, 51.3% had a good outcome (GOS 4 or 5).[10]

In our study, we demonstrated an overall mortality rate of 64%, which is similar to the Eisenberg et al. trial of 62% but much higher than the Aarabi et al. study of 28%. Of the 19 survivors in our study for whom 1-year follow-up data were available, 13 of 19 (68%) had a good outcome (GOS 4 or 5), whereas 20 of 36 1-year survivors (55%) in the Aarabi et al. sDC study demonstrated a good outcome.[10] Although our rate of good outcome is higher, it is comparable to the Aarabi et al. study. Additionally, the Aarabi et al. study reviewed nine additional retrospective studies of sDC for severe TBI since 1988, looking at a sum total of 323 patients (including their 50 patients). They found an overall mortality rate of 22.3% in sDC patients. The cumulative rate of good outcome was only 48.3%, lower than the Aarabi et al. study alone.[10]

It is concerning that our modern study evaluating PBC shows an overall mortality rate of 64% whereas the available literature on decompressive craniectomy demonstrates an overall mortality rate generally <30%. It is possible that our population of patients is overall "sicker" than those typically seen in the decompressive craniectomy studies. This premise is supported by the fact that 12 of 50 patients (24%) in the Aarabi et al. study had an admission GCS 9 to 15 and thus would have an overall good prognosis compared with lower GCS patients. In our study, we had only one patient with a GCS 9 to 15. In addition, 39 of 55 of our patients (71%) had a GCS of 3 to 5 and thus an expected poor prognosis compared with higher GCS patients. The Aarabi et al. study had only 15 of 50 patients (30%) with a GCS of 3 to 5. The premise that our patients are "sicker" overall was not demonstrated with the Marshall Classification scores in our study compared with the Aarabi et al. study. Generally, the prognosis of a patient worsens as the diffuse injury Marshall score increases from 1 through IV.[11] In the Aarabi et al. study, 13 of 50 patients (26%) had a Marshall score of IV whereas our study had only 4 of 55 patients (7%) with a Marshall score of IV (Table 7).[10]

Despite anticipated poor outcomes and high-mortality rates in patients with severe TBI who have failed first line medical management strategies, our study also supports continued aggressive clinical efforts because of the high rate of good functional outcome in survivors. With the use of PBC in conjunction with best medical management, we found that 40% of these patients who would likely have expired went on to be discharged from the hospital. More importantly, 68% of these survivors went on to live independently at 1 year.

Through this study, we sought to identify particular endpoints and predictors of mortality among those patients being considered for (and previously treated with) PBC. In this study, the mortality for patients increased to above 50% when the serum Na⁺ exceeded 160 mEq/L and when serum Osm exceeded 330 mOsm/kg H₂O. These findings are consistent with the treatment algorithm proposed by Ogden et al. It is their current practice to use hypertonic saline to achieve Na⁺ levels of 145 mEq/L to 155 mEq/L and serum Osm of 320 mOsm/kg H₂O or less. They defined persistent ICH despite achievement of these goals as failure of HOsmRx.[25] The results of our analysis are in keeping with these recommendations.

The median lowest CPP after the initiation of PBC' was 42 mm Hg in survivors and 34 mm Hg in the nonsurvivors ($p =$

0.04). The level of 42 mm Hg is significantly lower than the standard goal of 60 mm Hg currently recommended.[26] This suggests that a lower goal may be acceptable, and studies by Nordstrom et al. have also made the same suggestion. By using intracerebral microdialysis, the authors found that energy metabolite levels were maintained in the areas of brain surrounding injury at CPP levels as low as 50 mm Hg.[27] Further work in this area is needed to better answer this important question.

In light of recent data to support, a more cautious approach to aggressive fluid resuscitation techniques, we sought to evaluate the effects of fluid on patient outcomes.[28] An interesting finding in the analysis of survivors and nonsurvivors was the amount of fluids administered. Survivors received 5,800 mL of fluid during the first 24 hours compared with 9,865 mL of fluid during the first 24 hours in nonsurvivors ($p = 0.001$). This significant difference in fluid administration was nearly statistically significant ($p = 0.06$) when corrected for patient weight. It is impossible to tell whether this finding is related to the overall injury and illness severity of the patients or is a reflection of the specific 55 patient TBI population studied. Although this finding cannot be extrapolated to TBI patients as a whole, it may support the current trend toward more judicious use of fluids during initial trauma resuscitation.

Our study is of course limited by several factors. It is retrospective in nature and cannot predict what the results in these patients would have been had PBC not been added to the regimen. In addition, despite the fact that we have instituted a treatment algorithm for severe TBI, there is still some individual variability in practice among providers. The trial by Eisenberg et al. had a clear definition for failed medical management of elevated ICP. However, the criteria for determining failed medical management and the decision to initiate PBC was not standardized by our protocols. As a result, our findings may be biased by individual provider variability.[7]

The relevance of the older clinical trials in TBI can be questioned due to significant practice differences in the medical management of TBI over time. The Eisenberg et al. trial results reflect 20-year old medical management strategies no longer in favor that included aggressive hyperventilation, corticosteroids, and restriction of fluids. It is possible that the differences in today's routine medical management of TBI could have resulted in a diminished effect of PBC. Our results do not support this and there appears to remain a continued benefit of PBC in RIH patients with utilization of today's management strategies.[7]

Finally, because this is a study limited to a single center and PBC is infrequently used, the small sample size limits the ability to clearly define predictors for survival and for failure despite escalation of care.

## CONCLUSIONS

We believe that PBC for the treatment of RIH after failure of euvolemic HOsmRx and best medical management is a viable treatment option in these critically ill patients. A reasonable survival rate of 40% at discharge can be achieved, with more than two thirds of these patients returning to independent living. We also believe that mortality is predictable when HOsmRx is escalated to serum Na⁺ levels above

© 2010 Lippincott Williams & Wilkins

160 mEq/L and Osm levels above 330 mOsm/kg $H_2O$. Before achieving these levels, PBC should be initiated if control of ICH cannot be attained and no surgical options remain. Despite our guarded optimism, these results should be supported by a larger, multi-center prospective trial of PBC in severe TBI to definitively answer this critical question.

We demonstrated an overall mortality rate of 64% for the RIH patients included in this study. Although this mortality rate was similar to the Eisenberg et al. randomized controlled trial (62%), it was much higher than the mortality rates demonstrated by the Aarabi et al. study (28%) and the pooled mortality rate among other decompressive craniectomy trials (22.3%) presented by Aarabi et al. Although the higher mortality rate could be secondary to a larger percentage of the patients in our study having a more severe GCS, it could also be related to the secondary hypotension and hemodynamic instability sometimes seen after initiation of PBC.

The possible survival benefit for decompressive craniectomy over PBC should be seriously evaluated. As a result, PBC as an option for RIH may be even more relevant at centers where access to neurologic surgery services, and thus decompressive craniectomy, are limited. However, it is important to point out that decompressive craniectomy carries a high complication rate and usually will require a second delayed surgery for cranioplasty.[29] Definitive randomized controlled studies of sDC are under way and will hopefully add to our understanding of the treatment options for these seriously ill patients. A future trial comparing PBC with sDC would be helpful, but seems unlikely.

## REFERENCES

1. Vincent JL, Berre J. Primer on medical management of severe brain injury. *Crit Care Med.* 2005;33:1392–1399.
2. Graham DI, Ford I, Adams JH, et al. Ischaemic brain damage is still common in fatal non-missile head injury. *J Neurol Neurosurg Psychiatry.* 1989;52:346–350.
3. Miller JD, Becker DP, Ward JD, Sullivan HG, Adams WE, Rosner MJ. Significance of intracranial hypertension in severe head injury. *J Neurosurg.* 1977;47:503–516.
4. The Brain Trauma Foundation. The American Association of Neurological Surgeons. The Joint Section on Neurotrauma and Critical Care. Indications for intracranial pressure monitoring. *J Neurotrauma.* 2000;17:479–491.
5. The Brain Trauma Foundation. The American Association of Neurological Surgeons. The Joint Section on Neurotrauma and Critical Care. Intracranial pressure treatment threshold. *J Neurotrauma.* 2000;17:493–495.
6. The Brain Trauma Foundation. The American Association of Neurological Surgeons. The Joint Section on Neurotrauma and Critical Care. Critical pathway for the treatment of established intracranial hypertension. *J Neurotrauma.* 2000;17:537–538.
7. Eisenberg HM, Frankowski RF, Contant CF, Marshall LF, Walker MD. High-dose barbiturate control of elevated intracranial pressure in patients with severe head injury. *J Neurosurg.* 1988;69:15–23.
8. Roberts I. Barbiturates for acute traumatic brain injury. *Cochrane Database Syst Rev.* 2000;(2):CD000033.
9. Sahuquillo J, Arikan F. Decompressive craniectomy for the treatment of refractory high intracranial pressure in traumatic brain injury. *Cochrane Database Syst Rev.* 2006;(1):CD003983.
10. Aarabi B, Hesdorffer DC, Ahn ES, Aresco C, Scalea TM, Eisenberg HM. Outcome following decompressive craniectomy for malignant swelling due to severe head injury. *J Neurosurg.* 2006;104:469–479.
11. Marshall LF, Marshall SB, Klauber MR, et al. The diagnosis of head injury requires a classification based on computed axial tomography. *J Neurotrauma.* 1991;75:S14–S20.
12. Cutton BA. Practice Management Guidelines for Traumatic Brain Injury (TBI) Pathway, GCS <9. Available at: http://www.inc.vanderbilt.edu/surgery/trauma/Protocols/TBI-GCS-9.pdf. Accessed March 01, 2007.
13. Thurman DJ, Alverson C, Dunn KA, Guerrero J, Sniezek JE. Traumatic brain injury in the United States: a public health perspective. *J Head Trauma Rehabil.* 1999;14:602–615.
14. McGarry LJ, Thompson D, Millham FH, et al. Outcomes and costs of acute treatment of traumatic brain injury. *J Trauma.* 2002;53:1152–1159.
15. Cormio M, Gopinath SP, Valadka A, Robertson CS. Cerebral hemodynamic effects of pentobarbital coma in head-injured patients. *J Neurotrauma.* 1999;16:927–936.
16. Nordstrom CH, Messeter K, Sundbarg G, Schalen W, Werner M, Ryding E. Cerebral blood flow, vasoreactivity, and oxygen consumption during barbiturate therapy in severe traumatic brain lesions. *J Neurosurg.* 1988;68:424–431.
17. Goodman JC, Valadka AB, Gopinath SP, Cormio M, Robertson CS. Lactate and excitatory amino acids measured by microdialysis are decreased by pentobarbital coma in head-injured patients. *J Neurotrauma.* 1996;13:549–556.
18. McKinley BA, Parmley CL. Effects of injury and therapy on brain parenchyma $pO_2$, $pCO_2$, pH and ICP following severe closed head injury. *Acta Neurochir Suppl.* 1998;71:177–182.
19. Rockoff MA, Marshall LF, Shapiro HM. High-dose barbiturate therapy in humans: a clinical review of 60 patients. *Ann Neurol.* 1979;6:194–199.
20. Schwartz ML, Tator CH, Rowed DW, Reid SR, Meguro K, Andrews DF. The University of Toronto head injury treatment study: a prospective, randomized comparison of pentobarbital and mannitol. *Can J Neurol Sci.* 1984;11:434–440.
21. Ward JD, Becker DP, Miller JD, et al. Failure of prophylactic barbiturate coma in the treatment of severe head injury. *J Neurosurg.* 1985;62:383–388.
22. Lee MW, Deppe SA, Sipperly ME, Barrette RR, Thompson DR. The efficacy of barbiturate coma in the management of uncontrolled intracranial hypertension following neurosurgical trauma. *J Neurotrauma.* 1994;11:325–331.
23. DECRA: international multicenter RCT on Early Decompressive Craniectomy in Traumatic Brain Injury. ISRCTN identification: ISRCTN61033722&; ClinicalTrials.gov identifier: NCT00155987. 2004.
24. Randomized evaluation of surgery with craniectomy for uncontrollable elevation of intracranial pressure (Rescue ICP) (www.rescueicp.com) ISRCTN identification: ISRCTN66202560. 2005.
25. Ogden AT, Mayer SA, Connolly ES Jr. Hyperosmolar agents in neurosurgical practice: the evolving role of hypertonic saline. *Neurosurgery.* 2005;57:207–215.
26. The Brain Trauma Foundation. The American Association of Neurological Surgeons. The Joint Section on Neurotrauma and Critical Care. Guidelines for cerebral perfusion pressure. *J Neurotrauma.* 2000;17:507–511.
27. Nordstrom CH, Reinstrup P, Xu W, Gardenfors A, Ungerstedt U. Assessment of the lower limit for cerebral perfusion pressure in severe head injuries by bedside monitoring of regional energy metabolism. *Anesthesiology.* 2003;98:809–814.
28. Cotton BA, Guy JS, Morris JA Jr, Abumrad NN. The cellular, metabolic, and systemic consequences of aggressive fluid resuscitation strategies. *Shock.* 2006;26:115–121.
29. Yang XF, Wen L, Shen F, et al. Surgical complications secondary to decompressive craniectomy in patients with a head injury: A series of 108 consecutive cases. *Acta Neurochir* 2008;150:1241–1248.