IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THOMAS D. ARTHUR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 2:11-cv-438-MEF-TFM |
| ) | |
| KIM THOMAS, Commissioner, ) | |
| Alabama Department of Corrections, ) | |
| et.al., ) | |
| ) | |

**<u>ORDER</u>**

Pending before the Court is the Plaintiff's Motion to Compel Certain Testimony (Doc. 108). Considering the scope and volume of testimony presented at the hearing conducted by this Court on October 18th and 19th 2012, it is

ORDERED that Plaintiff shall on or before Friday, October 26, 2012 identify any discovery which Plaintiff still seeks and which Plaintiff contends has not been mooted by the hearing before this Court. It is further

ORDERED that on or before Wednesday, October 31, 2012, the State shall file its response to the Motion to Compel or any other outstanding discovery requests.

DONE this 22nd day of October, 2012.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE