IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THOMAS D. ARTHUR, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:11-cv-438-MEF |
| ) | (WO – Do Not Publish) |
| KIM THOMAS, Commissioner, ) | |
| Alabama Department ) | |
| of Corrections, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Before the Court is Plaintiff Thomas Arthur's Objections and Responses to United States Magistrate Judge Terry Moorer's Orders of October 10 and October 12, 2012. (Doc. #107.) It is hereby ORDERED that Defendants file a response to Plaintiff's objections regarding (1) Judge Moorer's October 10, 2012 Order denying Plaintiff's Motion to Compel Entry Upon Land for Inspection (Doc. #89); and (2) Judge Moorer's October 12, 2012 Sealed Order (Doc. #99) on or before **November 9, 2012**.

DONE this the 31st day of October, 2012.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE