IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| THOMAS D. ARTHUR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:11-cv-438-MEF |
| | ) | (WO – Do Not Publish) |
| KIM THOMAS, | ) | |
| Commissioner, Alabama Department | ) | |
| of Corrections, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Given the pending discovery appeals in this matter, it is hereby ORDERED that the discovery deadline, previously set to expire on December 3, 2012, by Order dated November 2, 2012 (Doc. #119), be continued until **January 18, 2013**.

DONE this the 29th day of November, 2012.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE