IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| THOMAS D. ARTHUR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No: 2:11-cv-438-MEF-TFM |
| | ) |
| KIM THOMAS, Commissioner, | ) |
| Ala. Dept. of Corrections, *et. al.*, | ) |
| | ) |
| Defendants. | ) |

**STATE'S NOTICE OF WITHDRAWAL OF COUNSEL**

Comes now the undersigned, J. Clayton Crenshaw, and hereby gives notice that Stephanie E. Reiland, former counsel for Defendants, is no longer employed with the Office of the Attorney General. Undersigned requests that she be removed as counsel. The Defendants continue to be represented by J. Clayton Crenshaw, Thomas R. Govan, Jr., Henry M. Johnson, and Lauren A. Simpson.

Respectfully submitted,

Luther Strange
Alabama Attorney General

*s/ J. Clayton Crenshaw*
J. Clayton Crenshaw
Assistant Attorney General

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of December, 2012, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to the following: **Suhana S. Han, Jordan T. Razza, and Meredith A. Calandra.** I also certify that I have served the following via U.S. mail:

>Andrew Brinkman
>Kathleen Cochrane
>Peter Steciuk
>Sullivan and Cromwell
>125 Broad Street
>New York, NY 10004

<u>s/ J. Clayton Crenshaw</u>
J. Clayton Crenshaw
Assistant Attorney General

OF COUNSEL:

Office of the Attorney General
501 Washington Avenue
Montgomery, AL 36130
(334) 242-7300 Office
(334) 353-3637 Fax
ccrenshaw@ago.state.al.us
tgovan@ago.state.al.us
hjohnson@ago.state.al.us
lsimpson@ago.state.al.us

2