IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THOMAS D. ARTHUR, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:11-cv-438-MEF |
| ) | (WO – Do Not Publish) |
| KIM THOMAS, ) | |
| Commissioner, Alabama Department ) | |
| of Corrections, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Before the Court is Plaintiff's Unopposed Motion to Extend Discovery for the Limited Purpose of Conducting Dr. Dershwitz's Deposition (Doc. #143). For good cause shown, it is hereby ORDERED that Plaintiff's motion (Doc. #143) is GRANTED. The parties' discovery deadline shall be extended until **March 28, 2013**, for the limited purpose of allowing Plaintiff to depose Defendants' expert, Dr. Mark Dershwitz.

DONE this the 15th day of March, 2013.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE