IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| THOMAS D. ARTHUR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:11-cv-438-MEF |
| | ) | (WO – Do Not Publish) |
| KIM THOMAS, | ) | |
| Commissioner, Alabama Department | ) | |
| of Corrections, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**<u>ORDER</u>**

Before the Court is Plaintiff's Motion for Clarification of March 14, 2013 Order (Doc. #144). It is hereby ORDERED that Plaintiff's motion (Doc. #144) is GRANTED. Plaintiff is not required to file a motion for summary judgment on or before April 5, 2013, and the Court will consider Plaintiff's opposition and supporting evidence to any dispositive motion filed by Defendants. Pursuant to the briefing schedule set forth in the Court's order of February 15, 2013 (Doc. #138), Plaintiff shall file his response to Defendants' summary judgment motion on or before April 19, 2013. Defendants may file a reply on or before April 26, 2013.

DONE this the 15th day of March, 2013.

                                                         /s/ Mark E. Fuller
                                        UNITED STATES DISTRICT JUDGE