IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THOMAS D. ARTHUR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:11-cv-438-WKW |
| ) | (WO -- Do Not Publish) |
| KIM TOBIAS THOMAS, *et* ) | |
| *al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

It is ORDERED that Plaintiff shall respond, in writing, on or before 12:00 p.m., C.S.T., on January 12, 2015, to Defendants' Emergency Motion to Alter or Amend Memorandum Opinion and Order Filed January 5, 2015 (Doc. # 195). (Doc. # 198.) Plaintiff's response shall be limited to twenty-five (25) or less pages.

DONE this 8th day of January, 2015.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE