**<u>Exhibit C</u>**

**CURRICULUM VITAE**

<u>Name</u>:                              Roswell Lee Evans, Jr., Pharm.D., FASHP, FCCP, BCPP

<u>Business Address</u>:              Auburn University Harrison School of Pharmacy
                                        2316 Walker Building
                                        Auburn University, Alabama 36849-5501
                                        Office: 334/844-8348
                                        E-Mail: evansrl@auburn.edu

<u>Personal Data</u>:                Spouse:     Brenda Yates Evans

                                        Children:   Kenneth Lee
                                                    Heather Michelle

<u>Present Positions</u>:            Dean
                                        Auburn University Harrison School of Pharmacy
                                        Auburn University, Alabama 36849-5501

                                        Professor
                                        Department of Clinical Pharmacy Practice
                                        Auburn University Harrison School of Pharmacy
                                        Auburn University, Alabama 36849-5501

<u>Education</u>:

Pharm.D.                          University of Tennessee
                                        College of Pharmacy
                                        Memphis, Tennessee
                                        June 1972-1973

B.S. (Pharm.)                     University of Georgia
                                        Athens, Georgia
                                        June 1968-1971

<u>Residency</u>:

American Society              Medical University Hospital
of Hospital                       Medical University of South Carolina
Pharmacists                      Charleston, South Carolina
Accredited                        Preceptor:  Max D. Ray, M.S.Ph., Pharm.D.
                                        1971-1972

<u>Pharmacy Licensure</u>:          Georgia
                                        Missouri

Board Certified:                 Board Certified Psychiatric Pharmacist, 1997

<u>University Experience</u>:

| | |
|---|---|
| 1994- | Dean<br>Harrison School of Pharmacy<br>Auburn University |
| 1987-1994 | Professor and Chairman<br>Division of Pharmacy Practice<br>School of Pharmacy<br>University of Missouri-Kansas City |
| 1979-1987 | Associate Professor of Clinical Pharmacy<br>Head, Section of Ambulatory Care Instruction<br>Division of Pharmacy Practice<br>School of Pharmacy<br>University of Missouri-Kansas City |
| 1987-1994 | Professor of Medicine<br>Department of Psychiatry<br>School of Medicine<br>University of Missouri-Kansas City |
| 1979-1987 | Associate Professor of Medicine<br>Department of Psychiatry<br>School of Medicine<br>University of Missouri-Kansas City |
| 1975-1979 | Assistant Professor of Clinical Pharmacy<br>Ambulatory Care Instruction<br>School of Pharmacy<br>University of Missouri-Kansas City |
| 1973-1975 | Assistant Professor of Clinical Pharmacy<br>College of Pharmacy<br>University of Tennessee |

<u>Professional Experience</u>:

| | |
|---|---|
| 1978-1994 | Psychopharmacy Specialist and Consultant<br>Western Missouri Mental Health Center<br>Kansas City, Missouri |
| 1986 | Acting Director of Pharmacy<br>Western Missouri Mental Health Center<br>Kansas City, Missouri (April-June) |
| 1974-1975 | Clinical Pharmacy Coordinator<br>Veterans Administration Medical Center<br>Memphis, Tennessee |

1973-1974       Psychopharmacy Specialist Consultant
                Jackson Mental Health Center
                Jackson, Tennessee

1973-1974       Coordinator of Community Mental Health Center
                Contracted Pharmacy Services
                Memphis and Shelby County Mental Health Center
                Tennessee Psychiatric Hospital and Institute
                University of Tennessee
                College of Pharmacy
                Memphis, Tennessee

1972-1973       Clinical Assistant in Psychopharmacy
                College of Pharmacy
                University of Tennessee

1971-1972       Hospital Pharmacy Resident
                Medical University Hospital
                Medical University of South Carolina

1968-1970       Pharmacy Intern
                St. Mary's Hospital
                Athens, Georgia

Memberships in Professional and Scholarly Organizations:

                Alabama Pharmaceutical Association
                Alabama Society of Health-System Pharmacists
                American Association for Higher Education
                American Association of Colleges of Pharmacy
                American Pharmaceutical Association
                American College of Clinical Pharmacy
                American Society of Hospital Pharmacists
                College of Psychiatric & Neurologic Pharmacists
                Rho Chi Pharmacy Honor Society
                Phi Lambda Sigma

Teaching:       Complete teaching record available upon request.

Teaching (Other):

                Team Mentor, Pharmacy Practice Experience, Auburn, University, 1997- present.
                Instructor, Psychiatric Pharmacotherapy Module.  Auburn University, 1996-98.

Post Graduate Resident/Fellows:

                Janet Kinney Parker, Pharm.D.
                Pharmacy Program Director

3

Western State Hospital W-27-19
Fort Steilacoom, Washington          (1980-82)

Johnnie Lienemann, Pharm.D.
Clinical Coordinator
St. Vincent Stress Center
8401 Harcourt Road
Indianapolis, Indiana                (1982-84)

Merlin V. Nelson, Pharm.D.
Assistant Professor of Pharmacy Practice
Wayne State University
Detroit, Michigan                    (1983-85)

Frank Lobeck, Pharm.D.
Assistant Professor of Pharmacy Practice
University of Oklahoma
Oklahoma City, Oklahoma              (1984-86)

Carl Hemstrom, Pharm.D. (Deceased)
Assistant Professor of Pharmacy Practice
Veterans Administration Medical Center (119)
500 West Fort Street
Boise, Idaho                         (1985-87)

LaGenia Bailey, Pharm.D
Assistant Professor of Pharmacy Practice
College of Pharmacy
Department of Pharmacy Practice
833 S. Wood
Chicago, Illinois                    (1986-88)

Keith Anderson, Pharm.D.
Psychopharmacy Specialist
Veterans Administration Medical Center
4800 Linwood Boulevard
Kansas City, Missouri                (1987-89)

Sylvia LaCombe, Pharm.D.
3491 Edinburghist
V3C-452
Port Coquitlan, British Columbia
Canada V3B-4K4                       (1988-90)

Steve Stanislav, Pharm.D.
Assistant Professor
School of Pharmacy
University of Texas at Austin
Austin, Texas                        (1989-91)

4

Juan Avila, Pharm.D.
Assistant Professor
School of Pharmacy
Duquesne University
Pittsburgh, Pennsylvania          (1990-92)

Kay McCrary, Pharm.D.
Marion Merrell-Dow
Kansas City, Missouri             (1991-93)

Mark Schneiderhan, Pharm.D.
Clinical Assistant Professor
University of Illinois
Chicago, Illinois                 (1992-94)

Michelle Kendall, Pharm.D.
Veterans Administration
Oklahoma City, Oklahoma           (1993-95)

Amy Gross, Pharm.D.
Express Scripts
Minneapolis, Minnesota            (1993-95)

Administrative Activities (Other):

Director, Psychopharmacy Education and Research Programs, Western Missouri Mental Health Center, 1981-94.

Preceptor, Psychopharmacy Residents and Fellows (American Society of HospitalPharmacists Accredited Specialty Residency), Western Missouri Mental HealthCenter, 1981-94.

Coordinator, Affective Disorders Clinic, Western Missouri Mental Health Center, 1980-90.

Administrative Activities (Service to Standing Committees):

Chairman, Executive Committee, Auburn University Harrison School of Pharmacy, 1994 to present.

Member, Provost's Council, Auburn University, 1994 to present.

Member, Dean's Forum, Auburn University, 1995 to present.

Member, University Senate, Auburn University, 1994 to 2001, 2003-4, 2004-5, 2008-9, 2010-13, 14-15..

Member, Budget Advisory Council, Auburn University, 1995-96, 2001-2, 2008-2012

Chair, Strategic Planning Committee, Auburn University Harrison School of Pharmacy, 1994 to present.

Member, Budget Committee, University of Missouri-Kansas City School of Pharmacy, 1987-90, 1992-94.

Member, Executive Committee, University of Missouri-Kansas City School of Pharmacy, 1981-84; 1987-94.

Member, University of Missouri-Kansas City Faculty Senate, 1986-88.

Member, Graduate Affairs Committee, University of Missouri-Kansas City School of Pharmacy, 1987-88.

Member, Promotion and Tenure Committee, University of Missouri-Kansas City School of Pharmacy, 1985-86.

Member, Curriculum Committee, University of Missouri-Kansas City School of Pharmacy, 1979-80, 1984-85, 1985-86, 1987-88 (Ex officio).

Member, Medical Education Committee, Department of Psychiatry, University of Missouri-Kansas City School of Medicine, 1979-84.

Member, Admissions and Academic Requirements Committee, University of Missouri-Kansas City School of Pharmacy, 1981-1983

Administrative Activities (Committees, Other):

Chair, College of Veterinary Medicine Dean Search Committee, 2012-13.

Chair, Auburn University, Health Sciences Initiative Planning Group, 2008-9.

Member, Auburn University, Advisory Board of Deans, Research Initiative for the Study of Diversity, 2008-09.

Member, Alabama Department of Public Health Pandemic Influenza Healthcare Committee 2007-present

Member, Security Task Force, Auburn University, 2007-08

Ad Hoc Committee on Implementation of Auburn University Harrison School of Pharmacy Mobile Satellite, 2006-07.

Member, Auburn University Black Belt Initiative, 2003.

Member, Auburn University Medical Clinic Planning and Building Committee, 2000-03

Member, AU I 85 Corridor Task Force, 2003

Chairman, Auburn University Environmental Institute, 2003-2004

Chair-elect, Auburn University Environmental Institute, 2002-2003

Member, Campaign Needs Assessment Committee, Auburn University, 2000, 2003.

Member, Faculty Senate Workload Policy Committee, Auburn University, 1997-98.

Co-Chair, As Hoc Committee on Workload Policy, Auburn University, 1995-97.

Member, Auburn University Committee for Outsourcing Student Health Services, 1994-96.

Chairman, Auburn University Student Health Center, Continuous Quality Improvement/Personal Assessment and Counseling Service, Auburn University, 1994-95.

Member, Student Health RFP Committee, Auburn University, 1994-95.

Member, Committee for Criteria for Advancement of a School to a College, Auburn University, 1996.

Chairman, Associate Dean for Academic and Student Affairs Search, Auburn University School of Pharmacy, 1995-97.

Chairman, Clinical Pharmacy Practice Department Head Search, Auburn University School of Pharmacy, 1994-96.

Member, UMKC School of Pharmacy Non-traditional Doctor of Pharmacy Degree Task Force, 1993-94.

Member, UM/LU/UWC USAID Proposal Working Group, 1992-93.

Member, Ad Hoc Committee for University of Missouri-Kansas City and the University of Western Cape, South Africa, Community Partnership for Promotion of Community and Individual Health, 1992-93.

Chairman, University of Missouri-Kansas City, Council on Planning and Evaluation, Ad Hoc Committee Site Visit Team for School of Nursing, April 30 1992.

Chairman, Pharmacy Practice Faculty Search Committee, University of Missouri-Kansas City School of Pharmacy, 1991-92, 1993-94.

7

Member, Pharmacology Chairman Search Committee, University of Missouri-Kansas City School of Pharmacy, 1992-94.

Member, Pharmaceutical Science Chairman Search Committee, University of Missouri-Kansas City School of Pharmacy, 1991-94.

Member, UMKC Regional PET SCAN Committee, University of Missouri-Kansas City School of Medicine, 1991-92.

Chairman, Ad Hoc Honor Council Committee, University of Missouri-Kansas City School of Pharmacy, 1989-90.

Chairman, Ad Hoc Committee on Track-in Curriculum Modifications, University of Missouri-Kansas City School of Pharmacy, 1988.

Member, University of Missouri-Kansas City, Image Research Study Committee, 1987-88.

Chairman, Search Committee for Psychopharmacy Faculty, University of Missouri-Kansas City School of Pharmacy, 1986-87.

Chairman, Search Committee for Clinical Faculty for Veterans Administration Medical Center and Western Missouri Mental Health Center, University of Missouri-Kansas City School of Pharmacy, 1985-86.

Member, Search Committee for Dean, University of Missouri-Kansas City School of Pharmacy, 1984-1986.

Member, Search Committee for Drug Information Faculty, University of Missouri-Kansas City School of Pharmacy, 1985-86.

Chairman, Ad Hoc Committee on Promotion and Tenure for Clinical Faculty, University of Missouri-Kansas City School of Pharmacy, 1985-86.

Member, Search Committee, Assistant Dean of Professional Practice, University of Missouri-Kansas City School of Pharmacy, 1984-85.

Member, Ad Hoc Committee on Promotion and Tenure, University of Missouri-Kansas City School of Pharmacy, 1984-85, 1985-86.

Member, Ad Hoc Planning Committee for Establishing Pharm.D. Curriculum, University of Missouri-Kansas City School of Pharmacy, 1984-85.

Member, Ad Hoc Planning Committee on Research Development at University of Missouri-Kansas City School of Pharmacy, 1984-85.

Chairman, Drug Utilization Review Committee, Western Missouri Mental Health Center, 1983-84.

Member, Pharm.D. Task Force (Ad Hoc Committee to evaluate B.S. and Pharm.D. Programs), University of Missouri-Kansas City School of Pharmacy, 1980-82.

<u>Professional Activities</u> (Invited Lectures, Workshops, Professional Presentations):

| | |
|---|---|
| 2012 | Evans, RL.  Agent of Change: People.  Implementing Progress in an Ever Changing Environment.  Fall Architects Invitational Conference, Atlanta, Georgia, October 19, 2012.  Invited. |
| 2009 | Evans, RL.  Leadership: Musings and Ramblings of a Dean.  Phi Lamba Sigma Society, Pharmacy Leadership Conference. Auburn, Alabama, March 28, 2009 |
| 2008 | Evans, RL.  Implementing Breakthroughs for the Next Generation of Practitioners, National Association of Boards of Pharmacy/American Association of Colleges of Pharmacy, District III Annual Meeting, San Destin, Florida, August 19, 2008. |
| | Evans, RL.  I am professional? So What is it Going to Take?. University of Tennesse at Memphis. Rho Chi Banquet. Memphis, Tennessee, Februrary 9, 2008. Invited |
| 2007 | Evans RL.  Effective Modalities for Enhancing Entry-level Pharmacy Programs.  Nova Southeastern University.  NSU College of Pharmacy Faculty Development Session.  Ft. Lauderdale, Florida, May 9, 2007.  Invited. |
| 2004 | Evans RL.  Tales From The Front: Consequences Of Failing A Student. American College Of Clinical Pharmacists. Annual Meeting. Dallas, Texas, October 26, 2004. Invited. |
| | Evans RL.  Psychiatric Pharmacy in Context:  Perspectives of a Clinical Paper Pusher. College of Psychiatric and Neurologic Pharmacists Annual Meeting, Chicago, May 2004. Invited. |
| 2002 | Beck, DE, Evans RL, Monaghan M, Stohs S, Boyce E, Downs G.  Outcomes Assessment:  Moving from Innovation to Integration, AACP Special Session, AACP Meeting, Kansas City, MO.  Contributed. |
| 1999 | Evans RL.  So you want to be a Dean, Huh?  Career Development Workshop.  American Association of Colleges of Pharmacy.  Interim Meeting, Washington, DC, March 1, 1999.  Invited. |
| | Beck DE, Evans RL, Stadler HA, Jungnickel PW.  "Implementation of a Pharmacy School Continous Quality Improvement Program; Phases I and II." Poster. One-Hundredth Annual Meeting of the American Association of Colleges of Pharmacy, Boston, Massachusetts, July 1999.  Contributed. |
| 1998 | Evans RL.  Pharmacy Education in the 21st Century:  A Continuing Evolution.  The University of Georgia 50th Annual Postgraduate Pharmacy Seminar, Pharmacy 2048: The Next Fifty Years, Athens, Georgia, May 17, 1998.  Invited. |

Lee S, Cates M, Drake R, Evans RL.  Clinical Assessment of Depression Patients.
Alabama Pharmacy Association Mid-Winter Conference.  Tuscaloosa, Alabama,
February 13, 1998.  Invited

1995    Evans RL.  Moving Pharmacy into the Future.  The Alabama Pharmacy Association
District Meetings.  District 12, Evergreen, Alabama, October 30, 1995; District 5,
Tuscaloosa, Alabama, November 6, 1995; District 4, Montgomery, Alabama, November
7, 1995; District 11, Auburn, Alabama, November 13, 1995.  Invited.

Evans RL.  Cocaine Induced Aggression.  The 30th Annual ASHP Midyear Clinical
Meeting and Exhibits, Las Vegas, Nevada, December 5, 1995.  Invited.

1994    Evans RL.  Group Dynamics: How to Get Your Patients to Talk to Each Other.  The 29th
Annual ASHP Midyear Clinical Meeting and Exhibits, Miami Beach, Florida, December
7, 1994.  Invited.

Evans RL.  Risperidone:  A Review.  The Las Vegas Medical Center, August 4,
1994.  Invited.

Evans RL.  Using Medications Properly to Improve Health and Reduce Health Care
Costs.  The Self-Care Conference, Mid-America coalition on Healthcare meeting,
Kansas City, Missouri, June 8, 1994.  Invited.

Evans RL, McDade SA, Rutledge CO, Tong TG.  Workshop Facilitator.
The Case Method in Pharmaceutical Education.  Academic Management
Symposium, American Association of Colleges of Pharmacy, Interim
Meeting, Hilton Head, South Carolina, February 24-26, 1994.  Invited.

Dean JO, Evans RL Lewis H, Vanderveen RP.  Panel discussion. Continuous
Quality Improvement in Pharmaceutical Education, American Association of Colleges of
Pharmacy, Hilton Head, South Carolina, February 27, 1994.  Invited.

Evans RL.  Psychotropic medications in the long term care setting. Presented
at the Kansas Pharmacy Association, Consultant Pharmacists Workshop, Lawrence,
Kansas, February 6, 1994.

1993    Evans RL. "Don't Be Afraid of Psychotherapeutics." Presented at Clinical Pearls session,
American Society of Hospital Pharmacist, Midyear Clinical Meeting, Atlanta, Georgia,
December 7, 1993.  Invited.

Evans RL (Chairman).  "Treatment Options for Obsessive Compulsive Disorder".
Presented at Recent Advances in Treatment of Obsessive Compulsive Disorders
Seminar, American Society of Hospital Pharmacist, Midyear Clinical Meeting, Atlanta,
Georgia, December 6, 1993.  Invited.

Evans RL (Chairman). Rationale Pharmacotherapy of Obsessive Compulsive Disorder.
Presented at Psychiatric Disorders and Treatment Outcomes in Managed Care: A Focus
on Patients with OCD Symposium. Phoenix, Arizona, November 13, 1993.  Invited

Individual Faculty Interviews, Procedure and Development of Interview Skills, American Council on Pharmaceutical Education Accreditation Forum, American Association of Colleges of Pharmacy Annual Meeting, San Diego, California, July10, 1993.  Invited.

Sommi RW, Evans RL, Klutman N, Henry D. "Experiential Performance Assessment: Changes, Methods, and Meaning." Mid America College of Clinical Pharmacy Education Forum. Kansas City, Missouri, January 12, 1993.  Invited.

1992  Evans RL. Alprazolam-XR Pharmacokinetics: A Review." Presented at Alprazolam-XR in the Management of Anxiety Symposium, Rosemont, Ill., September 4, 1992.  Invited.

Evans, RL. "Redefinition of Scholarship: A Chairman's Perspective." Presented at the Section of Teachers of Pharmacy Practice, American Association of Colleges of Pharmacy Annual Meeting, Washington, D.C., July 12, 1992.  Invited.

1991  Evans RL (Chairman), Marken PA, Sommi RW.  "Solving the Comorbidity Puzzle." Symposium at the 26th Annual ASHP Midyear Clinical Meetings and Exhibits, New Orleans, Louisiana, December 10, 1991.  Invited.

Evans RL (Workshop Facilitator). "Greater Kansas City Society of Hospital Pharmacists Communications Seminar." Kansas City, Missouri, October 24, 1991.  Invited.

Coleman M, Evans RL, Reidhead V. "Managing Diversity in the Work Place: Interpersonal Relationships. Workshop conducted at the Biannual Conference for Department Chairpersons and Directors, University of Missouri, Lake Ozark, Missouri, October 12-13, 1991. Invited.

Evans, RL. "Treatment and Diagnosis of Anxiety and Depression in the Elderly." Ohio Society of Hospital Pharmacists, Hudson, Ohio, October 10-11, 1991.  Invited.

Evans, RL. "Cost of Uncontrolled Anxiety." Workshop presented at Ohio Society of Hospital Pharmacists, Hudson, Ohio, October 10-11, 1991.  Invited.

Evans RL. "Recognition and Treatment of Panic Disorder." Presented at West Central Missouri Pharmacists Association Meeting, Booneville, Missouri, April 18, 1991.  Invited.

Evans RL. "The Pharmacist's Role in Anxiety Management." Teleconference presented at the "Greater Minnesota Pharmacy Gathering" of the Minnesota Pharmacists Association, Minneapolis, Minnesota, April 7, 1991.  Invited.

Evans, RL (Chairman and faculty). "Psychiatric Comorbidity with Medical Illness: Impact, Recognition and Treatment." A symposium presented at the Winter Practice and Research Forum of the American College of Clinical Pharmacy, Ft. Lauderdale, Florida, February 10, 1991. Invited.

1990  Evans, RL (Chairman and faculty). Anxiety Disorders: Treatment and Management Issues for the Pharmacist." A symposium presented at the Midyear Clinical Meeting of

11

the American Society of Hospital Pharmacists, Las Vegas, Nevada, December 3, 1990. Invited.

Evans RL. "Anxiety Disorders in Primary Care: A New Approach to Diagnosis and Management." Presented to: the Greater Omaha Pharmacy Society, Omaha, Nebraska, November 19, 1990; Mid Missouri Society of Hospital Pharmacist, Columbia, Missouri, November 28, 1990.  Invited.

Evans RL. "A New Look at Anxiety, Depression, and Panic Disorders." Presented at the National Association of Retail Druggists Annual Meeting, Nashville, Tennessee, October 24, 1990.  Invited.

Coleman M, Evans RL, Reidhead V. "Pharmacy Supervisor: How Can You Help Your Staff Learn to Counsel Anxiety Patients" Evans RL. Presented at the University of Kansas and Veterans Administration Medical Center Hospital Pharmacies Administrator's Conference, Kansas City, Missouri, August 30, 1990. Invited.

Evans RL, Guthrie S. "National Anxiety Awareness Program" Symposium presented at the Michigan Pharmacists Association's Annual Convention, Grand Traverse, Michigan, August 13, 1990. Invited.

Evans RL. "Treatment of Anxiety Disorders: A Case History." Presented at Anxiety Disorders: Treatment and Management Issues For the Pharmacists' Symposium, Scottsdale, Arizona, June 16, 1990. Evans, RL (Co-Chairman and faculty). Invited.

Evans RL, Demmer D, Crook D. "Greater Kansas City Counseling Skills Clinic for Pharmacists." Sponsored by the Greater Kansas City Society of Hospital Pharmacists, April 6, May 4, June 8, July 13, 1990. (Co-facilitator). Invited.

Evans RL. "Evaluation of Mental Health Outcomes: Is it Possible?" Presented at the Mental Health Benefits for the 1990's: Paying for What Works, A Senior Management Invitational Symposium, The Institute for Behavioral Healthcare, Dallas, Texas, May 11, 1990. Invited.

Evans RL. "Issues in the Treatment of Anxiety: Therapeutic Use of Antianxiety Agents and Abuse. Presented at the Hall County Pharmacists Association Meeting, Grand Island, Nebraska, March 21, 1990. Invited.

1989    Evans RL.  "Appropriate Use of Medications in the Treatment of Panic Disorder." Presented for Comprehensive Mental Health Services, Independence, Missouri, December 14, 1989. Invited.

Evans RL.  "Establishing Expectations for Staff Pharmacists' Patient Counseling Activities."  University of Kansas and Veterans Administration Medical Center Hospital Pharmacies Administrator's Conference, Kansas City, Missouri, November 30, 1989. Invited.

Evans RL. "The Process of Patient Consultation" Presented at the Patient Consultation: An Important Aspect of Professional Pharmacy Services Conference, University of

Missouri-Kansas City, School of Pharmacy, Kansas City, Missouri, November 12, 1989. Invited.

Evans RL. "Preceptor Skills." Presented at the Clinical Communication Skills for the 1990's Program, Missouri Society of Hospital Pharmacists Fall Meeting, Osage Beach, Missouri, November 4, 1989. Invited.

Evans RL. "Tweaking Neurons in the Treatment of Unresponsive Schizophrenic Patient: Results of an Ongoing Study." Presented to Western Missouri Mental Health Center Medical Staff, Kansas City, Missouri, October 25, 1989. Invited.

Evans RL. "Where Are We and Where Are We Going?" Presented at the Symposium for Mental Health/Mental Retardation/Substance Abuse Pharmacists, University of Georgia, Athens, Georgia, October 9, 1989. (Keynote Speaker). Invited.

Evans RL. "Pharmacokinetic and Pharmacodynamics of Benzodiazepines and Buspirone. Presented to the Ozark Society of American Psychiatric Association, Springfield, Missouri, May 12, 1989. Invited.

Evans RL.  "Overview of Hypnotic and Benzodiazepine Use." Presented at the South Dakota Pharmaceutical Association, Black Hills Winter Seminar, Rapid City, South Dakota, February 18-19, 1989. Invited.

1988      Evans RL. "Antidepressant Agents: Old and New," Presented at Recent Drug Development Conference, University of Montana, School of Pharmacy, Missoula, Montana, November 6, 1988.

Evans RL. Greater Kansas City Clinical Conference. Workshop leader. Kansas City, Missouri, October 5, 1988.

Evans RL, "Anxiety: Diagnosis and Current Treatment Perspectives." Evans RL. Presented to the Research Medical Center Staff Conference, Kansas City, Missouri, June 29, 1988.

Evans RL, "The Use and Misuse of Benzodiazepines." Evans RL. Presented at University Hospital Staff Conference, Seattle, and Western State Hospital, Fort Steilacoom, Washington, June 23, 1988.

Evans RL. "Overview of Antipsychotics." Presented at the Las Vegas Medical Center, First Annual Psychopharmacology Conference, Las Vegas, New Mexico, April 23-24, 1988.

Evans RL. "Treatment of Affective Disorders with Tegretol." Presented at the Comprehensive Mental Health Center, Independence, Missouri, April 14, 1988.

Evans RL. "Pharmacokinetics and Pharmacodynamics of Benzodiazepines and Buspirone." Presented at the Anxiety Disorders: Biological Basis and Pharmaco-therapeutic Approaches to Treatment Conference, The University of Illinois at Chicago, Chicago, Illinois, March 25, 1988.

13

Evans RL. "A Pharmacist's Perspective on Psychiatric Rating Scales." Presented at the American Society of Hospital Pharmacists Midyear Clinical Meeting, Psychopharmacy SIG meeting, Atlanta Georgia, December 10, 1987.

Evans RL. "Rational Approach to the Treatment of Sleep Disorders." Presented for the Salt Lake Area Society of Hospital Pharmacists, Salt Lake City, Utah, November 1987.

Evans RL. "Central Nervous System Stimulants." Presented to the University of Missouri-Kansas City Athletic Department, Kansas City, Missouri, October 13, 1987.

Evans RL. "Neuroleptic Malignant Syndrome." Presented to Nursing Staff, Western Missouri Mental Health Center, Kansas City, Missouri, July 23, 1987.

Evans RL. "Clinical Pharmacist Use of Multicenter Trial Concepts in Completing Phase IV Research." Presented to the Faculty of University of Idaho College of Pharmacy, Pocatello, Idaho, March 1987.

1986    Evans RL. "Neuroleptic Malignant Syndrome: Clinical Presentation and Treatment." Presented at the Neurology/Neurosurgery Conference, Menorah Medical Center, Kansas City, Missouri, August 13, 1986. Also presented for the Medical Staff at Western Missouri Mental Health Center, Kansas City, Missouri, October 10, 1986.

Evans RL (Faculty). "Communications Skills Workshop." Conducted at the Annual Meeting of the American Association of Colleges of Pharmacy, Toronto, Ontario, July 15, 1986.

Evans RL (Faculty). "Neurological Complications of Psychotropic Agents." Evans RL. Presented at the Neurology/Neurosurgery Conference, Menorah Medical Center, Kansas City, Missouri, May 21, 1986.

Evans RL (Panelist). "Teaching and Research in the Pharmaceutical Sciences in Pharmacy Schools." Conducted at the Federation of the American Society of Experimental Biology, St. Louis, Missouri, April 14, 1986.

Evans RL. "Pharmacology for Community Residential Facility Aides." Presented at New Horizons Assistance Corporation, Kansas City, Missouri, February 11 & 12, 1986.

Evans RL. "Antipsychotic Medication for Elderly Patients." Presented at the Annual Seminar of the Missouri Society of the American College of General Practitioners, Kansas City, Missouri, January 26, 1986.

1985    Evans RL. "Critical Review of the Use of Carbamazepine in the Treatment of Affective Disorders." Presented at Grand Rounds Presentation, Department of Psychiatry, University of Kansas Medical School, Kansas City, Kansas, March 8, 1985.

Evans RL. "Patient Communications Workshop for Hypertensive and Diabetic Counseling Clinic Members." Presented at Truman Medical Center, Kansas City Missouri, February 12, 1985.

Evans RL. "The Clinical Presentation and Drug Treatment of Panic Disorders." Presented at Truman Medical Center Family Practice Noon Conference, Lee's Summit, Missouri, January 16, 1985.

Evans RL. "Overview of Psychopharmacology for Family Practitioners." Presented to the Department of Family Practice, University of Kansas Medical Center, Kansas City, Kansas, November 6, 1985.

Evans RL. "Psychotropic Drug Use in the Elderly." Presented for the Wichita Pharmaceutical Association, Wichita, Kansas, November 3, 1985.

Evans RL. "Calcium Channel Blockers in the Treatment of Affective and Schizophrenic Disorders." Presented to Western Missouri Mental Health Center Medical Staff, Kansas City, Missouri, October 30, 1985.

Evans RL. "Generic Psychotropic Agents: Are They Different?" Presented at the St. Louis State Hospital, St. Louis, Missouri, July 26, 1985.

Evans RL. "Perspectives on Psychiatric Social Work: Medication Overview." Presented at the Western Missouri Mental Health Center, Kansas City, Missouri, June 13, 1985.

Evans RL (Faculty). "How to Prepare Your Pharmacy For Medicare Survey." Workshop conducted at the Annual Meeting of American Society of Hospital Pharmacists, Reno, Nevada, June 6, 1985.

Evans RL (Moderator). "Workshops for the Psychopharmacy Practitioner." Conducted for the Psychopharmacy Special Interest Group Meeting, Annual Meeting of the American Society of Hospital Pharmacists, Reno, Nevada, June 6, 1985.

Evans RL. "Psychiatric Medications." In-service for Emergency Shelter Coalition of Kansas City, Western Missouri Mental Health Center, Kansas City, Missouri, May 6, 1985.

Evans RL. "Consideration of Generic Neuroleptics for Pharmacists." Presented at the Linn County Pharmacy Association Meeting, Cedar Rapids, Iowa, April 24, 1985.

Evans RL. "Legal Drugs of Abuse." Presented at the Drug Use and Drug Abuse Seminar: Teleconference, University of Missouri-Kansas City, School of Pharmacy, Kansas City, Missouri, April 16, 1985.

1984   Evans RL. "Practical Approaches to Treating the Depressed Elderly." Presented at The Silent Dilemma: Afflictions of the Elderly Symposium, Creighton University Omaha, Nebraska, October 28, 1984.

Evans RL. "Clinical Presentation and Treatment of Organic Brain Syndrome." Presented at the Silent Dilemma: Afflictions of the Elderly Symposium, Creighton University, Omaha, Nebraska, October 28, 1984.

15

Evans RL.  "Panic Disorders: A Review of Pharmacological Approaches." Presented to Western Missouri Mental Health Center Medical Staff, Kansas City, Missouri, October 10, 1984.

Evans RL. "The Drug Treatment of Panic Disorders." Presented at the Panic Disorder Conference, Missouri Institute of Psychiatry, Springfield, Missouri, October 5, 1984.

Evans RL. "Introduction to Counseling Skills in Pharmacy Practice." Presented at the Annual Meeting of the Kansas Pharmacists Association, Lawrence, Kansas, September 22, 1984.

Evans RL. "Nursing Orientation: Psychopharmacology." Presented at the Western Missouri Mental Health Center, Kansas City, Missouri, August 15, 1984.

Evans RL. "Legal Drugs of Abuse." Presented at the Drug Use and Drug Abuse Seminar, University of Missouri-Kansas City, School of Pharmacy, Kansas City, Missouri, September 18, 1984.

Evans RL (Chairman and Faculty). "Current Clinical Perspectives on Depression, Anxiety and Insomnia." Regional Psychopharmacy Symposia. Sponsored by an Educational Grant from the Upjohn Company. Southern Region, Atlanta, Georgia, March 26-27, 1984; Eastern Region, New York, New York, May 16-17, 1984; Central Region, Arlington Heights, Illinois, June 13-14, 1984.

Evans RL. "Psychopharmacology." Presented at the 2nd Annual Springfield Family Practice Symposium, Springfield Academy of Family Physicians, St. John's Regional Medical Center, Springfield, Missouri, April 14, 1984.

Evans RL. "Psychotropic Drug Use in the Elderly." Presented to the Department of Family Practice, University of Kansas Medical Center, Kansas City, Missouri, March 1984.

Evans RL (Faculty), Demmer D. "If I Could Walk in That Guy's Shoes, Would I Be a Better Practitioner?" A Communication Skills Workshop for Pharmacists. University of Montana, Continuing Education Program, Bozeman, Montana, February 17-19, 1984.

1983     Evans RL (Moderator and Faculty), Erman M and Juhl R. "Recognition of Sleep Disorders and Treatment." Upjohn Seminar. Presented at the 1983 Midyear Clinical Meeting, American Society of Hospital Pharmacists, Atlanta, Georgia, December 7, 1983.

Evans RL.  "Carbamazepine Use in the Treatment of Affective Disorders." Presented to Western Missouri Mental Health Center Medical Staff, Kansas City, Missouri, October 12, 1983.

Evans RL (Faculty), Demmer D. "Did I Say That? What I Really Wanted to Say Was..." A Communication Skills Workshop for Pharmacists. University of Missouri-Kansas City School of Pharmacy Long Weekend, Lake of the Ozarks, Missouri, April 29, 1983.

16

Evans RL. "Psychotropic Potpourri." Presented to Greater Kansas City Psychological Association, Kansas City, Missouri, April 26, 1983.

Evans RL. "Geriatric Psychopharmacology for the Social Worker." Presented at St. Luke's Hospital, Kansas City, Missouri, April 12, 1983.

Evans RL. Lecturer on Psychotropic Agents. Presented at Webster Nursing College, St. Luke's Hospital, Kansas City, Missouri, April 12, 1983.

Evans RL. "Drugs with a Therapeutic Window." Presented at the Western Missouri Mental Health Center General Staff Presentation, Kansas City, Missouri, February 3, 1983.

1982        Evans RL (Moderator and Faculty), Kushi R, Bitar A, Gutchman D. "Therapeutic Dilemma: Tardive Dyskinesia." Panel Discussion presented at the 1982 Midyear Clinical Meeting, American Society of Hospital Pharmacists, Los Angeles, California, December, 1982.

Ereshefsky L, Crabtree B, Evans RL (Panelist), Stimmel G, Votolato N. "Biochemical Strategies in the Treatment of Refractory Depression." Mead Johnson Symposium. Presented at the 1982 Midyear Clinical Meeting, American Society of Hospital Pharmacists, Los Angeles, California, December, 1982.

Evans RL. "Antidepressant and Antianxiety Agents." Presented for the Pharmacology for Health Professionals Seminar and Teleconference New Drugs and New Drug Therapy, Continuing Education, University of Missouri-Kansas City School of Pharmacy, Kansas City, Missouri, November 9, 10, 23, 1982.

Evans RL. "Lithium Clinic: A Retrospective Analysis." Presented at the Western Missouri Mental Health Center General Staff Presentation, Kansas City, Missouri, September 30, 1982.

1981        Evans RL (Faculty). "Communicating with the Psychiatric Patient in Your Mental Health Practice." A workshop conducted at the Symposium for Mental Health Pharmacists, Athens, Georgia, October 25-27, 1981.

Evans RL. "How to Get the Most Out of Medication Without Letting It Get You." Presented for the "Life-Altering Illnesses and Cancer Information Series," The Mental Health Association of Johnson County, Prairie Village, Kansas, September 1, 1981.

Evans RL, Panelist. "Life-Altering Illness and Cancer Information Series." Televised on "Around Town with Ann Debus," Channel 19, Kansas City, Missouri, August 28, 1981.

Evans RL (Faculty). "What You Are Is What You Were When." Communications Workshop conducted for the Kansas Pharmacists' Association Annual Meeting, Topeka, Kansas, May 29, 1981.

Evans RL. "Endorphins in Psychiatry." Presented to the Western Missouri Mental Health Center Medical Staff, Kansas City, Missouri, March 25, 1981.

Evans RL. "Drug Therapy of Human Behavior." Presented for the Continuing Education Lecture Series for Nursing, Baptist Memorial Hospital, Kansas City, Missouri, March 16, 23, 30, 1981.

1980   Evans RL. "Drug Utilization Review: Overview." Presented during "Dialogue on Contemporary Issues in Psychopharmacology, A Panel Presentation." American Society of Hospital Pharmacists Midyear Clinical Meeting, San Francisco, California, December, 1980.

Evans RL. "Communications - The Health Care Delivery Team." Presented during "A Symposium on Consulting with Your Patients," at the Virginia Pharmaceutical Association, the District of Columbia Pharmaceutical Association and the Maryland Pharmacy Continuing Education Coordinating Council, Arlington, Virginia, September 7, 1980.

Evans RL. "Counseling the Cancer Patient." Presented at the Symposium on Current Concepts of Cancer Chemotherapy and Pain Control, New Mexico Pharmaceutical Association Annual Meeting, Albuquerque, New Mexico, May 24, 1980.

Evans RL, Faculty. "Interpersonal Aspects of Interviewing and Counseling Techniques in Health Care Communications." Presented at the Association of Faculties of Pharmacy of Canada (AFPC) Teachers' Conference, Calgary, Alberta, Canada, May 19, 1980.

Evans RL (Faculty). American Association of Colleges of Pharmacy Lilly Canada Pharmacy Education Communications Skills Workshop, Calgary, Alberta, Canada, May 15-17, 1980.

1979   Evans RL, Platek T. "DSM-III: Implications for Pharmacists in Mental Health." Presented at the Midyear Clinical Meeting, American Society of Hospital Pharmacists, Las Vegas, Nevada, December 5, 1979.

Evans RL. "Over-the-Counter Drugs: A Rational Approach to Their Selection." Presented for the Holistic Health Care Program, The Mental Health Association of Johnson County, Baptist Memorial Hospital, Kansas City, Missouri, October 19, 1979.

Evans RL. Seminar Series on Psychopharmacology and Therapeutics, Presented at the Rainbow Mental Health Center, Kansas City, Kansas, July 5, 10, 12, 17, 1979.

Evans RL. "Mental Health Pharmacy in the State System." Presented at the Missouri Mental Health Pharmacy Workshop, St. Louis State Hospital, St. Louis, Missouri, May 21, 1979.

Evans RL. "Clinical Clerkships." Presented at the University of Missouri-Kansas City School of Pharmacy, Pharmacy Long Weekend, Kansas City, Missouri, April 27, 1979.

1978       Evans RL (Faculty). American Association of Colleges of Pharmacy Lilly Pharmacy Education Communications Skills Workshops, Boulder, Colorado, March 12-14, 1978; Lincoln, Nebraska, April 30-May 2, 1978; Athens, Georgia, October 25-31, 1978.

Evans RL. "Community Care: A Component of an Ambulatory Care Teaching Program." Presented at the University of Oklahoma College of Pharmacy Annual Faculty Retreat, Roman Nose, Oklahoma, October 21, 1978.

Evans RL. "Community Clerkships, The Kansas City Experience." Presented at the Fifty-Third Annual Meeting, Sixth District, National Association of Boards of Pharmacy, American Association of Colleges of Pharmacy, St. Louis, Missouri, October 16, 1978.

Evans RL (Moderator). "Special Session on Achieving Better Communications, A Must for Pharmacy Students." Annual Meeting of the American Association of Colleges of Pharmacy, Seattle, Washington, August 8, 1978.

Evans RL. "Evaluate the Home Pharmacy." Presented at Medical Self-Help Series, Missouri Western State College, St. Joseph, Missouri, July 20, 1978.

Evans RL. "Experiences in Clinical Community Pharmacy Practice." Presented at University of Kansas Student American Pharmaceutical Association Lecture Series, Lawrence, Kansas, February 7, 1978.

1977       Evans RL. Changing Professional Image." Presented at the University of Missouri-Kansas City Medical School, Kansas City, Missouri, December 9, 1977.

Evans RL, Wright B, Williams S.  Written patient instruction: improving readability can enhance effectiveness. Presented at the 1977 Midyear Clinical Meeting, American Society of Hospital Pharmacists, Atlanta, GA, December 8, 1977. Invited.

Evans RL. "Developing Innovative Pharmacy Services in the Community Setting." Presented at the Annual Meeting of the American College of Apothecaries, Las Vegas, Nevada, October 16, 1977.

Evans RL. "Development of Student Communication Skills: A Current Happening." Presented at the Fifty-Second Annual Meeting, Sixth District, National Association of Boards of Pharmacy ÄÄ American Association of Colleges of Pharmacy, Kansas City, Missouri, October 10, 1977.

Evans RL. "Developing a Patient Profile and Patient Consultation Step by Step." Presented at the University of Missouri School of Pharmacy Long Weekend, Four Seasons Lodge, Lake of the Ozarks, Missouri, April 23, 1977.

Evans RL. "Community Clinical Practice." Presented at the Annual Convocation of the St. Louis College of Pharmacy, St. Louis, Missouri, March 28, 1977.

Evans RL. "Pharmacist/Patient Consultation and the Art of Acquiring a Medication History." Presented at the University of Missouri-Kansas City Annual Alumni Ski Trip, Keystone, Colorado, January, 1977.

1976   "Clinical Community Pharmacy." Evans RL. Presented at the Region 6 Meeting, Student American Pharmaceutical Association, Kansas City, Missouri, October 8, 1976.

     Evans RL, Gumbhir AK, Brown WM. "Clinical Practice, A Community Setting." Presented before the Section of Teachers of Clinical Instruction of the American Association of Colleges of Pharmacy, Minneapolis, Minnesota, July 22, 1976.

1974   Evans RL.  Medication maintenance interviews by pharmacists in mental health. An audiovisual presentation presented at the Second Annual National Conference for Mental Health Pharmacists, Memphis, TN, June 6-7, 1974. Invited.

1975   Evans RL. "How Pharmacy Interfaces with Mental Health." Presented at the Third Annual National Conference for Mental Health Pharmacists, Gainesville, Florida, June 25, 1975.

1973   Evans RL. "Clinical Pharmacy Service Applications in Mental Health Facilities University of Tennessee." Presented at the National Conference of Mental Health Pharmacists, Georgia Center for Continuing Education, Athens, Georgia, September 5-7, 1973.

     Evans RL. "Student as a Learner." Presented at The Effective Learning and Instruction Seminar, American Association of Colleges of Pharmacy, The University of Georgia Center for Continuing Education, Athens, Georgia, July 10-13, 1973.

Professional Activities (Contributed Papers, Abstracts Published):

2013   Stevenson, T., Schuessler, J., Sanderson, B., Westrick, S., American Association of Colleges of Pharmacy, Chicago, IL, "Integration of interprofessional education activities within existing pharmacy and nursing courses", Academic, International, Peer-Reviewed/Refereed, Published in Proceedings, Accepted. (July 2013).

2012   Evans, R, Kelley, Kristi, McDonough, Sharon, American Association of Colleges of Pharmacy Annual Meeting, "Mapping the Future of IPE in Schools Located on Non-medical campuses," American Association of Colleges of Pharmacy, Orlando, FL. (July 2012).

2011   Liles, Anne, Hester, Elizabeth, Kelley, Kristi, Chung, Allison, Jungnickel, Paul, American Association of Colleges of Pharmacy Annual Meeting, "Development and incorporation of a professionalism assessment into a doctor of pharmacy program," American Association of Colleges of Pharmacy, San Antonio, TX. (July 2011).

2010   Kleppinger, Erika, Donaldson, Amy, Lorenz, Raymond, Parsons, Daniel, American Association of Colleges of Pharmacy Annual Meeting and Seminars, "Development of an Integrated Pharmacy Skills Laboratory Course Sequence [poster presentation]," AACP, Seattle, WA. (July 2010).

2009        T. Lynn Stevenson, Lea S. Eiland, Dana G. Carroll, Allison M. Chung, Kristi W. Kelley, Lori B. Hornsby, April Staton, R. Lee Evans.  Professional and Personal Development Activities for Fourth Year Student Pharmacists.  Annual Meeting of the American Association of Colleges of Pharmacy, Boston, Massachusetts, July 18, 2009.

2008        Lea Eiland, Lee Evans, Erika Kleppinger, Emily Mann, Karen Marlowe, Lynn Stevenson.  Auburn University Harrison School Of Pharmacy: A Health Care Provider Helping the Citizens of Alabama Meet the Healthcare Goals of 2015, Annual Meeting of the American Association of Colleges of Pharmacy, Chicago, Illinois, July 22, 2008.

            Evans RL, Mummert C, Sowers S.  A New Facility Enables Transformation in Pedagogy, Society of College and University Planners Southern Regional Conference. New Orleans, Louisiana, November  6, 2008

2003        Krueger JL, Beck DE, Evans RL.  Instilling a Patient Care Culture:  Engaging All Students and Faculty in the Continuous Care of Community-based Patients, Annual Meeting of the American Association of Colleges of Pharmacy, Minneapolis, MN, July 2003.

            Evans RL.  Pharmacy - ACES Alliance in Alabama, Extension Pharmacy Alliance for Community Health.  Annual Meeting of the American Association of Colleges of Pharmacy, Minneapolis, MN, July 2003.

            Evans RL.  Achieving Excellence in Experiential Learning In these Dynamic Times:  Are We Waiting Until Experiential Learning is Broken to Fix It?  (Panelist) Annual Meeting of the American Association of Colleges of Pharmacy, Minneapolis, MN, July 2003.

2000        Evans RL, Ramsay KC.  Planning for Bricks and Mortar in Support of 21st Century Pharmacy Education, Annual Meeting of the American Association of Colleges of Pharmacy, San Diego, California, July 2000.

1999        Beck DE, Evans RL, Stadler HA, Jungnickel PW.  Implementation of a Pharmacy School Continuous Quality Improvement Program: Phases I and II.  One Hundredth Annual Meeting of the American Association of Colleges of Pharmacy, Boston, Massachusetts, July 1999.

            Outcomes Assessment Committee.  Implementation of a Pharmacy School Continuous Quality Improvement Program: Phases III:  Curricula Outcomes Assessment Using Milestone Exams, One Hundredth Annual Meeting of the American Association of Colleges of Pharmacy, Boston, Massachusetts, July 1999.

1997        Beck DE, Evans RL, Anderson-Harper H, Smith R.  Curriculum Work Group.  The Auburn Pharm.D. curriculum.  Year 1 Implementation, and Vision.  American Journal of Pharmaceutical Education.  1996:60:103S.

1996        Faculty Mentor Group.  The Auburn University School of Pharmacy Orientation Program:  An Authentic Experience.  American Journal of Pharmaceutical Education.  1996:60:101S.

Faculty Mentor Group.  Reflections on a pilot faculty-peer mentor team experience. American Journal of Pharmaceutical Education.  1996:60:91S.

Evans RL, Stoner SC, Bailey L, Sommi RW, Marken PA.  Clinical Response of Refractory Schizophrenic Patients Exposed to Optimal Antipsychotic Serum Concentrations.  The 31st Annual ASHP Midyear Clinical Meeting and Exhibits, New Orleans, Louisiana, December 11, 1996.

Sommi RW, Evans RL, Stoner SC, Bailey L, Marken PA, Bunker MT.  Clinical Response of Refractory Schizophrenic Patients Exposed to Optimal Antipsychotic Serum Concentrations.  The 1996 MSHP/KSHP Spring Meeting, Kansas City, Missouri, April 12, 1996. Contributed.

Evans RL, Anderson-Harper H, Banga A, Beck D, et al.  The Auburn University School of Pharmacy Orientation Program:  An AUthentic Experience.  1996 AACP Meeting, Reno, Nevada, July 17, 1996. Contributed.

1993    Sommi RW, Marken PA, Evans RL.  Therapeutics group discussions:  balancing resources and outcome. Presented at the American Association of Colleges of Pharmacy Annual Meeting, San Diego, CA,  July, 1993. Contributed.

1992    Sommi RW, Avila J, Pierce CA, Evans RL.  Outcome assessment of antipyschotic versus nonantipyschotic treatment of dually diagnosed cocaine users with a psychiatric diagnosis:  interim analysis. Presented at 1992 KSHP-MSHP Spring Meeting, Kansas City, MO, May 1992.

1991    Evans RL.  Evaluation of alprazolam's effect on panic symptoms and arrhythmias in patients with coexisting mitral valve prolapse and panic disorders. Presented at the Midyear Clinical Meeting of the American Society of Hospital Pharmacists, New Orleans, LA, December 12, 1991. Contributed.

Sommi RW, Avila J, Pierce CA, Evans RL.  Outcome assessment of antipyschotic versus nonantipsychotic treatment of dually diagnosed cocaine users with a psychiatric diagnosis:  interim analysis. Presented at Midyear Clinical Meeting of American Society of Hospital Pharmacists, December 12, 1991. Contributed.

Evans RL, Bell HH, Sommi RW, Stanislav SW, Pierce C.  Evaluation of alprazolam's effect on panic symptoms and arrhythmias in patients with coexisting mitral valve prolapse and panic disorder. Presented at the Missouri Society of Hospital Pharmacists Spring Meeting, St. Louis, MO, May, 9, 1991. Contributed.

1987    Evans RL, Smith RB, Wells BG, Ereshefsky L, Antal EJ.  Use of multicenter trial concepts in completing clinical pharmacy research. Presented at the Federation International Pharmaceutique Meeting in Amsterdam, The Netherlands, September 4, 1987. Contributed.

1986    Lobeck F, Nelson MV, Evans RL.  A comparison of four methods of dosing lithium. Presented at the American Society of Hospital Pharmacists Midyear Clinical Meeting Research Forum, Las Vegas, NV, December 1986. Contributed.

Evans RL, Nelson MV, Melethil SK, Hornstra RK, Townsend R, Smith RB.  Evaluation of the potential pharmacokinetic interaction of lithium and alprazolam. Presented at the American College of Clinical Pharmacy Annual Meeting, Chicago, IL, July 31, 1986. Contributed.

Wells BG, Evans RL, Ereshefsky L, et al.  Clinical interactions of alprazolam and imipramine. Presented at the American Psychiatric Association Annual Meeting, New Research Poster Presentations, Washington, D.C., May 12, 1986. Contributed.

Antal EJ, Ereshefsky L, Wells B, Evans RL, Richards RL, Townsend RJ, Smith RB. Multicenter evaluation of the kinetic and clinical interaction of alprazolam and imipramine.  Presented at the American Society for Clinical Pharmacology and Therapeutics Annual Meeting, Washington, D.C., March 20, 1986. Contributed.

1985    Lobeck F, Jethanandani V, Evans RL.  Haloperidol Concentrations in a Patient with Mild Chronic Renal Failure. Presented at the 1985 Midyear Clinical Meeting, American Society of Hospital Pharmacists, New Orleans, LA, December 10, 1985. Contributed.

1982    Evans RL, Kinney J.  Retrospective analysis of the influence on patient care variables of a lithium clinic coordinated by a clinical pharmacist. Presented at the 1982 Midyear Clinical Meeting, American Society of Hospital Pharmacists, Los Angeles, CA, December 9, 1982. Contributed.

1979    Evans RL, Grundeman B.  Selective use of a psychiatric facility for undergraduate clerkships.  Presented at the Annual Meeting of the American Association of Colleges of Pharmacy, Denver, CO, July, 1979. Contributed.

1978    Evans RL, Brown WM, Gumbhir AK, Williams S.  Development of clinical pharmacy practice models in community pharmacies. Presented at the 1978 American Pharmaceutical Association Annual Convention, Montreal, Quebec, Canada, May 16, 1978. Contributed.

Gumbhir AK, Brown WM, Evans RL, Williams S.  Evaluation of clinical practice in community pharmacies.  Presented at the 1978 American Pharmaceutical Association Annual Convention, Montreal, Quebec, Canada, May 16, 1978. Contributed.

1977    Evans RL.  Developing innovative pharmacy services in the community setting. Presented at the Annual Meeting of the American College of Apothecaries, Las Vegas, NV, October 16, 1977. Contributed.

Evans RL.  Development of student communication skills: a current happening. Presented at the Fifty-Second Annual Meeting, Sixth District, National Association of Boards of Pharmacy--American Association of Colleges of Pharmacy, Kansas City, MO, October 10, 1977. Contributed.

1976        Gumbhir AK, Brown WM, Evans RL.  Methodology for evaluating clinical pharmacy services in community pharmacies.  Presented before the Economic and Administrative Science Section of the Academy of Pharmaceutical Sciences, American Pharmaceutical Association Annual Meeting, New Orleans, LA, April 5, 1976. Contributed.

            Evans RL.  Clinical Community Pharmacy. Presented at the Region 6 Meeting, Student American Pharmaceutical Association, Kansas City, MO, October 8, 1976. Contributed.

            Evans RL, Gumbhir AK, Brown WM.  Clinical practice--a community setting. Presented before the Section of Teachers of Clinical Instruction of the American Association of Colleges of Pharmacy, Minneapolis, MN, July 22, 1976. Contributed.

1973        Coleman JH, Evans RL, Rosenbluth SA.  Extended clinical roles for the pharmacist in psychiatric care. Presented at the Annual Meeting of the American Society of Hospital Pharmacists, Boston, MA, July 28, 1973. Contributed.

            Evans RL.  University of Tennessee, College of Pharmacy, Doctor of Pharmacy psychiatric rotation. An audiovisual production presented at the American Association of Colleges of Pharmacy Effective Learning and Instruction Seminar.  The University of Georgia Center for Continuing Education, Athens, GA, July 10-13, 1973. Contributed.

            Evans RL.  A community pharmacy in psychiatric care: a pilot project. Presented at the 1973 Southeastern Regional Conference for Hospital Pharmacy Teachers and Residents. The University of Georgia Center for Continuing Education, Athens, GA, January 29, 1973. Contributed.

            Evans RL.  Clinical pharmacy service applications in mental health facilities --University of Tennessee.  Presented at the National Conference of Mental Health Pharmacists, Georgia Center for Continuing Education, Athens, GA, September 5-7, 1973. Contributed.

            Evans RL.  Student as a learner. Presented at The Effective Learning and Instruction Seminar, American Association of Colleges of Pharmacy, The University of Georgia Center for Continuing Education, Athens, GA, July 10-13, 1973. Contributed.

1972        Evans RL.  Experience with a decentralized pharmacy communication report. Presented at the 1972 Regional Conference of Hospital Pharmacy Teachers and Residents.  The University of Georgia Center for Continuing Education, Athens, GA, February 5, 1972. Contributed.

            Evans RL.  Patient prescription records and drug utilization review. Presented for the U.S. Public Health-Supported Short-Term Training Course in Institutional Pharmacy Practice at the Medical University of South Carolina, College of Pharmacy, Charleston, SC, January 9, 1972. Contributed.

Professional Activities (Editorial and Reviewer Service):

            Reviewer and Judge:  Best Student Poster, ACCP Annual Meeting, 2013.

Reviewer:  American College of Clinical Pharmacy Virtual Poster Symposium, 2012-14.

Reviewer: American Journal of Pharmaceutical Education, 1981 (2), 1983 (2), 2004 (1), 2006 (1), 2007 (1), 2008 (1), 2013 (2)

Member:  Editorial Board:  Advances in Pharmacy, 2004.

Reviewer:  The Journal of Pharmacy Technology, 2002.

Reviewer:  AstraZeneca "Psychiatric Pharmacy Practice" Award 2001, 2003.

Reviewer:  Journal of the American Pharmaceutical Association, 2000, 2003.

Reviewer:  American College of Clinical Pharmacy, 1995 (4), 1996 (5), 1997 (7), 1998 (10), 2000 (6), 2006 (Annual and Spring meeting abstracts).

Reviewer:  American Journal of Health-System Pharmacy, 1998, 2001 (1), 2003 (1)

Member:  Scanning Team, Auburn Horizon, 1995-1996.

Reviewer:  American Journal of Hospital Pharmacy, 1982 (1), 1985 (1), 1992 (1), 1993 (1),

Member:  Astra Clinical Pharmacy Research Award Grant Selection Committee, 1989.

Reviewer:  Clinical Pharmacy, 1982 (1), 1983 (1), 1985 (1), 1986 (1).

Reviewer:  Drug Intelligence and Clinical Pharmacy, 1985 (1), 1986 (1), 1987 (1), 1988 (2), 1989 (1), 1990 (1).

Reviewer:  Hospital Formulary, 1987 (1).

Reviewer:  Pharmacotherapy, 1989 (1), 1999 (1), 2000 (1), 2006 (1), 2007 (1).

Reviewer:  The Consultant Pharmacist, 1986 (1).

Reviewer:  ADIS (American Drug Information Services) Press, 1982 (1).

Member:  Editorial Committee: Psychopharmacy Newsletter, 1982-1987.

Reviewer:  Hospital Formulary Service Monographs, American Society of Hospital Pharmacists, 1975-77, 1982 (1).

Advisor:  Smith DL: Medication Guide for Patient Counseling Second Edition. Philadelphia: Lea & Febiger, 1981.

Reviewer:  Grussing, PG: The Internship Experience: A Manual for Pharmacy Preceptors and Interns.  Chicago, 1980.

25

Reviewer:  Applied Therapeutics for Clinical Pharmacists, Third Edition.  Chapter 30, Psychosis, Applied Therapeutics.  San Francisco, 1980.

Reviewer:  Patient Care (Journal of Practical Continuing Education for Primary Care Physicians), 1976-77 (1).

Reviewer:  The Annals of Pharmacotherapy, 1999 (1).

Professional Activities (Service to Professional Societies):

### *Alabama Pharmaceutical Association*

Member:  Coalition of Alabama Pharmacy Practitioners, 2007

Member:  Board of Trustees, 1994-present.

Member:  Alabama Commission on Pharmacy, 1994-1998.

### *American Society of Health-System Pharmacists*

Co-Chair:  Ad Hoc Committee on Student Recruitment for Psychopharmacy Residencies and Fellowships, Psychopharmacy Specialty Practice Group, American Society of Hospital Pharmacists, 1990-91.

Member:  Selection Panel for the Fellowship in Psychiatric Pharmacotherapy.  Research and Education Foundation, Inc., American Society of Hospital Pharmacists, 1983-84, 1987, 1989, 1990, 1991, 1992, 1993.

Faculty Representative:  Appointed to the American Society of Hospital Pharmacists Information Network for Students, 1986-90.

Chairman:  Ad Hoc Committee on Demand, Psychopharmacy Special Interest Group, Petition for Specialty Recognition to Board of Pharmaceutical Specialties, American Society of Hospital Pharmacists, 1986-89.

Member:  Task Force on Special Interest Group Program Assessment, American Society of Hospital Pharmacists, 1985-86.

Consultant:  Psychopharmacy Residency Program Accreditation Application, American Society of Hospital Pharmacists, 1985.

Chairman:  Nominations Committee, Psychopharmacy Special Interest Group, American Society of Hospital Pharmacists, 1984-85.

Immediate Past Chairman:  Psychopharmacy Special Interest Group, American Society of Hospital Pharmacists, 1984-85.

Member Ex Officio:    Advisory Working Group (AWG) on Contemporary Practice, Psychopharmacy Special Interest Group, American Society of Hospital Pharmacists, 1984-85.

Member Ex Officio:  Advisory Working Group on Education, Psychopharmacy Special Interest Group, American Society of Hospital Pharmacists, 1984-85.

Chair:  Psychopharmacy Special Interest Group, American Society of Hospital Pharmacists, 1983-84.

Chair:  Ad Hoc Committee of American Society of Hospital Pharmacists Psychopharmacy Special Interest Group for Drafting Practice Standards for Clinical Pharmacy Specialists in Psychiatry, 1982-84.

Chair Designate:  Psychopharmacy Special Interest Group, American Society of Hospital Pharmacists, 1982-83.

Reviewer:  Pharmacy Services in Long-Term Care Facilities.  A project of the Council on Education and Manpower, American Society of Hospital Pharmacists, 1981.

Chairman: Contemporary Practice Working Group, Psychopharmacy Special Interest Group, American Society of Hospital Pharmacists,  1980-83.

Review Panelist:  Contributed Papers and Case Proposals, Midyear Clinical Meeting, American Society of Hospital Pharmacists, 1979 (6), 1982 (6).

Member:  Committee for the Accreditation of Specialty Residencies in Psychiatry. American Society of Hospital Pharmacists, 1979-80, 1980-81.

Member:  Communications Committee, Psychopharmacy Special Interest Group, American Society of Hospital Pharmacists, 1976-78.

Member:  Panel on Class Labeling System being developed for the Food and Drug Administration by the American Society of Hospital Pharmacists (Served as reviewer on Tricyclic Antidepressant monograph), 1976-77.

Member: Ad Hoc Steering Committee for the Formation of a Psychiatry Special Interest Group, American Society of Hospital Pharmacists, 1974-75.

Member:  Counter Task Force on Clinical Residencies, Mental Health Section, American Society of Hospital Pharmacists, 1974-75.

***American Association of Colleges of Pharmacy***

Member, Consulting Services Board, 2014 - present.

Chair Elect, Chair and Immediate Past Chair, Council of Deans, 2010-13.

Chair, Nominations Committee, Council of Deans, 2012-13.

Member, Membership Model Task Force, 2012.

Chair, Executive Vice President and CEO Evaluation Committee. 2011-12.

Member, AACP Investment Committee – 2012-13

Dean Facilitator, AACP Academic Leadership Fellows Program, 2007, 2013.

Mentor, AACP Academic Leadership Fellows Program, 2005-13.

Delegate, AACP House of Delegates, 1995 – present.

Member, AACP Strategic Planning Committee – 2011-13

Member, AACP Academic Affairs Committee, 2006-07.

Member, AACP/ACPE Joint Task Force on Assessment and Accreditation, 2002-02.

Member:  AACP Institutional Research Advisory Committee, 2001-03.

Chair:  Council of Faculties Business Session, American Association of Colleges of Pharmacy, Interim Meeting, Hilton Head, South Carolina, March 3, 1994.

Chair:  Workshop on Outcomes Assessment in Pharmaceutical Education, Joint Council of Deans/Council of Faculties Session, American Association of Colleges of Pharmacy, Interim Meeting, Hilton Head, South Carolina, February 27, 1994.

Chair:  Council of Faculties, American Association of Colleges of Pharmacy, 1993-94.

Chair:  Nominations Committee for AACP member of American Council of Pharmaceutical Education, 1993-94.

Chair:  Section of Teachers of Pharmacy Practice, Planning Commission, American Association of Colleges of Pharmacy, 1991-94.

Member:  AACP/IAC Subcommittee for the Development of a Pharmaceutical Industry Teaching Module. 1992-present.

Chair-elect:  Council of Faculties, American Association of Colleges of Pharmacy, 1992-93.

Chair: Quorum Committee, Council of Faculties, American Association of Colleges of Pharmacy, 1992-93.

Member:  Annual Meeting Program Planning Committee, American Association of Colleges of Pharmacy, 1992-94.

Member:  Interim Meeting Program Planning Committee, American Association of Colleges of Pharmacy, 1992-94.

Chair:  Planning Committee for Training Conference for Clinical Researchers in the Pharmaceutical Sciences.  Sponsored by the National Institute of Drug Abuse/American Association of Colleges of Pharmacy / American College of Clinical Pharmacy. Supported by NIDA's Initiative for Underrepresented Scholars in Drug Abuse Research Training Program.  Program held March 25-26 and October 19-20, 1992.

Member:  Section of Teachers of Pharmacy Practice, Planning Commission,  American Association of Colleges of Pharmacy, 1991-93.

Member:  Task Force on Faculty Models, Section of Teachers of Pharmacy Practice, American Association of Colleges of Pharmacy, 1990-91.

Chair:  Orientation of New and Aspiring Faculty Committee, Council of Faculties, American Association of Colleges of Pharmacy, 1988-89.

Member:  Nominations Committee for the American Association of Colleges of Pharmacy Section of Teachers of Pharmacy, 1988-89.

Panelist:  Young Investigator Program Competition, Pharmacy Practice Section, American Association of Colleges of Pharmacy, August 1988.

Reviewer:  Extramural Course in Pharmacotherapeutics for American Association of Colleges of Pharmacy's Curriculum Resources Consortium, October 28, 1987.

Secretary:  Council of Faculties, American Association of Colleges of Pharmacy, 1985-88.

Liaison:  University of Missouri-Kansas City Section of Teachers of Clinical Instruction, American Association of Colleges of Pharmacy, 1984-88.

Chair:  Standing Rules Committee of the Council of Faculties, American Association of College of Pharmacy, 1982-83.

Faculty Delegate:    Annual Meeting, American Association of Colleges of Pharmacy, Kansas City, Missouri, June 27-July 2, 1982.

Alternate Faculty Delegate:  Annual Meeting, American Association of Colleges of Pharmacy, Scottsdale, Arizona, June 1981.

Participant:  American Association of Colleges of Pharmacy, Lilly Invitational Conference on Communication Skills Competencies, Kansas City, Missouri, November 6, 1980.

Member:  Committee on Resources for Teaching Communications Skills in Pharmacy Schools, a Joint Effort of the American Association of Colleges of Pharmacy and Eli Lilly and Company, 1978-80.

29

Member:  Joint National Association of Boards of Pharmacy, American Association of Colleges of Pharmacy Committee to Develop The Internship Experience: A Manual for Pharmacy Preceptors and Interns, 1978-80, 1980-81.

Member:  Subcommittee for Clerkship/Externship, Academic Affairs Committee, American Association of Colleges of Pharmacy, 1978-79, 1979-80, 1980-81.

### *American Colleges of Clinical Pharmacy*

Reviewer:  Incidence and Onset of Clozapine-Induced Agranulocytosis, Leukipenia and Neutropenia in Singapore, ACCP Annual Meeting, 2012.

Reviewer:  Second Generation Antipsychotic Prescribing Patterns For Veterans With Posttraumatic Stress Disorder Over a Ten-Year-Period, 2012 ACCP Annual Meeting, 2012.

Reviewer:  Effects of Pharmacist Drug Regiment Reviews on Physicians' Compliance with Recommended Laboratory Monitoring Criteria for Psychotropic Medications at a State Supported Living Center, 2012 ACCP Virtual Poster Symposium and 2012 ACCP Annual Meeting, 2012.

Reviewer:  Factors Associated with Para-Suicidal Behavior Among Depressed Patients in Penang, Malaysia, 2012 ACCP Virtual Poster Symposium, 2012.

Reviewer:  American College of Clinical Pharmacy, Winter Practice and Research Forum Abstracts, 1991-00.

Reviewer:  American College of Clinical Pharmacy Focus on New Drugs.  1991.

Member:  Long Range Planning Committee, American College of Clinical Pharmacy, 1990-92.

Reviewer:  American College of Clinical Pharmacy Research Institute, Mead Johnson Research Award in CNS Pharmacotherapy, 1989.

Reviewer:  American College of Clinical Pharmacy Annual Meeting Abstracts, 1987-04.

Member:  Industrial Relations Committee, American College of Clinical Pharmacy, 1986-87.

### College of Psychiatric and Neurologic Pharmacists

Alabama Liaison for the College of Psychiatric and Neurologic Pharmacists, 2007-2010.

Strategic Planning Committee, 2008.

Founding Member, 1998.

Member, Nominations and Awards Committee, 1998-03.

Professional Activities (Other):

Member:  Alabama Statewide Area Health Education Centers Advisory Council, 2012 – present.

Chair:  Alabama Project:  Implementation of Statewide Diabetic Management Program. 2007-09.

Member:  Board of Directors for the Institute for Healthcare Leadership.  Columbus, Georgia.  2001 – 2003.

Pharmacy Think Tank Regarding Rural Health Access, Montgomery, Alabama, 2000.

Participant: State of Alabama Department of Public Health Asthma Prevention and Treatment Coalition, Montgomery, Alabama, 2000.

State of Alabama Department of Public Health Arthritis Prevention and Treatment Coalition, Montgomery, Alabama, 2000.

Rural Alabama and Mississippi Health Professional Training Consortium (The RAM Interdisciplinary Program) Advisory Council, Birmingham, Alabama, 1999-2000.

Chair:  Subcommittee to Develop Arthritis Training Module for Health Care Practitioners, Alabama Department of Public Health Arthritis Control Program.  2001

Member, Alabama Department of Pubic Health Healthy Alabama 2010, 1999-present.

Governor's Appointee:  Alabama Health Care Reform Task Force, 2001

Member, American Council on Pharmaceutical Education Accreditation Site Visit Evaluation Team.  1994, 1996, 1998, 2001, 2003.

Co-hosted, Southeastern Schools of Pharmacy Dean's Symposium, Montgomery, Alabama, June 4-6, 1996.

Member, Missouri-Pew Health Professions Partnership, 1993-94.

Member, Fellowship Advisory Committee, Marion Merrell Dow Inc., Pharmacoepidemiology and Health Economics Fellowships, 1992-93.

Member, Robert Woods Johnson Foundation Practice Sites:  State Primary Care Development Strategies Grant Application Steering Committee and Work Group, State of Missouri, Department of Public Health, 1992-93.

Member:  Drug Utilization Steering Committee, State of Missouri, Department of Social Services, 1988.

Judge for Resident presentations:  Midwest Residents Conference, Hyatt Regency Hotel, Kansas City, MO, April 29-30, 1988.

Workshop Leader:  Missouri Society of Hospital Pharmacists Conference on Clinical Pharmacy.  Osage Beach, MO, November 6-7, 1987.

Member, Investigational Review Board, Western Missouri Mental Health Center, 1984-91.

Member, Professional Review Committee, Department of Mental Health, State of Missouri. 1983-94

Member, Pharmacy and Therapeutics Committee, Western Missouri Mental Health Center, 1982-88.

Chair:  Task Force Report on Pharmacy Policy and Procedures in the State of Tennessee Mental Health Facilities, Department of Mental Health Resources, 1974.

Member:  Committee on Arrangements, Second Annual National Conference of Mental Health Pharmacists, Memphis, TN, June 6-7, 1974.

Professional Activities (Consulting):

Member, Murty Pharmaceuticals Advisory Board.  Lexington, KY, 1996.

Member, Janssen CNS Regional Advisory Forum. Chicago, IL, November 11, 1993.

Member:  CME National Advisory Board.  Pragmaton.  Chicago, IL, 1993.

Member:  National Advisory Committee:  Strategies for Applying Drug Use Review (DUR) in a Medicaid Population.  Center On Drugs & Public Policy, University of Maryland, Baltimore, MD, 1992-93.

Member:  The Economic Costs of Anxiety Disorders Committee.  Institute for Behavior and Health, Inc., Rockville, MD, 1992-93.

Panel Member:  Development, Applicability and Consensus Approval of Drug Use Criteria for Alprazolam.  Office of Professional Programs, Philadelphia College of Pharmacy and Science.  Philadelphia, PN, October 8-9, 1991.

Member: The Committee For Responsible Use of Psychiatric Medication. September, 1990-92.

Member:  Continental Healthcare Systems, Inc. Advisory Board.  Kansas City, MO, 1989-date.

Consultant:  Comprehensive Mental Health Services.  Independence, MO, 1989-to date.

Thesis Committee Consultant: Cheryl A. Burlett, M.S. Candidate, Department of Pharmacy Practice, University of Kansas, Medication Non-Compliance Among Psychiatric Patients--An Inability or Unwillingness to Comply,  1988-90.

Consultant: Haldol® Patent Expiration Task Force.  McNeil Laboratories, Spring House, Pennsylvania, April 7, 1986.

Consultant: Preparation of GAPS grant entitled, Development of Effective Tools to Increase Minority Awareness of Pharmacy as a Career Choice.  University of Missouri-Kansas City School of Pharmacy.  Grant funded 1986.

Pharmacy Consultant in Mock Medicare Certification Survey for Western Missouri Mental Health Center.

Consultant: Pharmacokinetic Principles of Generic Substitution for Psychotropic Agents. Sandoz Pharmaceuticals.  Topeka, Kansas, May 8, 1985; Jefferson City, MO, December 1984; Little Rock, AK, June 22, 1984; Denver, CO, January 23, 1986.

Member: Professional Advisory Council, Home Health Care of St. Luke's, Inc., Kansas City, MO, 1985-1987.

Consultant: Region VII Clinical Advisory Network, Region VII, U.S. Public Health Service, Department of Health & Human Services. 1983-1984.  Clinical Pharmacy Consultant to St. Joseph State Hospital, St. Joseph, MO.

Clinical Pharmacy Consultant to Prairie View Mental Health Center, Newton, KS. Evaluation of need to establish clinical pharmacy programs, 1981.

University of Minnesota College of Pharmacy,  Evaluation of Proposed Community Pharmacy Clerkship Program.  February 1980.

Consultant: Medicare Surveyor, Public Health Service, ADAMHA, NIMH, Division Branch of Mental Health Service.

Member: State of Tennessee Drug Contracts Awards Board.

List of medico-legal consultations and expert witness services is available on request.

Publications:

Cain J, Campbell T, Brennan Congdon H, Hancock K, Kaun M, Lockman P, Evans RL. Pharmacy Student Debt and Return on Investment of a Pharmacy Education. Am J Pharm Educ. 2014: Volume 78, Issue 1, Article 5.

Braxton-Lloyd, K, Evans, RL. Reimbursement model for pharmacist-directed medication therapy management. J Am Pharm Assoc. 2012;52:161-169. doi: 10.1331/JAPhA.2012.11228

Duncan-Hewitt W, Jungnickel P, Evans RL.  Development of an office of teaching, learning and assessment in a pharmacy school.  Am J Pharm Educ. 2007;71(2):Article 35.

Lloyd KB. Thrower RM, Walters NB, Krueger KP, Stamm PL, Evans RL. Implementation of a weight management pharmaceutical care service.  Ann Pharmacother  2007 Feb ;41(2):185-192. Epub 2007 Feb 6. (DOI 10.1345/aph.1E466)

Evans RL. Patient-Centered Therapy Can Improve Health Care, Reduce Cost. Birmingham News, June 27, 2004.

Evans RL.  Health care costs can be contained through patient-centered therapy. Published in:  AU Report, Auburn University, 2004 May 37(18):2.

Stadler H., Evans RL., Beck D, Krueger J. et al. Innovative strategies for community-based learning at Auburn University. Published in:  Learner-Centered Universities for the New Millenium, Rand Afrikans University, Johannesburg, South Africa, July 2001.

Beck DE and other members of Outcomes Assessment Committee.  Implementation of a pharmacy school continuous quality improvement program: Phase III Curricula Outcomes Assessment Using Milestone Exams, American Journal of Pharmaceutical Education, 63 (Winter Suppl), 82S (1999).

Beck, DE, Evans RL, Anderson-Harper H, Smith R.  Curriculum work groupl the Auburn Pharm.D. curriculum; year one implementation and vision.  American Journal of Pharmacy Education 1997;61:103S.

Evans RL, Stoner SC, Bailey L, Sommi RW, Marken PA.  Clinical response or refractory schizophrenic patients exposed to optimal antipsychotic serum concentrations. International Pharmaceutical Abstracts 1996 Nov; 33(21):2314.

Evans RL.  Will Mentoring Undergraduates Inhibit Society Abandonment? Auburn Horizon, the Newsletter for Higher Education Issues, Auburn University, March/April 1996.

Marken PA, McCrary K, Lacombe S, Sommi RW, Evans RL. et al.  Preliminary comparison of the predictive and empiric lithium dosing:  impact on patient outcome. The Annals of Pharmacotherapy.  1994 Nov;28:1148-1152.

Evans RL.  Counseling the anxiety patient:  aspects in providing pharmaceutical care. Drug Store News.

Evans RL.  Yellow brick road to pharmacy education's success. American Journal of Pharmaceutical Education. 1994;58(3):352.

Evans RL.  Redefining Scholarship:  Is it a Faculty Responsibility.  American Journal of Pharmacuetical Education 1994;58:238-241.

Evans RL.  Achieving the master performance:  pharmacy education becoming symphonic.  Accepted American Journal of Pharmaceutical Education, Spring 1994.

Evans RL.  Academe defrosting:  reflections of the chair.  American Journal of Pharmaceutical Education 1993;57:443-444.

Marken PA, Evans RL.  A survey of psychopharmacy curriculum and faculty at schools of pharmacy.  American Journal of Pharmaceutical Education 1993;57:330-332.

Evans RL.  Alprazolam-SR: A pharmacokinetic review.  Psychiatric Annals, 1993; Oct Supl:8-13.

Rice CD, Pierce C, Evans RL.  Awareness of precautions to dental treatment in patients with mitral valve prolapse.  General Dentistry 1994;42: 77-78.

Evans RL, Magarian EO, Meyer SM, Smith GH, Zanowiak P.  Academic life:  a guide for prospective faculty.  American Association of Colleges of Pharmacy.  1990.

Antal EJ, Grasela TH, Ereshefsky L, Wells BG, Evans RL, Smith RB.  A multi-center study to evaluate the pharmacokinetic and clinical interactions between alprazolam and imipramine.  Journal of Pharmacokinetics and Biopharmaceutics 1991;19:93S-100S.

Sommi RW, Evans RL, Stanislav SW.  The growth of psychopharmacy. Journal of the American Society of Hospital Pharmacists 1991;48:(6):1185-1189.

Evans RL, Sommi RW, Marken TA. Social issues surrounding benzodiazepine use. Healthways Communications, Inc., Elizabeth, New Jersey, 1991.

Evans RL, Nelson MV, Melethil SK.  Evaluation of the potential pharmacokinetic interaction of lithium and alprazolam.  J. Clin. Psychopharmacology 1990;10:355-359.

Evans RL.  Book Review: Appleton WS.  Practical Clinical Psychopharmacology, Baltimore, Williams and Williams, 1988.  Clinical Pharmacy 1989;8:455-56.

Hemstrom CA, Evans RL, Lobeck FG.  Haloperidol decanoate: a depot antipsychotic. Drug Intell Clin Pharm 1988;22:290-5.

Bailey L, Evans RL.  Antipsychotic Agents.  Pharmat Inc., Lawrence, KS.  1988.

Nelson MV, Tutag-Lehr V, Evans RL.  Elevations in thyroid-stimulating hormone in normal subjects after receiving short-term lithium carbonate.  Drug Intell Clin Pharm March 1988;22:202-4.

Evans RL.  A pharmacokinetic profile of hypnotics.  In Ermam MK.  Insomnia:  issues and insights in the 80's.  Hospital Practice 1988;23:15-19.

Wells BG, Evans RL, Ereshefsky L, et al.  Clinical outcome and adverse effect profile associated with concurrent administration of alprazolam and imipramine.  Journal of Clinical Psychiatry 1988;49:394-399.

Evans RL.  Minutes of the council of faculties business meeting: July 13, 1987, Charleston, SC.  American Journal of Pharmaceutical Education 1987;51:473.

Lobeck F, Nelson MV, Evans RL, Hornstra RK.  A comparison of four methods of dosing lithium.  Clinical Pharmacy 1987;6:230-233.

Grasela TH, Antal EJ, Ereshefsky L, Evans RL, Wells BG, Smith RB.  An evaluation of population pharmacokinetics in therapeutic trials.  Part II. Detection of a drug-drug interaction.  Clinical Pharmacology and Therapeutics 1987;42:433-41.

Evans RL.  Selecting a benzodiazepine hypnotic.  Hospital Therapy Mar 1986;67-75.

Lobeck F, Evans RL.  Haloperidol concentrations in an elderly patient with moderate chronic renal failure.  Journal of Geriatric Drug Therapy 1986; 1(2):91-97.

Evans RL.  The psychiatric patient: factors that influence compliance with outpatient therapy.  Patient Counseling in Community Pharmacy 1985;4:3-8.

Evans RL, Richart N.  Psychiatric disorders.  In: Wiener MB et al. (eds.), Clinical Pharmacology and Therapeutics in Nursing, 2nd ed.  New York: McGraw-Hill, 1985.

Erman MK, Evans RL, Kroboth PD.  A pharmacokinetic profile of hypnotics:  clinical perspectives for hospital pharmacists.  Monograph developed from a Symposium conducted by Pragmaton Publication, Arlington Heights, IL.  The Upjohn Company, 1984.

Erman MK, Kroboth PD, Evans RL.  Insomnia in hospitalized patients: clinical perspectives for nurses.  Monograph developed from Drug Therapy for Insomnia in Hospitalized Patients Symposium conducted by Pragmaton Publications, Arlington Heights, IL.  The Upjohn Company, June 1984.

Evans RL, Khalid S, Kinney JL.  Antimalarial psychosis revisited.  Archives of Dermatology June 1984;120:765-767.

Evans RL, Kinney JL.  Toxicities of amoxapine (letter to the editor).  Clinical Pharmacy 1983;2:108.

Kinney JL, Evans RL.  Evaluation of amoxapine--a new tricyclic antidepressant.  Clinical Pharmacy 1982;1:417-424.

Evans RL.  Alprazolam.  Drug intelligence and clinical pharmacy 1981;15:633-638.

Evans RL.  Case studies in psychiatry.  Statewide Pharmacy Seminars.  Department of Continuing Education, School of Pharmacy, University of Missouri-Kansas City, 1980.

Evans RL.  Book Review:  Johnson FN, Handbook of lithium therapy.  Baltimore: University Park Press, 1980.  American Journal of Pharmaceutical Education 1980;44:446-447.

Evans RL, Richart N.  Psychiatric disorders.  In: Wiener MB et al. (eds.), Clinical pharmacology and therapeutics in nursing.  New York: McGraw-Hill 1980.

Evans RL.  Community care clerkships: the Kansas City experience.  In: Proceedings of the 53rd Annual Joint Meeting of the National Association of Boards of Pharmacy and the American Association of Colleges of Pharmacy, St. Louis, MO, October 1978.

Evans RL.  Development of student communication skills: a current happening.  In: Proceedings of the 52nd Annual Meeting of the American Association of Colleges of Pharmacy and the National Association of Boards of Pharmacy, District Six Meeting, Kansas City, MO, October 9, 1977.

Evans RL.  Tools for monitoring psychotropic drug therapy.  Voices-77, Journal of the American Society of Hospital Pharmacists 1977;7(10).

Brown WM, Gumbhir AK, Evans RL, Williams S, Jamison ML.  A manual for the development of clinical pharmacy practice models in community pharmacies.  School of Pharmacy, University of Missouri-Kansas City, January 1977.

Evans RL, Kirk RF, Walker PW, Rosenbluth SA, McDonald J.  Medication maintenance of mentally ill patients by a pharmacist in a community setting.  American Journal of Hospital Pharmacy 1976;33:635-38.

Evans RL.  Patient monitoring and consultation workbook for self-study learning package.  School of Pharmacy, University of Missouri-Kansas City, and School of Pharmacy Component, Western Missouri Area Health Education Center, June 1976.

Evans RL.  How pharmacy interfaces with mental health.  Proceedings of the Third Annual National Conference for Mental Health Pharmacists, Gainesville, FL, June, 1975.

Evans RL.  Community pharmacy-based medication maintenance.  Proceedings of the National Conference for Mental Health Pharmacists,  University of Georgia, Division of Pharmaceutical Services, Athens, GA, 1974.

Coleman JH, Evans RL, Rosenbluth SA.  Extended clinical roles for the pharmacist in psychiatric care.  American Journal of Hospital Pharmacy 1973;30:1143-1146.

Grants and Contracts:

Braxton-Lloyd, Kimberly (Principal), Evans, R (Supporting), "Development and Implementation of the Alabama State Wellness Center," Sponsored by State Employee Insurance Board (SEIB), Alabama State Funding (only agencies from the State of Alabama such as ADECA or ALDOT), $815,140.00. (June 2010 - Present).

Braxton-Lloyd, Kimberly (Supporting), Evans, R (Supporting), Veal, Don (Principal), Agrawal, Prathima (Supporting), Cook, Royrickers (Co-Principal), "Auburn University

Rural Broadband Initiative," Sponsored by U.S. Department of Commerce, Federal, $4,600,000.00. (July 2010 - December 2012).

Alabama Department of Public Health and Centers for Disease Control and Prevention CHEMPACK Grant, 2004, $3,000.

Development of a Comprehensive Ability-Based Outcomes Curriculum Using a Consortium Model.  FIPSE, U.S. Department of Education, 1998.  $179,360. (not funded.)

Southwest Alabama Area Health Education Center, Bureau of Health Manpower, Division of Medicine of the United States Public Health Services.  (Participant).  1995-1998.

Preparing Pharmacy Graduates to Change Agents as the Profession Transitions to new Professional Business Environments.  (Co-investigator) Evans RL.  The Procter & Gamble.  1998, $455,272. (not funded.)

Auburn Center for Rural Development:  Building a Sustainable Economy through Integration, Application, and Connection. (Investigator), Evans RL, USDA.  1997.  (not funded.)

Development of the office of pharmaceutical care.  (Co-Investigator),  Evans RL, Brown W, Euler M, Fritsch M, Guy MB, Marken PA, Smith D.  Glaxo Pharmaceuticals, 1994, $419,591.

Pharmaceutical care practice model for senior adults. John W. and Effie E. Speas Memorial Trust.  (Co-Investigator) Evans RL, Euler, Marken PA, Fritsch M, Brown W, Sommi RW , 1993, $23,000.

A multicenter, double-blind, placebo-controlled parallel group dose ranging study to evaluate the efficacy, safety and tolerability of a new antipsychotic in the treatment of acute schizophrenia.  (Co-Investigator)  Sommi RW, Anya I, Munro S, Marken PA, Switzer J, Schneiderhan ME, and Evans RL.  Boots Pharmaceuticals, 1993, $145,215.

An optional, multicenter, open label, long-term study to evaluate the efficacy and safety of an investigational antipsychotic in fixed doses in the treatment of schizophrenia.  (Co-Investigator), Sommi RW, Anya I, Munro S, Marken PA, Switzer J, Schneiderhan ME, and Evans RL., Boots Pharmaceuticals, 1993, $166,320.

Curricular quality management:  developing a strategy for assessing educational outcomes to drive curricular reform.  (Co-Investigator), Sommi RW, Marken PA, Evans RL.  American Association of Colleges of Pharmacy Grant Award for Pharmacy Schools, 1993, $32,661. (Approved not funded.)

Pharmaceutical care practice model for senior adults. John W. and Effie E. Speas Memorial Trust.  (Co-Investigator), 1993, $23,000.

Haldol® concentrations and ADRs in black vs. white schizophrenics.  Research Institute of the American College of Clinical Pharmacy.  (Co-Investigator) 1993 (not funded.)

Increasing senior citizen awareness of pharmaceutical care.  University Associates, University of Missouri-Kansas City.  (Co-Investigator and Coordinator), 1992-93, $20,000.

Provisions for a drug information pharmacist.  Veterans Administration Medical Center-Kansas City.  (Co-Principle Investigator), 1991- 94, $25,430.

Evaluation of national DUE criteria for alprazolam.  Office of Professional Programs, Philadelphia College of Pharmacy and Science.  (Co-Principal Investigator), 1992, $2,000.

Evaluation of a new antianxiety medication in the elderly.  Sandoz Pharmaceuticals. (Co-Investigator), 1992, $113,000, (Contract Study).

A prospective, multicenter, open-label study of the long-term safety of an investigational antianxiety agent in outpatients with generalized anxiety disorder.  International Clinical Research Consortium.  (Co-Investigator), 1992, $80,000, (Contract Study).

A double-blind randomized comparison of buspirone, propranolol and placebo in the management of chronic aggression.  American Society of Hospital Pharmacists Research and Education Foundation.  (Co-Investigator) 1991 (not funded.)

Awareness of precautions to dental treatment in patients with mitral valve prolapse. University of Missouri-Kansas City, School of Dentistry.  Co-principal investigator, 1991.

Guidebook on the management of dysfunctional behaviors in the nursing home elderly: focus on pharmacological and nonpharmacological methods.  Department of Mental Health, State of Missouri.  (Co-Investigator), 1992, $7895.

University of Missouri-Kansas City community partnerships with health professions education.  W.K. Kellogg Foundation. $7.2 million. (Co-Principle Investigator) (not funded.)

A multidisciplinary approach to teaching.  Public Health Service Model Education Grant Program.  $143,000.00 (Yr 1), $126,000.00 (Yr 2).  (Co-Principal investigator) (not funded.)

Drug information services contract. Truman Medical Center, (Co-Investigator) 1990-ongoing, $18,500.

Contract to provide Clinical Coordinator for Department of Pharmacy at Western Missouri Mental Health Center.  (Co-Investigator)  1989-93,  $14,400.

A single blind comparison of pharmacokinetic and empiric lithium dosing methods: effects on clinical course of acute mania.  Faculty Research Grant Award, University of Missouri-Kansas City.  (Investigator)  1989, $3,990.

A placebo controlled dose response study of ci-943 in hospitalized chronic schizophrenic patients in acute exacerbation.  Parke Davis Pharmaceutical Company.  (Co-principal investigator) 1989, $114,313 (Contract Study).

An open-label study of ci-943 in chronic schizophrenic patients.  Parke Davis Pharmaceutical Company.  (Co-Principal investigator)  1989, $117,767 (Contract Study).

Evaluation of the effect of alprazolam on mitral valve prolapse patients exhibiting arrhythmias and panic disorder symptoms.  Mid-America Cardiology Associates Foundation.  (Co-Principle Investigator)  1987, $15,000 (Protocol designed and written by Co-Principle Investigators).

Assessment of clinical response of the recalcitrant schizophrenic patients exposed to optimal antipsychotic serum levels. Weldon Spring Grant. (Principal Investigator)  1986, $18,780.

Empiric dosing versus a mathematical dosing method for lithium: examination of dosing accuracy and patient outcome.  Faculty Research Grant Award, (Principal investigator) 1985, $3,000.

Assessment of pharmaceutical services in Missouri's mental health facilities.  State of Missouri Department of Health.  Study Completed.  (Co-principal Investigator)  1984, $30,000.

Grant in support of Western Missouri Mental Health Center/University of Missouri-Kansas City psychopharmacy residency/fellowship research and education programs, The Upjohn Company, 1984, $5,000.

Evaluation of the potential pharmacokinetic interaction of lithium and alprazolam.  The Upjohn Company.  Study Completed.  (Principal Investigator)  1983-84, $20,000 (Protocol written by principal investigator).

A multicenter study to evaluate the pharmacokinetic and clinical interaction between alprazolam and imipramine.  The Upjohn Company.  Study completed.  (Principal Investigator)  1983-84, $10,000 (Multicenter concept initiated by PI; protocol written by PI).

Double-blind placebo-controlled comparison of the antidepressant effects of indalpine and imipramine in depressed outpatients.  Kendle Research Associates.  Drug withdrawn from trial, June 1984.  (Principal Investigator)  1983-1985, $59,000 (Contract study).

Double-blind comparison of the long-term safety and efficacy of WHR-2520 (indalpine) and imipramine in depressed outpatients.  Kendle Research
Associates.  (Drug withdrawn from trial, June 1984.)  (Principal Investigator)  1983-1985, $29,000 (Contract study).

Community pharmacy - clinical pharmacy practice models project.  U.S. Department of Health, Education, and Welfare.  (Assistant Project Director) 1975-78.

Public health service grant MH-13694.  National Institute of Mental Health.  Extended Pharmacy Roles in Psychiatric Care, University of Tennessee, College of Pharmacy, Memphis, Tennessee.  (Investigator).  1972-74.

Public health service grant MH-12306.  National Institute of Mental Health.  A multidisciplinary role for a health professional, University of Tennessee, College of Pharmacy.  (Investigator)  1971-74.

Honors:

Saklad Memorial Lecture Award awarded by the College of Psychiatric and Neurologic Pharmacists, May 2002.

Pharmacy Leadership Society, Phi Lamda Sigma, University of Missouri-Kansas City, March 1994.

Fellow of American Society of Hospital Pharmacists, March 1993.

Thomas Garrison Award for Outstanding Contribution to Hospital Pharmacy.  Awarded by the Missouri Society of Hospital Pharmacists, Research and Education Foundation, Kansas City, Missouri, May 7, 1992.

Invited Participant:  Conference on the Social and Economic Costs of Anxiety Disorders in the United States.  Hosted by the Institute for Behavior & Health, Inc., Rockville, Maryland, June 11-12, 1992.

Recipient of Missouri Society of Hospital Pharmacists Research and Education Foundation Upjohn Poster Award. Missouri Society of Hospital Pharmacists Spring Meeting, St. Louis, Missouri, May 9, 1991.

Named as a member of American Council on Pharmaceutical Education Evaluation Team, March 1990.

Recommend by APhA as member of JCAHO's clinical indicator panel.  April 19, 1988.

Selected as member of Mead Johnson's Visiting Faculty Program, 1987-89.

Awarded Certificate of Recognition for Conducting Training and Sharing Professional Expertise.  Western Missouri Mental Health Center August 28, 1986.

University of Kansas City Faculty Fellow, 1985-86.

Recommended as possible Candidate for Office of President of American Society of Hospital Pharmacists, 1985, 1986.

Outstanding Young Men of America, 1983.

Recipient, Innovative Teaching Award, University of Missouri-Kansas City, School of Pharmacy Foundation, 1977-78.

Programs Undertaken to Improve Competency:

Facilitator:  American Association of Colleges of Pharmacy, Academic Leadership Fellowship Program, 2007-08, 2012-13.

Attended:  Accreditation Council for Pharmacy Education Site visit training. Chicago, IL, April 7-8, 2008.

Evans RL.  Sexual Harassment in Higher Education, The Current Sate of the Law Workshop.  Auburn University Hotel & Conference Center, Auburn, AL, April 8, 1999.

Evans RL.  Legal Trends in High Education Workshop.  Auburn University Hotel and Conference Center, Auburn, AL, March 17, 1999.

Auburn University Training and Development Courses: Interpersonal Communication; How to Meet the Media; Listening, Seven Habits; and Thinking Outside the Lines.1999-2000.

Attended:  Alabama Pharmacy Association Annual Meeting, 1994-2013.

Attended:  National Supermarket Pharmacy Conference, Phoenix, Arizona, April 2000.

Attended:  APA Mid-Winter Conference, Auburn, Alabama, February 2000-2014.

Attended:  Technology Bootcamp I, Auburn University School of Pharmacy, September 1999.

Attended:  Annual International Meeting of the College of Psychiatric & Neurological Pharmacists, 1999, 2003-2008, 2009, 2014.

Attended:  American Association of Colleges of Pharmacy Interim Meetings, 1990, and 1992-2014.

Attended:  American Pharmacists Association Annual Meeting, 1997-2005, 2007, 2008, 2009, 2013.

Attended:  American Association of Colleges of Pharmacy Annual Meetings, 1973-1979 and 1981-2013

Attended:  NACDS Annual Meeting, 1998, 2000-2014

Membership:  Organizational Systems: A Conference on Authority, Role, and Task. Sponsored by the Central States Center of the A.K. Rice Institute and the University of

Missouri, March 1-3, 1985; March 7-9, 1986; February 27-28, March 1, 1987; February 12-14, 1988; March 12-14, 1993, March, 1998.

Attended:  NABP/AACP District III Meeting, 1994-2013.

Attended:  Academic Leadership Institute.  AACP/Glaxo Wellcome. Durham, NC, February 22-26, 1998.

Attended:  Responsibility Centered Management:  Indiana University Experience. Auburn University Hotel and Conference Center, Auburn, AL, January 16, 1998.

Attended:  AACP/Glaxo New Dean's Leadership Institute, R. David Thomas Center, Duke University Conference, Durham, NC, January 31-February 4, 1993, 1997.

American Society of Hospital Pharmacists Midyear Clinical Meeting, 1971-1987 and 1989-2002, 2004, 2007-2009, 2011, 2013.

Attended:  CASE Conference:  Major Gift Fund Raising for Deans, Washington, DC, January 23-24, 1996.

Attended:  Stephen Covey Workshop:  Putting First Things First.  Kansas City, MO, March 8, 1994.

Attended:  Academic Management Symposium, The Case Method in Pharmaceutical Education, American Association of Colleges of Pharmacy, Hilton Head, SC, February 24-26, 1994.

Attended:  University of Missouri-Kansas City School of Pharmacy Alumni Conference, Kansas City, MO, 1987, 1989, 1991, 1992, 1993.

Attended:  Facilitators' Meeting for the PHARMACISTS-PATIENT CONSULTATION PROGRAM-UNIT 2:  How to Counsel Patients in Challenging Situations.  Chantilly, VA, September 29-October 1, 1993.

Attended:  Academic Management Symposium, The 7 Habits of Highly Effective People.  AACP Interim Meeting, Washington, D.C., March 3-5. 1993.

Attended:  New Clinical Drug Evaluation Unit (NCDEU) Annual Meeting.  Sponsored by the National Institute of Mental Health, Pharmacologic and Somatic Treatments Research Consortium, 1984, 1986, 1988, 1989, 1992.

Attended: Effective Business Writing, University of Missouri-Kansas City, Kansas City, MO, October 22, 1992.

Attended:  Kansas/Missouri Society of Hospital Pharmacists Joint Meeting, Kansas City, MO, 1988, 1989, 1991, 1992.

Attended:  A. K. Rice Institute, Scientific Meeting. St. Louis, MO, May 31-June 3, 1991.

Attended:  Biannual Conference for Department Chairpersons and Directors, University of Missouri, Lake Ozark, MO, October 12-13, 1991.

Attended:  Meeting of Pharmacy Practice Chairs, sponsored by the American Association of Colleges of Pharmacy and held at the American Society of Hospital Pharmacists Midyear Clinical Meeting, Las Vegas, NV, December 2, 1990.

Attended:  ICI/AACP The Changing Face of Pharmaceutical Education.  Carlsbad CA, June 21-24, 1990.

Attended:  Enhancing Executive Leadership in Schools of Pharmacy, Part III, sponsored by American Association of Colleges of Pharmacy, Monterey, California, February 15-17, 1990.

Trainee in Psychotherapy, 1985-1989.

Attended:  Midwestern Conference of Residents, 1986, 1988, 1989.

Participated on Advanced Training Staff:  Organizational Systems; A Conference on Authority, Role and Task. Sponsored by A.K. Rice Institute and the University of Missouri, Columbia, MO, March 31, April 1-2, 1989.

Attended:  Enhancing Executive Leadership in Schools of Pharmacy, Part II, sponsored by American Association of Colleges of Pharmacy, Danna Point, CA, March 2-5, 1989.

Attended:  Visiting Faculty Program in Psychiatry sponsored by Mead Johnson Pharmaceuticals, Scottsdale, AZ, March 9-12, 1989, March 3-6, 1988.

Attended:  National Science Foundation Presentation, University of Missouri-Kansas City, April 7, 1988.

Attended:  KRCE Workshop: Creativity and Teaching, Rockhurst College, March 2, 1988.

Attended:  Enhancing Executive Leadership in Schools of Pharmacy, Part I, sponsored by American Association of Colleges of Pharmacy, San Diego, CA, February 18-20, 1988.

Organized and participated in:  A Preconference A.K. Rice Institute Workshop for University of Missouri-Kansas City School of Pharmacy Faculty.  Kansas City, MO, January 30, 1988.

Attended:  Missouri Society of Hospital Pharmacists Conference on Clinical Pharmacy, Osage Beach, MO, November 6-7, 1987.

Attended:  University of Missouri Leadership Conference for Academic Administrators. Gravois Mills, MO, October 4-6, 1987.

Participated:  Pharmacy Faculty Visitation Program, Sandoz Pharmaceuticals, East Hanover, NJ, June 22-July 3, 1986.  Sponsored by the Pharmaceutical Manufacturers Association.

Attended:  American Psychiatric Association Annual Meeting, Washington, D.C. May 12, 1986.

Attended:  Patient Education in the Primary Care Setting Fifth Annual Conference, Kansas City, MO, September 1982.

<u>Service to the Community</u> (Selected):

Member:  Auburn Rotary Club, Auburn, Alabama, 1995- present.

Evans, RL. Drug Related Problems:  A U.S. Crisis.  Auburn Rotary Club, April 13, 2001. Invited.

Speaker:  Cherokee County Auburn Club, Centre, Alabama, May 16, 2000.

Speaker:  McIntosh Area Auburn Club Griffin, Georgia Spring BBQ, 1998.

Speaker:  Montgomery Rotary, April 1, 1998.

Speaker:  Auburn Club Meeting, Oxford, Alabama.  June 17, 1996.

Academic Representative, Calhoun-Cleburne Counties Auburn Club Spring Banquet, 1996.

Interview with WDAF-TV (NBC) Midday, Responsible Use of Psychiatric Medications, June 13, 1991.

Interview with-TV K.C. Spotlight, Responsible Use of Psychiatric Medications, Kansas City, MO, May 15, 1991.

Interview with KUSA-TV4, Colorado Today, Responsible Use of Psychiatric Medications, Denver, CO, April 16, 1991.

Interview with KMBC-TV 9 on Light Therapy, February 2, 1988.

Interview with Bob Werley for KMBC-TV 9.  Discussion concerning ongoing research, Assessment of Clinical Response of the Recalcitrant Schizophrenic Patients Exposed to Optimal Antipsychotic Serum Level, February 5, 1987.

Interview with Maria Antonio for KMBC-TV 9.  Dangers of 'Crack' Use, June 1986.

Interview with Bob Werley for KMBC-TV 9.  Pharmacy Ethics, Drug Profiles and Choosing a Pharmacist, October 18, 1985.

Interview with Bob Werley for KMBC-TV 9.  Kiddie Drugs and Their Hazards, 1984.

*Revised April 2014*