**Exhibit D**

```
                         IN THE CIRCUIT COURT OF THE
                         SECOND JUDICIAL CIRCUIT, IN
                         AND FOR JEFFERSON COUNTY, FLORIDA


                         CASE NO.  1992-CF-22


STATE OF FLORIDA


vs.


PAUL AUGUSTUS HOWELL,

    Defendant.
_____/

         VOLUME II - Pages 134 thru 199


PROCEEDINGS:       EVIDENTIARY HEARING

BEFORE:            THE HONORABLE ANGELA C. DEMPSEY

DATE:              February 11, 2014

TIME:              Commencing at 10:40 a.m.
                   Concluding at 12:15 p.m.

LOCATION:          Leon County Courthouse
                   Tallahassee, Florida

REPORTED BY:       Eugenia B. Lawrence, RPR
                   Official Court Reporter


                   Eugenia B. Lawrence, RPR
                    Official Court Reporter
```

```
          Leon County Courthouse, Room 341
               Tallahassee, FL   32301
```

```
 1                         APPEARANCES

 2   REPRESENTING THE STATE:

 3           CHARMAINE MARY MILLSAPS, ASSISTANT ATTORNEY GENERAL
             CAROLYN SNURKOWSKI, ASSOCIATE DEPUTY ATTORNEY GENERAL
 4           OFFICE OF THE ATTORNEY GENERAL
             STATE OF FLORIDA
 5           PL-01, THE CAPITOL
             TALLAHASSEE, FLORIDA   32399-1050
 6
             EDDIE EVANS, ASSISTANT STATE ATTORNEY
 7           OFFICE OF THE STATE ATTORNEY
             LEON COUNTY COURTHOUSE, SUITE 475
 8           301 SOUTH MONROE STREET
             TALLAHASSEE, FLORIDA   32301
 9
             MITCHELL D. BISHOP, ASSISTANT ATTORNEY GENERAL
10           OFFICE OF THE GENERAL COUNSEL
             444 SEABREEZE BOULEVARD, SUITE 500
11           DAYTONA BEACH, FLORIDA    32118

12   REPRESENTING THE DEFENDANT:

13           SONYA RUDENSTINE, ATTORNEY AT LAW
             2531 NW 41ST STREET, SUITE E
14           GAINESVILLE, FLORIDA   32606

15           MARA V. J. SENN, ATTORNEY AT LAW
             ARNOLD & PORTER
16           555 TWELFTH STREET, NW
             WASHINGTON, DC 20004-1206
17

18           MICHAEL TYE, ATTORNEY AT LAW
             ARNOLD & PORTER
19           555 TWELFTH STREET, NW
             WASHINGTON, DC 20004-1206
20
             MICHAEL UFFERMAN, ATTORNEY AT LAW
21           MICHAEL UFFERMAN LAW FIRM
             2022-1 RAYMOND DIEHL ROAD
22           TALLAHASSEE, FLORIDA   32308

23

24

25
```

```
 1                             INDEX

 2
    WITNESSES:                                              PAGE:
 3

 4  ROSWELL LEE EVANS, JR.

 5       Direct Examination By Mr. Bishop                   142
         Cross Examination By Ms. Senn                      149
 6       Redirect Examination By Mr. Bishop                 164

 7  DAVID LUBARSKY

 8       Direct Examination By Ms. Rudenstine               170
         Cross Examination By Mr. Bishop                    172
 9

10  TIMOTHY HAMILTON CANNON

11       Direct Examination By Mr. Evans                    175
         Cross Examination By Mr. Tye                       177
12       Redirect Examination By Mr. Evans                  195

13  STATE'S EXHIBIT:

14  1                                                       143

15

16  Certificate of Reporter                                 199

17

18

19

20

21

22

23

24

25
```

1  from September 9, 2013?

2  A    Yes, I have.

3  Q    It calls for 500 milligrams of midazolam to be
4  administered to the subject in the initial drug of the three
5  drug protocol; is that accurate?

6  A    That's true.

7  Q    What would be the effect of that dosage of midazolam
8  on the inmate?

9  A    Well, that's a toxic dose. It is not a therapeutic
10 dose. It would induce a comatose state in an individual with
11 all the sequelae of that state, including difficulties with
12 respiration, perhaps respiratory arrest. It would simply
13 cause a person not to be able to sense his environment, is
14 primarily the kind of effects that the drug will cause at that
15 dose.

16 Q    How long would it take to render -- how long would
17 it take for the midazolam to take effect?

18 A    It begins to have an effect almost immediately, peak
19 effects from the drug within ten minutes, and rendering
20 someone comatose probably much quicker than that.

21 Q    At that point, once it's taken effect and rendered
22 the subject comatose, would the subject be able to perceive
23 pain?

24 A    No. By definition, if you're in a coma, you're not
25 able to perceive pain.