**Exhibit G**

MONTANA FIRST JUDICIAL DISTRICT COURT
LEWIS AND CLARK COUNTY
_____

RONALD ALLEN SMITH and
WILLIAM GOLLEHON,

    Plaintiffs,

vs.                                      CASE NO.: BDV-2008-303

STATE OF MONTANA,
DEPARTMENT OF CORRECTIONS;
DIRECTOR MIKE BATISTA,
WARDEN LEROY KIRKEGARD, and
JOHN DOES 1-20,

    Defendants.
_____/

        Deposition of **DR. ROSWELL LEE EVANS** was taken before Patrick R. Miller, Certified Court Reporter, No.: 2037 and Certified Shorthand Reporter, as Commissioner, on Friday, April 24, 2015, commencing at approximately 9:00 a.m., at the Auburn University Harrison School of Pharmacy, 2316 Walker Building, Auburn, Alabama, pursuant to the stipulations set forth herein.



DEPOSITION OF ROSWELL LEE EVAN, JR., FASHP. FCCP, BCPP,  APRIL 24, 2015

```
                                                              Page 2
 1         *    *    *    *    *    *    *    *

 2                      APPEARANCES

 3

 4   Representing the Plaintiff:

 5

 6       MR. RONALD F. WATERMAN
         Attorney at Law
 7       Gough, Shanahan, Johnson,
            & Waterman
 8       33 S. Last Chance Gulch
         Helena, Montana  59601
 9       406.442.8560
         rfw@gsjw.com
10

11       MR. JIM TAYLOR
         Legal Director
12       American Civil Liberties
            Union of Montana
13       P.O. Box 9138
         Missoula, Montana  59807
14       406.880.6159
         jimt@aclumontana.org
15

16   Representing the Defendant:

17

18       MS. PAMELA P. COLLINS
         Assistant Attorney General
19       State of Montana
         215 North Sanders
20       Helena, Montana  59601
         406.444.2026
21       pcollins@mt.gov

22

23

24

25
```


ACR ACCURATE COURT REPORTING, INC.

Nationwide Depositions, Hearings and Trials • Conference Facilities
Videoconferencing • Legal Video Services • Exhibit Scanning
Transcript / Video Synchronization • 24-7 Online Repository
1.888.ACR.3335 • 1.800.862.4206 (FAX)
info@acrdepos.com • www.acrdepos.com • scheduling@acrdepos.com

Page 3

1        *    *    *    *    *    *    *    *

2

3                    STIPULATIONS

4

5        It is hereby stipulated and agreed by
6   and between counsel representing the parties
7   that the deposition of DR. ROSWELL LEE EVANS is
8   taken pursuant to the Rules of Civil Procedure,
9   and that said deposition may be taken before
10  Patrick Miller, Certified Court Reporter, as
11  Commissioner, without the formality of a
12  commission; that objections to questions, other
13  than objections as to the form of the questions,
14  need not be made at this time, but may be
15  reserved for a ruling at such time as the
16  deposition may be offered into evidence, or used
17  for any other purpose by either party hereto,
18  provided by the Statute.
19       It is further stipulated and agreed by
20  and between counsel representing the parties in
21  this case, that the filing of the deposition of
22  DR. ROSWELL LEE EVANS is hereby waived, and that
23  said deposition may be introduced at the trial
24  of this case or used in any other manner by
25  either party hereto provided for by the Statute,


Accurate Court Reporting, Inc.
Nationwide Depositions, Hearings and Trials • Conference Facilities
Videoconferencing • Legal Video Services • Exhibit Scanning
Transcript / Video Synchronization • 24-7 Online Repository
1.888.ACR.3335 • 1.800.862.4206 (FAX)
info@acrdepos.com • www.acrdepos.com • scheduling@acrdepos.com

DEPOSITION OF ROSWELL LEE EVAN, JR., FASHP. FCCP, BCPP,   APRIL 24, 2015

Page 4

1   regardless of the waiving of the filing of same.
2           It is further stipulated and agreed by
3   and between counsel and the witness that the
4   reading and signing of the deposition by the
5   witness is hereby NOT WAIVED.
6
7       *    *    *    *    *    *    *    *
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25


ACR ACCURATE COURT REPORTING, INC.

Nationwide Depositions, Hearings and Trials • Conference Facilities
Videoconferencing • Legal Video Services • Exhibit Scanning
Transcript / Video Synchronization • 24-7 Online Repository

1.888.ACR.3335 • 1.800.862.4206 (FAX)
info@acrdepos.com • www.acrdepos.com • scheduling@acrdepos.com

DEPOSITION OF ROSWELL LEE EVAN, JR., FASHP. FCCP, BCPP,  APRIL 24, 2015

Page 5

```
 1        *    *    *    *    *    *    *    *    *

 2                         I-N-D-E-X

 3        EXAMINATION                                PAGE

 4        BY MR. WATERMAN:                              7

 5        BY MS. COLLINS:                             103

 6        BY MR. WATERMAN:                            104

 7

 8        EXHIBIT                                    PAGE

 9

10        Deposition Exhibit Number 1..............10
11            Notice of Taking Deposition
12        Deposition Exhibit Number 2..............11
13            Dr. Lee Evans' Declaration
14        Deposition Exhibit Number 3..............11
15            Defendants' Rebuttal Expert Witness
16            Disclosure
17        Deposition Exhibit Number 4..............12
18            Montana Department of Corrections
19            Execution Technical Manual
20        Deposition Exhibit Number 5..............12
21            Execution Equipment and Material
22            Checklist
23        Deposition Exhibit Number 6..............12
24            Execution of Death Sentence
25        Deposition Exhibit Number 7..............18
```



Nationwide Depositions, Hearings and Trials • Conference Facilities
Videoconferencing • Legal Video Services • Exhibit Scanning
Transcript / Video Synchronization • 24-7 Online Repository
1.888.ACR.3335 • 1.800.862.4206 (FAX)
info@acrdepos.com • www.acrdepos.com • scheduling@acrdepos.com

DEPOSITION OF ROSWELL LEE EVAN, JR., FASHP. FCCP, BCPP,  APRIL 24, 2015

Page 6

```
 1            Expert Witness Cases
 2       Deposition Exhibit Number 8.............N/A
 3          APhA House of Delegates Adopts Policy
 4          Discouraging Pharmacist Participation
 5          In Execution
 6       Deposition Exhibit Number 9.............101
 7          IACP Adopts Position on Compounding
 8          Of Lethal Injection Drugs
 9       Deposition Exhibit Number 10.............85
10          Information on Pentobarbital
11       Deposition Exhibit Number 11............ 86
12          Information on Thiopental Sodium
13       Deposition Exhibit Number 12.............83
14          Drugs.com Information on
15          Thiopental Sodium
16       Deposition Exhibit Number 13.............82
17          Drugs.com Information on
18          Pentobarbital Sodium
19
20
21
22
23
24
25
```



Nationwide Depositions, Hearings and Trials • Conference Facilities
Videoconferencing • Legal Video Services • Exhibit Scanning
Transcript / Video Synchronization • 24-7 Online Repository

1.888.ACR.3335 • 1.800.862.4206 (FAX)
info@acrdepos.com • www.acrdepos.com • scheduling@acrdepos.com

Page 7

1                DR. ROSWELL LEE EVANS,
2    The Witness, having first been sworn or affirmed
3    to speak the truth, the whole truth, and nothing
4       but the truth, testified as follows:
5                (Whereupon, all parties agreed
6                   to usual stipulations.)
7                     EXAMINATION
8    BY MR. WATERMAN:
9         **Q.   Can you state your name for the**
10   **record, please?**
11        A.   My name is Roswell Lee Evans, Jr.
12        **Q.   And you have a professional**
13   **degree; is that correct?**
14        A.   Yes.  I hold a Bachelor of
15   Pharmacy, a Doctor of Pharmacy.  Those are my
16   collegiate credentials.
17        **Q.   And how would you like me to refer**
18   **to you?**
19        A.   Please, Lee is fine.
20        **Q.   All right.  Well, I may say**
21   **Dr. Evans and then move to Lee but one way or**
22   **another, I just wanted to make sure.**
23        A.   That's fine.
24        **Q.   I'm just going to give you a**
25   **couple of preliminary questions just to make**


Nationwide Depositions, Hearings and Trials • Conference Facilities
Videoconferencing • Legal Video Services • Exhibit Scanning
Transcript / Video Synchronization • 24-7 Online Repository
1.888.ACR.3335 • 1.800.862.4206 (FAX)
info@acrdepos.com • www.acrdepos.com • scheduling@acrdepos.com

Page 25

```
 1            A.  And it was before the judge.  It
 2   was a hearing.
 3            Q.  Okay.  And the Ohio, I think, is
 4   the third one that you indicated, and what did
 5   you do there?  Was that testimony or --
 6            A.  I -- it was a hearing --
 7            Q.  Okay.
 8            A.   -- as well.  And I think I
 9   submitted a report.
10            Q.  Okay.  So you both -- you believe
11   you developed a report?
12            A.  Yes.
13            Q.  And then you also testified in a
14   hearing before a judge?
15            A.  Yes.
16            Q.  And what was your testimony in
17   that instance?
18            A.  I believe that testimony was about
19   the use of hydromorphone as an agent.
20            Q.  And do you have that report -- do
21   you keep your reports that you've prepared in
22   these cases?
23            A.  Yes.
24            Q.  And do you have a copy of the
25   report that you prepared in Ohio?
```



Nationwide Depositions, Hearings and Trials • Conference Facilities
Videoconferencing • Legal Video Services • Exhibit Scanning
Transcript / Video Synchronization • 24-7 Online Repository

1.888.ACR.3335 • 1.800.862.4206 (FAX)
info@acrdepos.com • www.acrdepos.com • scheduling@acrdepos.com

DEPOSITION OF ROSWELL LEE EVAN, JR., FASHP. FCCP, BCPP, APRIL 24, 2015

Page 92

1  the drug is administered.  And some people may
2  be using it to refer to onset, but the onset is
3  incredibly fast for the short-acting group of
4  drugs.
5          Q.  Okay.  Between the two of them and
6  you -- your testimony -- your declaration --
7          A.  Mh-hm.
8          Q.  -- indicates that, you know,
9  although the onset is short for both
10 pentobarbital and thiopental, there is a
11 difference?
12         A.  Mh-hm.  Slight difference, yes,
13 sir.
14         Q.  One, thiopental -- the onset is
15 somewhere between ten and 40 seconds.
16         A.  Mh-hm.
17         Q.  And for pentobarbital, it is less
18 than a minute?
19         A.  Sure.  And depending on the
20 resources you're looking it, it could be 20
21 seconds to 40 seconds, so that's why this says
22 less than that.
23         Q.  Okay.
24         A.  But the drug, once it enters the
25 circulation, it takes about 20 seconds to get to



1  the brain, and pass the blood brain barrier to
2  have an impact.  That's pretty quick.
3  Thiopental may get there and get through the
4  blood brain barrier area a little quicker,
5  but from a clinical perspective, in terms of
6  onset, there is not a significant amount.
7         Q.  Is there a difference in the
8  manner in which the drug's onset -- is sodium
9  thiopental one that -- for example, is sort of
10 like a switch, on, off; whereas, pentobarbital
11 is more like a dimmer?  Would you --
12        A.  I'm not really sure that's a fair
13 analogy.
14        Q.  Okay.  How would you
15 analyze -- how would you -- what analogy would
16 you offer to distinguish between the two of
17 them?
18        A.  Well, it's almost -- like, instead
19 of one skip, you take a skip and a half to get
20 from one place to the other.  It's -- the speed
21 may be the same or slightly slower because you
22 took the extra skip, but it's not -- it's not
23 significant in terms of clinical activity, what
24 you're using the drug for.
25        Q.  That is what you're describing as


Nationwide Depositions, Hearings and Trials • Conference Facilities
Videoconferencing • Legal Video Services • Exhibit Scanning
Transcript / Video Synchronization • 24-7 Online Repository
1.888.ACR.3335 • 1.800.862.4206 (FAX)
info@acrdepos.com • www.acrdepos.com • scheduling@acrdepos.com



We'll Do It All, Just Give Us A Call!
**1.888.ACR.3335 • 1.800.862.4206 (FAX)**
info@acrdepos.com • scheduling@acrdepos.com

**RECEIVED**

May 26, 2015

JUN − 2 2015

**ATTORNEY GENERALS OFFICE
HELENA, MONTANA**

PAMELA P. COLLINS, ESQ.
215 NORTH SANDERS
HELENA, MT 59601

PAMELA P. COLLINS, ESQ.:

    Enclosed please find the COPY completed errata sheets for the transcript of **ROSWELL LEE EVANS, PHARM D.** taken in the matter of **SMITH, RONALD ALLEN, ET AL. vs. STATE OF MONTANA** on **April 24, 2015**. We have retained a copy for our records. If you have any questions please do not hesitate to contact us.

Sincerely,

*Ashley Knight*

Production Department
24650 Sandhill Blvd., Suite 401
Punta Gorda, FL 33983



EXHIBIT A

DEPOSITION OF ROSWELL LEE EVAN, JR., FASHP. FCCP, BCPP, APRIL 24, 2015

Page 107

\* \* \* \* \* \* \* \*

INSTRUCTIONS TO THE WITNESS

\* \* \* \* \* \* \* \*

Please indicate necessary corrections on the Errata Sheet. With all changes completed, please sign and date the Certificate Page and Errata Sheet before a Notary.

The Notarized Signature Page and Errata Sheet must be returned to us within thirty (30) days from the date you receive this transcript. If, after thirty (30) days, the Notarized Signature Page and Errata Sheet is not returned to the address below, the right is waived to make any changes to the transcript.

Return the Notarized Certificate Page and Errata Sheet to:

Accurate Court Reporting, Inc.
24650 Sandhill Boulevard, Suite 401
Punta Gorda, Florida  33983

READ & SIGN ONLY


ACCURATE COURT REPORTING, INC.

Nationwide Depositions, Hearings and Trials • Conference Facilities
Videoconferencing • Legal Video Services • Exhibit Scanning
Transcript / Video Synchronization • 24-7 Online Repository
1.888.ACR.3335 • 1.800.862.4206 (FAX)
info@acrdepos.com • www.acrdepos.com • scheduling@acrdepos.com

DEPOSITION OF ROSWELL LEE EVAN, JR., FASHP. FCCP, BCPP,   APRIL 24, 2015

Page 108

```
 1                    CERTIFICATE PAGE
                            and
 2                      ERRATA SHEET
          I, Roswell Lee Evans            , the
 3
 4    Witness herein, have read the transcript of my
 5    testimony and the same is true and correct, to the
 6    best of my knowledge. Any corrections and/or
 7    additions, if any, are listed below.
 8       /s/ Lee Evans                    5/19/15
 9    Deponent's Signature           Date
10
11    Sworn to and subscribed before me, this
12    The 19th day of May     , 2015.
13    Laurie Kenney Gann
14    Notary Public in and for
15    The State of Alabama
16    My Commission expires
17
18    PAGE    LINE    CORRECTION         REASON
         24
19    15          Delete "Ohio"
                                      Mistake in my
20    23    15th  Delete "Ohio"       Memory
21    25    6     Delete Same
22    25    15,18,19  Delete Same
23    53    13,23     Delete Same
24    54    1         Delete Same
25
```

LAURIE KENNEY GANN
Notary Public - State of Alabama
My Commission Expires
April 3 2017



ACR ACCURATE COURT REPORTING, INC.

Nationwide Depositions, Hearings and Trials • Conference Facilities
Videoconferencing • Legal Video Services • Exhibit Scanning
Transcript / Video Synchronization • 24-7 Online Repository
**1.888.ACR.3335 • 1.800.862.4206 (FAX)**
info@acrdepos.com • www.acrdepos.com • scheduling@acrdepos.com