# Exhibit B

# CURRICULUM VITAE

# Daniel E. Buffington, PharmD, MBA

---

### *President & CEO*

**Clinical Pharmacology Services, Inc.**
6285 E. Fowler Ave
Tampa, FL 33617

### *President*

**American Institute of Pharmaceutical Sciences**
6285 E. Fowler Ave
Tampa, FL 33617

### *Clinical Assistant Professor of Medicine*

**University of South Florida**
College of Medicine
Department of Internal Medicine
Division of Clinical Pharmacology
12901 Bruce B. Downs Blvd
Tampa, FL 33612

**University of South Florida**
College of Pharmacy
Division of Pharmacy Practice
12901 Bruce B. Downs Blvd
Tampa, FL 33612

| | |
|---|---|
| **University of Florida** | College of Pharmacy<br>Department of Pharmacy Practice<br>Assistant Clinical Professor<br>03/1990 – Present |
| **Mercer University** | Southern School of Pharmacy<br>Adjunct Faculty, Department of Pharmacy<br>2000 – Present |
| **University of Connecticut** | College of Pharmacy<br>Guest Professorship<br>02/2012 – 04/2012 |
| **Lake Erie College of Osteopathic Medicine** | 5000 Lakewood Ranch Blvd<br>Bradenton, FL 34211<br>2010 – Present |
| **Florida A&M University** | College of Pharmacy<br>3500 E. Fletcher Ave #133<br>Tampa, FL 33617<br>1999 – Present |
| **Palm Beach Atlantic University** | Lloyd L Gregory School of Pharmacy<br>Clinical Instructor of Pharmacy Practice<br>2003 – Present |
| **Nova Southeastern University** | College of Pharmacy<br>Department of Pharmacy Practice<br>North Miami Beach, Florida<br>Clinical Assistant Professor of Pharmacy<br>05/1996 – Present |
| **Idaho State University** | College of Pharmacy<br>Affiliate Faculty Member<br>2004 – Present |
| **Shenandoah University** | College of Pharmacy Preceptor, College of Pharmacy<br>2004 – Present |
| **Creighton University** | 2500 California Plaza<br>Omaha, NE 68102<br>2007 – Present |

**SPECIALTY TRAINING:**

**National Association of Drug Diversion Investigators (NADDI)**
**Southern Regional Training**
St. Pete Beach, FL
May 7-8, 2015

**Nephrology Preceptorship**
University of Pittsburgh, School of Pharmacy, Gary Matzke, PharmD, Program Director
Nephrology, October 25, 1995

**Transportation & Management of Hazardous Materials**
Morton Plant Mease, Certificate Program
September 8, 2001

**PROFESSIONAL & COMMUNITY ORGANIZATIONS:**

**NATIONAL**

American Pharmaceutical Association (APHA), 1985 – Present
- Government Affairs Committee 2013 – Present
- Board of Trustees Executive Committee, 2011 – 2014
- Reelected to 2nd Term of APhA Board of Trustees…. 2016-2019
- APHA Delegate, 2011 - Present
- Strategic Directions Committee, 2011 - Present
- STAT Task Force - Reimbursement for Pharmacy Services, 1995, 1996
- Academy of Pharmaceutical Care Specialists, 1996 – Present
- Student APA, Vice-President, 1983 -1985

Board of Pharmacy Specialties 2009 – 2012
- Ambulatory Care Specialty Counsel

American Medical Association (AMA), 2004 - Present
- Current Procedural Terminology, Board of Trustees (CPT) Advisor
- Healthcare Professional Advisory Committee, Pharmacy (HCPAC)
- Drug Infusion Workgroup, 2005 – 2009
- Therapeutic Drug Monitoring Workgroup, 2013 - Present

American College of Clinical Pharmacology (ACCP), 1991 - Present
- Program Planning Committee, 1992, 1993, 1994

American College of Clinical Pharmacy (ACCP), 1988 - Present
- Clinical Affairs Committee, 1991 -1992
- Reimbursement Task Force, 1993 -1994
- Public & Professional Relations Committee, 1994 -1995

American Society of Consultant Pharmacists, 1988 - Present

American Society of Health-System Pharmacists (ASHP), 1985 – Present
- Specialty Practice Group (SPG):
- Section for Clinical Specialist, 1995 - Present
- Clinical Pharmacokinetics, 1990 -1995
- Vice-Chair, 1993 -1994
- Task Force on Unlabeled Uses of Medications, 1993 - 1994
- House of Delegates, 1993 – present
- Public Policy and Government Relations Committee, 1995 - 1996
- Vice-Chair, 1996 – 1997