## Exhibit C

## (Filed Under Seal)