IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THOMAS D. ARTHUR, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 2:11-CV-438-WKW ) |
| JEFFERSON S. DUNN, *et al.*, | ) ) ) |
| Defendants. | ) |

## **ORDER**

In light of the Memorandum Opinion and Order entered this same date, it is ORDERED that

(1)   Plaintiff's Motions *in Limine* regarding the testimony of Dr. Roswell Lee Evans, Daniel E. Buffington, and Dr. Carl E. Harper (Docs. # 300, 301, 302) are DENIED AS MOOT and

(2)   Defendants' Motions *in Limine* regarding lay witnesses D. Baich, D. Sanderford, E. Sheffer, and L. Hammer (Docs. # 307, 308) are DENIED AS MOOT.

DONE this 19th day of July, 2016.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE