IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THOMAS D. ARTHUR, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) CASE NO. 2:11-CV-438-WKW |
| JEFFERSON S. DUNN, *et al.*, | ) ) ) ) |
| Defendants. | ) |

## **FINAL JUDGMENT**

In accordance with the prior proceedings, opinions, and orders of the court, it is the ORDER, JUDGMENT, and DECREE of the court that judgment is ENTERED in favor of Defendants Jefferson S. Dunn, Commissioner, Alabama Department of Corrections, in his official capacity, and Walter Myers, Warden, Holman Correctional Facility, in his official capacity, and against Plaintiff Thomas D. Arthur.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 19th day of July, 2016.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE