IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

------------------------------------------------------------x
THOMAS D. ARTHUR,

                Plaintiff,

      v.

JEFFERSON S. DUNN,
COMMISSIONER, ALABAMA
DEPARTMENT OF CORRECTIONS,
in his official capacity,

CARTER DAVENPORT, WARDEN,
HOLMAN CORRECTIONAL FACILITY,
in his official capacity, and

OTHER UNKNOWN EMPLOYEES AND
AGENTS, ALABAMA DEPARTMENT
OF CORRECTIONS,
in their official capacities,

                Defendants.

------------------------------------------------------------X

No. 2:11-cv-00438

## **NOTICE OF APPEAL**

      Plaintiff Thomas D. Arthur, through *pro bono* counsel, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the final judgment entered in this action on July 19, 2016; from any and all adverse rulings incorporated in, antecedent to, or ancillary to the final judgment; and from any and all adverse interlocutory orders, judgments, decrees, decisions, rulings, and opinions.

Dated:  August 18, 2016                     Respectfully submitted,

/s/ Suhana S. Han
---

Suhana S. Han (admitted *pro hac vice*)
   NY Bar Registration # 3016482
   hans@sullcrom.com
Adam R. Brebner (admitted *pro hac vice*)
   brebnera@sullcrom.com
Meredith A. Sherman (admitted *pro hac vice*)
   shermanm@sullcrom.com
Stephen S. Mar (admitted *pro hac vice*)
   mars@sullcrom.com
Akash M. Toprani (admitted *pro hac vice*)
   toprania@sullcrom.com
125 Broad Street
New York, New York  10004
Telephone:  (212) 558-4000
Fax:  (212) 558-3588

*Counsel for Plaintiff Thomas D. Arthur*

## CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:  J. Clayton Crenshaw, Esq., Thomas R. Govan, Jr., Esq., James R. Houts, Esq. and Lauren Ashley Simpson, Esq.

/s/ Suhana S. Han
Suhana S. Han (admitted *pro hac vice*)
125 Broad Street
New York, New York  10004
Telephone:  (212) 558-4000
Fax:  (212) 558-3588
E-mail:  hans@sullcrom.com