# Supreme Court of the United States

No.    16A451


THOMAS D. ARTHUR,

                                                    Applicant,

v.


JEFFERSON S. DUNN, COMMISSIONER, ALABAMA DEPARTMENT OF
CORRECTIONS, ET AL.

_____

# O R D E R
_____


UPON CONSIDERATION of the application of counsel for the

applicant,

IT IS ORDERED that execution of the sentence of death is hereby

stayed pending further order of the undersigned or of the Court.



                                        ____/s/___Clarence Thomas_____
                                        Associate Justice of the Supreme
                                        Court of the United States


Dated this 3rd
day of November, 2016.