# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

February 21, 2017

Debra P. Hackett
U.S. District Court
PO BOX 711
MONTGOMERY, AL 36101-0711

Appeal Number: 16-15549-P
Case Style: Thomas Arthur v. Commissioner, AL DOC, et al
District Court Docket No: 2:11-cv-00438-WKW-TFM

The Supreme Court has denied certiorari. The court's mandate having previously issued, no further action will be taken by this court.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Jan S. Camp/lt
Phone #: (404) 335-6171

MDT-4 Notice of Certiorari Denial to DC

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

February 21, 2017

Clerk
United States Court of Appeals for the Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, GA  30303

    Re:  Thomas D. Arthur
         v. Jefferson S. Dunn, Commissioner, Alabama Department of Corrections, et al.
         No. 16-602
         (Your No. 16-15549)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The motion of Certain Medical Professionals and Medical Ethicists for leave to file a brief as *amicus curiae* is granted.  The petition for a writ of certiorari is denied.  Justice Sotomayor, with whom Justice Breyer joins, dissenting from the denial of certiorari.  The detached opinion is available on the Court's website.

Sincerely,

*[signature]*

**Scott S. Harris**, Clerk